HONORABLE JUDGE ROBERT J. BRYAN

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| C. P., by and through his parents, Patricia Pritchard and Nolle Pritchard; and PATRICIA PRITCHARD,<br><br>Plaintiff,<br><br>vs.<br><br>BLUE CROSS BLUE SHIELD OF ILLINOIS,<br><br>Defendants. | Case No. 3:20-cv-06145-RJB<br><br>**NOTICE OF APPEARANCE OF GWENDOLYN C. PAYTON FOR BLUE CROSS BLUE SHIELD OF ILLINOIS** |

TO:         C.P. by and through his parents, Patricia Pritchard and Nolle Pritchard;

AND TO:   Sirianni Youtz Spoonemore Hamburger PLLC, their counsel of record;

AND TO:   THE CLERK OF THE ABOVE ENTITLED COURT.

NOTICE IS HEREBY GIVEN that Defendant BLUE CROSS BLUE SHIELD OF ILLINOIS hereby enter their appearance in the above entitled action by their attorneys, KILPATRICK TOWNSEND & STOCKTON LLP, Gwendolyn C. Payton without waiving objections as to improper service or jurisdiction, and respectfully request that all papers and pleadings in said cause, other than process, be served upon the undersigned attorneys at their office below stated.

---

NOTICE OF APPEARANCE OF GWENDOLYN C. PAYTON FOR BLUE CROSS BLUE SHIELD OF ILLINOIS – 1

**KILPATRICK TOWNSEND & STOCKTON LLP**
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713  FAX: (206) 260-8946

1   DATED this 24th day of November, 2020.

2                                    KILPATRICK TOWNSEND & STOCKTON LLP

3         By      */s/ Gwendolyn C. Payton*
                  Gwendolyn C. Payton, WSBA No. 26752
4                 gpayton@kilpatricktownsend.com
                  1420 Fifth Ave., Suite 3700
5                 Seattle, WA 98101
                  Telephone: (206) 626-7714
6                 Facsimile: (206) 623-6793

7         *Counsel for Defendant Blue Cross Blue Shield Of Illinois*

NOTICE OF APPEARANCE OF GWENDOLYN
C. PAYTON FOR BLUE CROSS BLUE SHIELD
OF ILLINOIS – 2

**KILPATRICK TOWNSEND & STOCKTON LLP**
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713  FAX: (206) 260-8946

**CERTIFICATE OF SERVICE**

I certify that on the date indicated below I caused a copy of the foregoing document, NOTICE OF APPEARANCE OF GWENDOLYN C. PAYTON FOR BLUE CROSS BLUE SHIELD OF ILLINOIS to be filed with the Clerk of the Court via the CM/ECF system.  In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following attorneys of record:

Eleanor Hamburger
SIRIANNI YOUTZ SPOONEMORE HAMBURGER
3101 WESTERN AVENUE STE 350
SEATTLE, WA 98121
206-223-0303
Fax: 206-223-0246
Email: ehamburger@sylaw.com

I affirm under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct to the best of my knowledge.

DATED this 24th day of November, 2020.

**Kilpatrick, Townsend & Stockton LLP**

By: */s/ Gwendolyn C. Payton*
　　Gwendolyn C. Payton, WSBA #26752
　　gpayton@kilpatricktownsend.com

*Counsel for Defendant Blue Cross Blue Shield Of Illinois*