

# United States District Court
# Western District of Washington

| | |
|---|---|
| C. P., by and through his parents, Patricia Pritchard and Nolle Pritchard; and PATRICIA PRITCHARD, | Case Number: 3:20-cv-06145 |
| Plaintiff(s) | APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |
| V. | |
| BLUE CROSS BLUE SHIELD OF ILLINOIS, | |
| Defendant(s) | |

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington, Omar Gonzalez-Pagan hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

C. P., by and through his parents, Patricia Pritchard and Nolle Pritchard; and PATRICIA PRITCHARD,

The particular need for my appearance and participation is:

I am co-counsel for plaintiffs in this action.

I, Omar Gonzalez-Pagan understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 11/24/2020               Signature of Applicant: s/ Omar Gonzalez-Pagan

**Pro Hac Vice Attorney**

Applicant's Name: Omar Gonzalez-Pagan

Law Firm Name: Lambda Legal Defense and Education Fund, Inc.

Street Address 1: 120 Wall Street, 19th Floor

Address Line 2:

City: New York  State: NY  Zip: 10005

Phone Number w/ Area Code: (212) 809-8585  Bar #: 5294616  State: New York

Primary E-mail Address: ogonzalez-pagan@lambdalegal.org

*(Primary E-Mail address must be for the Pro Hac attorney and not any subordinate or staff member)*

Secondary E-mail Address: omar.gp@gmail.com

# STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant Omar Gonzalez-Pagan is unable to be present upon any date assigned by the court.

Date: 11/25/2020  Signature of Local Counsel: s/ *Eleanor Hamburger*

Local Counsel's Name: Eleanor Hamburger

Law Firm Name: Sirianni Youtz Spoonemore Hamburger PLLC

Street Address 1: 3101 Western Avenue, Suite 350

Address Line 2:

City: Seattle  State: WA  Zip: 98121

Phone Number w/ Area Code: (206) 838-1809  Bar #: 26478



# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The PACER password combined with your login, serves as your signature under Federal Rule of Civil Procedure 11 and 5(d)(3)(C). Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court. Court staff will assess the risk and advise accordingly.

4. By signing this Registration Form, **you consent to receive notice electronically and waive your right to receive notice by personal service or first-class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons.** This provision does include electronic notice of the entry of an order or judgment.

5. You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. After January 27,2020, a PACER login and password, will be required to electronically file. You can register for PACER access at their web site: www.pacer.gov.

6. By completion of this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

Date Signed  11/24/2020        Signature  s/ Omar Gonzalez-Pagan
                                             *(Pro Hac Vice applicant name)*