Hon. Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| C. P., by and through his parents, Patricia Pritchard and Nolle Pritchard; and PATRICIA PRITCHARD,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE CROSS BLUE SHIELD OF ILLINOIS,<br><br>Defendant. | NO. 3:20-cv-06145-RJB<br><br>STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)<br><br>**Noted for Consideration: March 3, 2021** |

### I. STIPULATION

The parties, by and through their counsel, stipulate to the following briefing schedule for Defendant's Motion to Dismiss, Dkt. No. 17:

Plaintiffs' responsive briefing shall be filed on or before March 31, 2021.

Defendant's reply briefing shall be filed on or before April 16, 2021.

STIPULATION AND ORDER RE: BRIEFING SCHEDULE
ON DEFENDANT'S MOTION TO DISMISS – 1
[Case No. 3:20-cv-06145-RJB]

Sirianni Youtz
Spoonemore Hamburger PLLC
3101 Western Avenue, Suite 350
Seattle, Washington 98121
Tel. (206) 223-0303  Fax (206) 223-0246

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: March 3, 2021.

| | |
|---|---|
| KILPATRICK TOWNSEND<br>& STOCKTON LLP | SIRIANNI YOUTZ<br>SPOONEMORE HAMBURGER PLLC |
|    */s/ Gwendolyn C. Payton*<br>Gwendolyn C. Payton (WSBA #26752)<br>John R. Neeleman (WSBA #19752) |    */s/ Eleanor Hamburger*<br>Eleanor Hamburger (WSBA #26478)<br>Richard E. Spoonemore (WSBA #21833) |
| Attorneys for Defendant<br>Blue Cross Blue Shield of Illinois | LAMBDA LEGAL DEFENSE AND<br>EDUCATION FUND, INC.<br><br>   */s/ Omar Gonzalez-Pagan*<br>Omar Gonzalez-Pagan, *pro hac vice*<br>Jennifer C. Pizer, *pro hac vice*<br><br>Attorneys for Plaintiffs |

STIPULATION AND ORDER RE: BRIEFING SCHEDULE
ON DEFENDANT'S MOTION TO DISMISS – 2
[Case No. 3:20-cv-06145-RJB]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246

## II.  ORDER

Pursuant to the Stipulation by all parties, IT IS SO ORDERED that Defendant's Motion to Dismiss shall be considered according to the following schedule:

Plaintiffs' responsive briefing shall be filed on or before March 31, 2021.

Defendant's reply briefing shall be filed on or before April 16, 2021.

DATED this _____ day of _____, 2021.

ROBERT J. BRYAN
United States District Judge

Presented by:

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC

*/s/ Eleanor Hamburger*
Eleanor Hamburger (WSBA # 26478)
Richard E. Spoonemore (WSBA #21833)

LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.

*/s/ Omar Gonzalez-Pagan*
Omar Gonzalez-Pagan, *pro hac vice*
Jennifer C. Pizer, *pro hac vice*

Attorneys for Plaintiffs

STIPULATION AND ORDER RE: BRIEFING SCHEDULE
ON DEFENDANT'S MOTION TO DISMISS – 3
[Case No. 3:20-cv-06145-RJB]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON  98121
TEL. (206) 223-0303   FAX (206) 223-0246