The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| C.P., by and through his parents, Patricia Pritchard and Nolle Pritchard; and PATRICIA PRITCHARD,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE CROSS BLUE SHIELD OF ILLINOIS,<br><br>Defendant. | NO. 3:20-cv-06145-RJB<br><br>STIPULATION AND ORDER RE: CASE SCHEDULING ORDER<br><br>**Noted for Consideration:**<br>   January 7, 2021 |

## I. STIPULATION

The parties, by and through their counsel, stipulate that the Order Amending Case Scheduling Order (Dkt. No. 29) should be modified, for good cause.

Since the Court's Scheduling Order was entered, plaintiffs have amended their Complaint to include class allegations, and have pursued class-wide discovery. Defendant provided its formal responses to plaintiffs' discovery requests on December 10, 2021. Additional document production from defendant is expected in the coming weeks. Defendant served its first discovery requests on plaintiffs on

STIPULATION AND ORDER RE:
CASE SCHEDULING ORDER – 1
[Case No. 3:20-cv-06145-RJB]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246

December 13, 2021. Both parties anticipate that depositions will be required, after document production is complete, before class certification briefing may occur.

Accordingly, and for good cause, the parties stipulate that the case scheduling order be revised as follows:

| Trial and Pre-Trial Deadlines: | Dkt. No. 29 Dates: | Proposed Dates |
|---|---|---|
| Bench Trial – 4 days | July 18, 2022 at 9:30 am | November 7, 2022 or any time thereafter at the Court's convenience |
| Disclosure of Expert Testimony | February 7, 2022 | April 8, 2022 |
| All motions related to discovery must be filed by: | March 7, 2022 | June 3, 2022 |
| Deadline for filing for Class Certification | January 13, 2022 | July 6, 2022 |
| Discovery completed by: | April 1, 2022 | July 15, 2022 |
| Dispositive motions filed by: | April 26, 2022 | August 19, 2022 |
| Motions in limine filed by and noted on the motion calendar no later than the third Friday thereafter, but no later than the Friday before any scheduled pretrial conference | June 23, 2022 | October 7, 2022 |
| Agreed pretrial order lodged with the court by: | July 1, 2022 | October 14, 2022 |
| Pretrial conference will be held on: | July 8, 2022 at 8:30 am | October 21, 2022 |
| Trial briefs due: | July 8, 2022 | October 21, 2022 |

STIPULATION AND ORDER RE:
CASE SCHEDULING ORDER – 2
[Case No. 3:20-cv-06145-RJB]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246

1   IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2   DATED:  January 7, 2022.

| KILPATRICK TOWNSEND | SIRIANNI YOUTZ |
| & STOCKTON LLP | SPOONEMORE HAMBURGER PLLC |

   */s/ Gwendolyn C. Payton*              */s/ Eleanor Hamburger*
Gwendolyn C. Payton (WSBA #26752)   Eleanor Hamburger (WSBA #26478)
John R. Neeleman (WSBA #19752)   Richard E. Spoonemore (WSBA #21833)
Stephanie N. Bedard, *pro hac vice*

Attorneys for Defendant
Blue Cross Blue Shield of Illinois

LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.

   */s/ Omar Gonzalez-Pagan*
Omar Gonzalez-Pagan, *pro hac vice*
Jennifer C. Pizer, *pro hac vice*

Attorneys for Plaintiffs

STIPULATION AND ORDER RE:
CASE SCHEDULING ORDER – 3
[Case No. 3:20-cv-06145-RJB]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246

## II. ORDER

Pursuant to the Stipulation by all parties, IT IS SO ORDERED that the Order Amending Case Scheduling Order, Dkt. No. 29, is amended as follows:

| **Trial and Pre-Trial Deadlines:** | **Dates:** |
|---|---|
| Bench Trial – 4 days | November 7, 2022 at 9:30 a.m. |
| Deadline for filing for Class Certification | July 7, 2022 |
| Disclosure of Expert Testimony | April 8, 2022 |
| All motions related to discovery must be filed by: | June 3, 2022 |
| Discovery completed by: | July 15, 2022 |
| Dispositive motions filed by: | August 18, 2022 |
| Motions in limine filed by and noted on the motion calendar no later than the third Friday thereafter, but no later than the Friday before any scheduled pretrial conference | October 7, 2022 |
| Agreed pretrial order lodged with the court by: | October 14, 2022 |
| Pretrial conference will be held on: | October 21, 2022 at 8:30 a.m. |
| Trial briefs due: | October 21, 2022 |

DATED this 10th day of January, 2022.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

STIPULATION AND ORDER RE:
CASE SCHEDULING ORDER – 4
[Case No. 3:20-cv-06145-RJB]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246

Presented by:

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC

*/s/ Eleanor Hamburger*
Eleanor Hamburger (WSBA # 26478)
Richard E. Spoonemore (WSBA #21833)

LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.

*/s/ Omar Gonzalez-Pagan*
Omar Gonzalez-Pagan, *pro hac vice*
Jennifer C. Pizer, *pro hac vice*

Attorneys for Plaintiffs

Approved for entry:

KILPATRICK TOWNSEND
& STOCKTON LLP

*/s/ Gwendolyn C. Payton*
Gwendolyn C. Payton (WSBA #26752)
John R. Neeleman (WSBA #19752)
Stephanie N. Bedard, *pro hac vice*

Attorneys for Defendant
Blue Cross Blue Shield of Illinois

STIPULATION AND ORDER RE:
CASE SCHEDULING ORDER – 5
[Case No. 3:20-cv-06145-RJB]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246