The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

C.P., by and through his parents, Patricia
Pritchard and Nolle Pritchard; and
PATRICIA PRITCHARD,

Plaintiffs,

v.

BLUE CROSS BLUE SHIELD OF ILLINOIS,

Defendant.

NO. 3:20-cv-06145-RJB

DECLARATION OF PATRICIA
PRITCHARD IN SUPPORT OF
PLAINTIFF C.P.'S MOTION FOR
CLASS CERTIFICATION

I, Patricia Pritchard, declare under penalty of perjury and in accordance with the laws of the State of Washington and the United States that:

1.      I am over the age of 18 and competent to testify to all matters stated herein. All statements are made upon my personal knowledge.

2.      I am the mother of C.P., the named plaintiff in the above captioned litigation.  He receives coverage of health benefits through the Catholic Health Initiatives Medical Plan as administered by Blue Cross Blue Shield of Illinois ("BCBSIL") due to my employment. C.P. received that health coverage for all times relevant to this litigation.

3.      I am familiar with the duties and responsibilities of being a class representative.  I am willing to be class representative, along with my husband, on behalf of C.P. and other similarly situated persons in the proposed class. If appointed, we will

DECLARATION OF PATRICIA PRITCHARD – 1
[Case No. 3:20-cv-06145-RJB]]

diligently look out for the interests of all class members.  I am not aware of any conflict we may have with any class members.

DATED this 23 day of August, 2022, at Bremerton, Washington.

_Patricia Pritchard_
Patricia Pritchard

DECLARATION OF PATRICIA PRITCHARD – 2
[Case No. 3:20-cv-06145-RJB]]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303  FAX (206) 223-0246