The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| C.P., by and through his parents, Patricia Pritchard and Nolle Pritchard; and PATRICIA PRITCHARD,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE CROSS BLUE SHIELD OF ILLINOIS,<br><br>Defendant. | NO. 3:20-cv-06145-RJB<br><br>DECLARATION OF ELEANOR HAMBURGER IN SUPPORT OF PLAINTIFF C.P.'S MOTION FOR CLASS CERTIFICATION<br><br>**CONFIDENTIAL EXHIBITS A-I, L, O and Q FILED UNDER SEAL**<br>Pursuant to Protective Order (Dkt. No. 25) |

I, Eleanor Hamburger, declare under penalty of perjury and in accordance with the laws of the State of Washington and the United States that:

1. I am a partner at Sirianni Youtz Spoonemore Hamburger and am one of the attorneys for plaintiffs in this action.

2. *Experience*. I have worked my entire career representing individuals and classes regarding access to health care and health benefits. I graduated from New York University School of Law where I was a Root-Tilden-Snow scholar. After law school, I worked at the Office of the Public Advocate in Newark, New Jersey and at Consumers Union's West Coast Regional Office in San Francisco, California before moving to Seattle, Washington.

DECLARATION OF ELEANOR HAMBURGER – 1
[Case No. 3:20-cv-06145-RJB]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303  FAX (206) 223-0246

3. I worked at Columbia Legal Services from 1998 to 2004 as a staff attorney in its Tacoma and Seattle, Washington offices. My practice there included representing low-income elderly and disabled individuals to obtain access to Medicaid services. During my tenure at Columbia Legal Services, I also taught the Disability Law Clinic at the University of Washington School of Law, supervising legal interns as they represented individuals in disputes involving Medicaid benefits from the Washington Department of Social and Health Services.

4. In 2004, I joined the Seattle law firm of Sirianni Youtz Meier & Spoonemore, now Sirianni Youtz Spoonemore Hamburger, representing clients in business litigation, insurance coverage disputes, ERISA health/disability and pension/profit-sharing litigation, and securities fraud. I continue to represent health care and health coverage enrollees, often on a *pro bono* basis. In 2009, I became a partner in the law firm.

5. I am also a co-founder and former president of the Northwest Health Law Advocates, a nonprofit health law and advocacy organization dedicated to increasing access to health care and health coverage in Washington state.

6. My advocacy on behalf of persons with disabilities has been recognized by the Arc of Washington, Washington Autism Advocacy and Alliance, and Autism Speaks. Our firm has been recognized by Columbia Legal Services for its dedication to representation of low-income persons and for its work on behalf of indigent patients in one of my cases, *Lopez v. Health Management Associates.*

7. I am or have been class counsel, along with other co-counsel at my firm and/or other law firms, in the following class actions: *J.R. v. Blue Cross Blue Shield of Illinois,* No. 2:18-cv-01191-JLR, Federal District Court, Western District of Washington; *D.T. v. NECA/IBEW Family Care Plan, et al.,* No. C17-00004 RAJ, Federal District Court,

DECLARATION OF ELEANOR HAMBURGER – 2
[Case No. 3:20-cv-06145-RJB]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303  FAX (206) 223-0246

