*C.P. v. Blue Cross Blue Shield of Illinois*
**USDC (W.D. Wash.), No. 3:20-cv-06145-RJB**

**<u>CONFIDENTIAL EXHIBIT</u>**

**Filed Under Seal**
**Pursuant to Protective Order (Dkt. No. 25)**

# Exhibit D