HONORABLE JUDGE ROBERT J. BRYAN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| C. P., by and through his parents, Patricia Pritchard and Nolle Pritchard; and PATRICIA PRITCHARD, <br><br> Plaintiffs, <br><br> vs. <br><br> BLUE CROSS BLUE SHIELD OF ILLINOIS, <br><br> Defendant. | Case No. 3:20-cv-06145-RJB <br><br> **ORDER GRANTING JOINT STIPULATED MOTION FOR EXTENSION OF TIME TO FILE DAUBERT MOTIONS (LCR 16(b)(4))** |

THIS MATTER having come before the below-signed Judge of the above-entitled Court upon the Parties' JOINT STIPULATED MOTION FOR EXTENSION OF TIME TO FILE DAUBERT MOTIONS (LCR 16(b)(4)), and the Court having considered the motion and the pleadings in this matter, and it appearing to be in the best interest of the case, therefore,

IT IS HEREBY ORDERED that the Parties' JOINT STIPULATED MOTION FOR EXTENSION OF TIME TO FILE DAUBERT MOTIONS (LCR 16(b)(4)) is GRANTED.

The Parties shall file their Daubert Motions as ORDERED:

- October 31, 2022: Deadline to file Daubert Motions;
- November 10, 2022: Deadline to file Response/Opposition to Daubert Motions;
- November 18, 2022: Deadline to file Reply to Daubert Motions.

1  DATED this 23rd day of September, 2022.

                             _____
                             ROBERT J. BRYAN
                             United States District Judge

[ORDER GRANTING JOINT STIPULATED
MOTION FOR EXTENSION OF TIME TO FILE DAUBERT
MOTIONS (LCR 16(B)(4)) – 2

**KILPATRICK TOWNSEND & STOCKTON LLP**
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713  FAX: (206) 260-8946

PAGE LEFT INTENTIONALLY BLANK

CERTIFICATE OF SERVICE – 3

**KILPATRICK TOWNSEND & STOCKTON LLP**
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713  FAX: (206) 260-8946