The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| C.P., by and through his parents, Patricia Pritchard and Nolle Pritchard; and PATRICIA PRITCHARD,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE CROSS BLUE SHIELD OF ILLINOIS,<br><br>Defendant. | NO. 3:20-cv-06145-RJB<br><br>DECLARATION OF ELEANOR HAMBURGER IN SUPPORT OF PLAINTIFFS' CONSOLIDATED CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>**Note on Motion Calendar:**<br>**November 21, 2022 (***see* **Dkt. No. 90)** |

I, Eleanor Hamburger, declare under penalty of perjury and in accordance with the laws of the State of Washington and the United States that:

1. I am a partner at Sirianni Youtz Spoonemore Hamburger and am one of the attorneys for plaintiffs in this action.

2. *Exhibits*. Attached are true and correct copies of the following documents, with underlining where appropriate for the Court's convenience:

| Exhibit | Description | Date |
|---|---|---|
| *1.* | Excerpts of Zoom Video Deposition Upon Oral Examination of Telisa Drake (BCBSIL Rule 30(b)(6)) – CONFIDENTIAL | 05/13/2022 |

DECLARATION OF ELEANOR HAMBURGER – 1
[Case No. 3:20-cv-06145-RJB]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303  FAX (206) 223-0246

| Exhibit | Description | Date |
|---|---|---|
| 2. | Excerpts of Summary Plan Description – Catholic Health Initiatives Medical Plan – Blue Cross Blue Shield Integrated | 0/01/2017 |
| 3. | Letter from Kevin Hatfield, M.D. [Dkt. No. 38-9] | 07/11/2019 |
| 4. | Letter from Sharon Booker, M.A., L.M.H.C. | 07/24/2019 |
| 5. | Notes from Jeffrey Kyllo, M.D. | 04/30/2019 |
| 6. | Expert Report of Dr. Randi C. Ettner, Ph.D. – CONFIDENTIAL | 04/04/2022 |
| 7. | Expert Report of Dr. Dan H. Karasic, M.D. – CONFIDENTIAL | 04/04/2022 |
| 8. | Expert Report of Dr. Loren S. Schechter, M.D. – CONFIDENTIAL | 04/02/2022 |
| 9. | E. Coleman, et al., (2022) *Standards of Care for the Health of Transgender and Gender Diverse People, Version 8*, International Journal of Transgender Health, 23:sup1, S1-S259, DOI: 10.1080/26895269.2022.2100644, accessed at: https://www.tandfonline.com/doi/pdf/10.1080/26895269.2022.2100644 (last visited 10/23/2022) | 09/15/2022 |
| 10. | Excerpts of Zoom Video Deposition Upon Oral Examination of Kim Reed (BCBSIL Rule 30(b)(6)) – CONFIDENTIAL | 06/02/2022 |
| 11. | Excerpts of Remote Videotaped Deposition Upon Oral Examination of Sharon Booker, MA, LMHC | 05/06/2022 |
| 12. | Excerpts of Remote Videotaped Deposition Upon Oral Examination of Patricia Pritchard | 03/11/2022 |
| 13. | Excerpts of Remote Videotaped Deposition Upon Oral Examination of Randi C. Ettner, Ph.D. | 08/24/2022 |
| 14. | Excerpts of Remote Videotaped Deposition Upon Oral Examination of Dan H. Karasic, MD | 07/13/2022 |

DECLARATION OF ELEANOR HAMBURGER – 2
[Case No. 3:20-cv-06145-RJB]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303  FAX (206) 223-0246

| Exhibit | Description | Date |
|---|---|---|
| 15. | Excerpts of Zoom Video Deposition Upon Oral Examination of Michael Laidlaw | 09/02/2022 |
| 16. | Excerpts of Remote Videotaped Deposition Upon Oral Examination of Kevin Hatfield, M.D. | 06/14/2022 |
| 17. | Excerpts of Zoom Video Deposition Upon Oral Examination of Mark Larson (BCBSIL Rule 30(b)(6)) | 06/02/2022 |
| 18. | Blake, Valarie K., *An Opening for Civil Rights in Health Insurance After the Affordable Care Act,* 36 B.C. J.L. & SOC. JUST. 235 | 06/2016 |
| 19. | Plaintiff's Answer to Defendant's Interrogatory No. 5 | 01/26/2022 |
| 20. | BCBSIL denial of second Vantas Implant | 08/08/2019 |
| 21. | Voir dire Examination of Dr. Laidlaw taken in *Dekker, et al. v. Marstiller, et al.*, USDC (N.D. Florida), Case No. 4:22cv325 | 10/12/2022 |

DATED this 24th day of October, 2022, at Seattle, Washington.

       */s/ Eleanor Hamburger*
Eleanor Hamburger (WSBA #26478)
SIRIANNI YOUTZ SPOONEMORE HAMBURGER
3101 Western Avenue, Suite 350
Seattle, WA 98121
Tel. (206) 223-0303; Fax (206) 223-0303
Email: ehamburger@sylaw.com

*Attorneys for Plaintiffs*

DECLARATION OF ELEANOR HAMBURGER – 3
[Case No. 3:20-cv-06145-RJB]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303  FAX (206) 223-0246