# Exhibit 7

Transcript of the Testimony of

# Frank G. Fox, Ph.D.

Date: 9/12/2022

## C.P. vs BLUE CROSS BLUE SHIELD OF ILLINOIS



Phone: (425) 866-4250
production@nelsonreporters.com
www.nelsonreporters.com

```
 1                IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF WASHINGTON
 2                          AT TACOMA
    _____
 3
    C.P., by and through his            )
 4  parents, PATRICIA PRITCHARD         )
    AND NOLLE PRITCHARD; and            )
 5  PATRICIA PRITCHARD,                 )
                                        ) No. 3:20-cv-06145-RJB
 6                  Plaintiffs,         )
                                        )
 7          vs.                         )
                                        )
 8  BLUE CROSS BLUE SHIELD OF           )
    ILLINOIS,                           )
 9                                      )
                    Defendant.          )
10
    _____
11
                              REMOTE
12       VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION OF
                       FRANK G. FOX, Ph.D.
13                    September 12, 2022
    _____
14                        Taken remotely
            Witness location: Seattle, Washington
15

16

17

18

19

20
                 KATIE J. NELSON, RPR, CCR #2971
21                 NELSON COURT REPORTERS, INC.
                   6513 132nd Avenue NE, #184
22                 Kirkland, Washington 98033
                        (425) 866-4250
23                 katie@nelsonreporters.com

24

25
```

Frank G. Fox, Ph.D.
9/12/2022

```
 1                    A P P E A R A N C E S

 2    FOR THE PLAINTIFFS:

 3                    ELEANOR HAMBURGER
                      SIRIANNI YOUTZ SPOONEMORE HAMBURGER
 4                    3101 Western Avenue, Suite 350
                      Seattle, Washington 98121
 5                    (206) 223-0303
                      ehamburger@sylaw.com
 6

 7                    OMAR GONZALEZ-PAGAN
                      LAMBDA LEGAL DEFENSE AND EDUCATION
 8                    FUND, INC.
                      120 Wall Street, 19th Floor
 9                    New York, New York 10005-3919
                      ogonzalez-pagan@lambdalegal.org
10

11
      FOR THE DEFENDANT:
12
                      GWENDOLYN C. PAYTON
13                    KILPATRICK TOWNSEND & STOCKTON LLP
                      1420 5th Avenue, Suite 3700
14                    Seattle, Washington 98101
                      (206) 467-9600
15                    gpayton@kilpatricktownsend.com

16
      ALSO PRESENT:
17
                      Bryan Gaver, Videographer
18

19

20

21

22

23

24

25
```

Frank G. Fox, Ph.D.
9/12/2022

```
 1              FRANK G. FOX, Ph.D. - September 12, 2022

 2                            I N D E X

 3

 4   EXAMINATION BY:                                       Page(s)

 5
         Atty. Payton                                         5
 6

 7

 8
                                * * *
 9

10   EXHIBITS FOR IDENTIFICATION:

11
     Exhibit 1         Declaration of Frank G. Fox             15
12

13   Exhibit 2         Amended Deposition Notice               23

14
     Exhibit 3         Quinn Study                             72
15

16   Exhibit 4         Williams Institute study                79

17

18

19

20

21

22

23

24

25
```

Frank G. Fox, Ph.D.
9/12/2022

```
 1        Q.   (By Atty. Payton)  I'm sorry, I didn't hear your
 2   answer.
 3        A.   On net, they go up.
 4        Q.   Do you know that because you performed the
 5   calculation with the correct data set?
 6        A.   That's correct.
 7        Q.   Okay.  Did you produce that to counsel?
 8        A.   No, I did not.
 9        Q.   Do you intend to?
10        A.   If so asked.
11        Q.   So essentially, your Table 4 is outdated, right?
12   In Exhibit 1?
13        A.   That would be correct.
14        Q.   It needs to be updated with the correct data?
15        A.   It needs -- if we wanted to update to 2022 Williams
16   Institute figures, that would be updated, yes.
17        Q.   Hold on a second, because I want to close out that
18   issue.  So I'm jumping ahead, because I was going to get to
19   that later.  Bear with me a moment.  I'm finding where in my
20   outline I wanted to talk about that discrepancy.
21             Dr. Fox, was that just a mistake?
22             ATTY. HAMBURGER:  Object as to form.
23             THE WITNESS:  I don't know that I would
24   characterize it as a mistake.  We received the -- or we
25   obtained the 2022 Williams report after I initially prepared
```

Frank G. Fox, Ph.D.
9/12/2022

1        Q.   (By Atty. Payton)  I'm sorry, I didn't hear your
2   answer.
3        A.   On net, they go up.
4        Q.   Do you know that because you performed the
5   calculation with the correct data set?
6        A.   That's correct.
7        Q.   Okay.  Did you produce that to counsel?
8        A.   No, I did not.
9        Q.   Do you intend to?
10       A.   If so asked.
11       Q.   So essentially, your Table 4 is outdated, right?
12  In Exhibit 1?
13       A.   That would be correct.
14       Q.   It needs to be updated with the correct data?
15       A.   It needs -- if we wanted to update to 2022 Williams
16  Institute figures, that would be updated, yes.
17       Q.   Hold on a second, because I want to close out that
18  issue.  So I'm jumping ahead, because I was going to get to
19  that later.  Bear with me a moment.  I'm finding where in my
20  outline I wanted to talk about that discrepancy.
21            Dr. Fox, was that just a mistake?
22                 ATTY. HAMBURGER:  Object as to form.
23                 THE WITNESS:  I don't know that I would
24  characterize it as a mistake.  We received the -- or we
25  obtained the 2022 Williams report after I initially prepared