# Exhibit 8

|              |                                                                                                                                                                                 |
|--------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| **From:**    | Bedard, Stephanie                                                                                                                                                               |
| **To:**      | Ele Hamburger; Omar Gonzalez-Pagan; Jenny Pizer; Daniel Gross; Matt Terry; Theresa Redfern; Stacy Hoffman                                                                       |
| **Cc:**      | Payton, Gwendolyn; Neeleman, John; Rountree, Ian; Phelps, Zoe                                                                                                                   |
| **Subject:** | [External] C.P. v. BCBSIL (No. 3:20-cv-06145-RJB) - BCBSIL"s Rule 26(a)(2) Disclosure of Scott Carr, Ph.D                                                                       |
| **Date:**    | Friday, October 21, 2022 2:12:07 PM                                                                                                                                             |
| **Attachments:** | image002.png<br>C.P. et al. v. BCBSIL - 2022.10.21 Rule 26 Disclosure of Scott Carr.PDF                                                                                      |

Counsel,

Pursuant to Federal Rule of Civil Procedure 26(a)(2), attached please find the rebuttal expert report of Scott Carr, Ph.D, responding to the report and addendum offered by Frank G. Fox.

Thank you,
Stephanie



**Stephanie Bedard**
**Kilpatrick Townsend & Stockton LLP**
Suite 2800 | 1100 Peachtree Street NE | Atlanta, GA 30309-4528
office 404 815 6039 | fax 404 541 3153
sbedard@kilpatricktownsend.com | My Profile | vCard

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 404 815 6500, and destroy the original transmission and its attachments without reading or saving in any manner.

***DISCLAIMER*** Per Treasury Department Circular 230: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.