Western District of Washington; *B.E. v. Teeter,* No. 2:16-cv-00227-JCC, Federal District Court, Western District of Washington; *N.C. v. Wash. Health Care Auth.,* No. 16-2-08002-2 SEA, King County Superior Court, Seattle, Washington; *Morton v. Group Health,* No. 16-2-02011-9 SEA, King County Superior Court, Seattle, Washington; *A.D. v. T-Mobile,* No. 2:15-cv-00180-RAJ, Federal District Court, Western District of Washington; *Lopez v. HMA, Inc.,* No. 13-2-03580-3, Yakima County Superior Court; *Carr v. United Health Care et al.,* No. 2:15-cv-1105 MJP, Federal District Court, Western District of Washington; *Dunakin v. Quigley,* No. C14-0567-JRL, Federal District Court, Western District of Washington, *P.S. v. State of Oregon and Oregon PEBB*, No. 14C15068, Marion County Circuit Court, Salem Oregon; *C.S. v. Boeing,* No. 2:14-cv-00574-RSM, Federal District Court, Western District of Washington; *M.T.E. v. Washington Dept.. of Social and Health Svcs.*, No. 11-2-01209-1, Thurston County Superior Court, Olympia, Washington; *A.M. v. Moda Health Plan Inc.*, No. 2:14-cv-1191-TSZ, Federal District Court, Western District of Washington; *A.E. v. King County,* No. 2:14-cv-00280-TSZ, Federal District Court, Western District of Washington; *R.H. v. Premera Blue Cross,* No. 2:13-cv-00097-RAJ, Federal District Court, Western District of Washington; *K.M. v. Regence BlueShield,* No. 2:13-cv-01214-RAJ, Federal District Court, Western District of Washington; *Z.D. v. Group Health Cooperative,* No. 2:11-CV-01119-RSL, Federal District Court, Western District of Washington; *Elkins v. Dreyfus,* No. 2:10-cv-01366-MJP, Federal District Court, Western District of Washington; *Gabriel, et al. v. Nationwide Life Ins. Co.,* Federal District Court, Western District of Washington, No. 09-CV-00508-JCC; *Washington Education Association, et al., v. Washington Department of Retirement Systems, et al.,* No. 11-2-02213-4, Thurston County Superior Court; *O.S.T. v. Regence BlueShield,* No. 11-2-34187-9 SEA, King County Superior Court; *D.M. v. Group Health Cooperative*, No. 10-2-28618-7 SEA, King County Superior Court; *D.F. v. Washington State Health Care Authority, et al.,* No. 10-2-29400-7

DECLARATION OF ELEANOR HAMBURGER – 3
[Case No. 3:20-cv-06145-RJB]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303  FAX (206) 223-0246

SEA; King County Superior Court; *A.G. v. Premera Blue Cross,* No. 11-2-30233-4 SEA, King County Superior Court; *J.P. v. Premera Blue Cross,* No. 12-2-33676-8 SEA, King County Superior Court; and *Rockey v. The Center for Counseling and Health Resources, et al.,* Snohomish County Superior Court, No. 09-2-02242-7.

8. I am also litigating a number of cases involving the Affordable Care Act's Section 1557, including *T.S. v. Heart of Cardon, LLC,* 2022 U.S. App. LEXIS 21737, at *7-8 (7th Cir. Aug. 5, 2022) and *Schmitt v. Kaiser Found. Health Plan of Wash.,* 965 F.3d 945 (9th Cir. 2020).

9. I have also represented many individuals who challenge denials of coverage for health care services by their third-party payors or insurers. *See, e.g., Stabelfeldt v. Kaiser,* No. 18-2-00939-1 SEA, King County Superior Court (2018); *A.A. v. Blue Cross Blue Shield of Ill.,* No. 2:13-cv-00357-RSM, Federal District Court, Western District of Washington (2014); *Roberts v. Regence BlueShield,* No. 09-2-38690-1 SEA, King County Superior Court (2010); *K.J. v. Regence BlueShield,* No. 09-2-17149-1 SEA, King County Superior Court (2009); *K.F. v. Regence BlueShield,* 2008 WL 4223613 (W.D. Wash. 2008); *Murch v. Prudential,* No. C05-0992P, Federal District Court, Western District of Washington (2006); and *Caffell v. Regence BlueShield*, No. C03-3374-RSM, Federal District Court, Western District of Washington (2005).

10. ***Resources***. The firm has committed significant resources to this litigation and will continue to do so. We have spent a considerable amount of time investigating the claims and defenses in this case.

11. I have no knowledge of any similar litigation brought against BCBSIL challenging its administration of gender affirming care exclusions contained in the ERISA self-funded group health plans that it administers.

DECLARATION OF ELEANOR HAMBURGER – 4
[Case No. 3:20-cv-06145-RJB]

12. On August 24, 2022, I provided a list of the exhibits labelled confidential that Plaintiff intended to rely upon for Plaintiffs' motion for class certification. Defense counsel requested that these exhibits be filed under seal so that defendant would have the opportunity to review the exhibits and determine if they should be maintained confidentially.

13. On August 25, 2022, I communicated with defense counsel about how to handle the filing of confidential documents throughout the class certification briefing. The parties' counsel agreed that Placeholder Motion to Seal/Redact will serve as the placeholder motion for all documents marked confidential by either party that are relied upon in the class certification briefing and filed with the Court. The parties further agreed that the noting date for the Motion will be October 28, 2022, with responsive pleadings filed on October 24, 2022. The parties agreed that reply briefing, if any, will be due on the noting date.

14. *Exhibits*. Attached are true and correct copies of the following documents, with underlining where appropriate for the Court's convenience:

| Exhibit | Description | Date |
|---|---|---|
| *A* | Excerpts of Zoom Video Deposition Upon Oral Examination of Kim Reed (BCBSIL Rule 30(b)(6)) – CONFIDENTIAL | 06/02/2022 |
| *B* | Excerpts of Zoom Video Deposition Upon Oral Examination of Mark Larson (BCBSIL Rule 30(b)(6)) – CONFIDENTIAL | 06/28/2022 |
| *C* | DSHS Assurance of Compliance for Health Care Service Corp. – CONFIDENTIAL BCBSIL_CP_0015459 (Rule 30(b)(6) Dep. Exh. 6) | 01/19/2018 |
| *D* | HSCS Medical Policies, *Gender Assignment Surgery and Gender Reassignment Surgery with Related Services* – CONFIDENTIAL BCBSIL_CP0003507-3526 (Rule 30(b)(6) Dep. Exh. 31) | Effective 10/01/2016 |

DECLARATION OF ELEANOR HAMBURGER – 5
[Case No. 3:20-cv-06145-RJB]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303  FAX (206) 223-0246

| Exhibit | Description | Date |
|---|---|---|
| E | Medical Policy7 Discussion Conference Call Minutes – CONFIDENTIAL BCBSIL_CP0010675-10685 (Rule 30(b)96) Dep. Exh. 32) | 09/27/2017 |
| F | Excerpts of Zoom Video Deposition Upon Oral Examination of Telisa Drake (BCBSIL Rule 30(b)(6)) – CONFIDENTIAL | 05/13/2022 |
| G | Medical Policy, Discussion Conference Call Minutes – CONFIDENTIAL BCBSIL_CP0010815-10818 (Rule 30(b)(6) Dep. Exh. 33) | 02/23/2021 |
| H | Yanfeng Automotive Interiors' Benefits Plan administered by BCBSIL (Rule 30(b)(6) Dep. Exh. 40) – CONFIDENTIAL | 2020 |
| I | Excerpts of Zoom Video Deposition Upon Oral Examination of Laura Malec (BCBSIL Rule 30(b)(6)) – CONFIDENTIAL | 08/19/2022 |
| J | Email chain between Patricia Pritchard and BCBSIL's HSCS Customer Service re: denial (Dkt. No. 1-2) | 05/10/2017 |
| K | Letter from BCBSIL to Patricia Pritchard re: coverage for transgender services (Dkt. No. 1-3) | 04/21/2017 |
| L | BCBSIL Medical Policies, *Gender Assignment Surgery and Gender Reassignment Surgery with Related Services* – CONFIDENTIAL BCBSIL_CP_0003365-3383 (Rule 30(b)(6) Dep Exh. 34) | 05/01/2019 |
| M | Summary Plan Description — Medical (Franciscan Health) Blue Cross Blue Shield Integrated (Dkt. No. 1-1) | 01/01/2019 |
| N | BCBSIL denial letter (Dkt. No. 38-12) | 08/08/2019 |
| O | BCBSIL Administrative Services Agreement, effective 01/01/2014 (Rule 30(b)(6) Dep. Exh. 3) – CONFIDENTIAL | 08/27/2015 |
| P | Redlined Proposed Second Amended Complaint | 08/23/2022 |
| Q | Fifth Supplemental Responses and Objections to Plaintiffs' Second Discovery Requests to Defendant BCBSIL – CONFIDENTIAL (Rule 30(b)(6) Dep. Exh. 46) | 07/29/2022 |

DECLARATION OF ELEANOR HAMBURGER – 6
[Case No. 3:20-cv-06145-RJB]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303  FAX (206) 223-0246

DATED this 25th day of August, 2022, at Seattle, Washington.

        */s/ Eleanor Hamburger*
Eleanor Hamburger (WSBA #26478)
SIRIANNI YOUTZ SPOONEMORE HAMBURGER
3101 Western Avenue, Suite 350
Seattle, WA 98121
Tel. (206) 223-0303; Fax (206) 223-0303
Email: ehamburger@sylaw.com

*Attorneys for Plaintiffs*

DECLARATION OF ELEANOR HAMBURGER – 7
[Case No. 3:20-cv-06145-RJB]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303  FAX (206) 223-0246