*C.P. v. Blue Cross Blue Shield of Illinois*
**USDC (W.D. Wash.), No. 3:20-cv-06145-RJB**

<u>**CONFIDENTIAL EXHIBIT**</u>

**Filed Under Seal**
**Pursuant to Protective Order (Dkt. No. 25)**

# Exhibit 4

Telisa Drake 30(B)(6)                                    May 13, 2022

Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF F WASHINGTON

AT TACOMA

_____

C.P., by and through his parents,  )

Patricia Pritchard and Nolle       )

Pritchard and PATRICIA PRITCHARD,  )

          Plaintiffs,              )

  vs.                              ) No. 3:20-cv-06145-RJB

BLUE CROSS BLUE SHIELD OF          )

ILLINOIS,                          )

          Defendant.               )

_____

ZOOM VIDEO DEPOSITION UPON ORAL EXAMINATION

OF

TELISA DRAKE 30(B)(6)

_____

9:30 a.m.

May 13, 2022

REPORTED BY:  Pat Lessard, CCR #2104

Telisa Drake 30(B)(6)                                    May 13, 2022

Page 2

```
 1                    A P P E A R A N C E S

 2

 3    FOR THE PLAINTIFFS:

 4            MS. ELEANOR HAMBURGER

 5            Sirianni, Youtz, Spoonemore & Hamburger

 6            3101 Western Avenue, Suite 350

 7            Seattle, Washington 98121

 8            206.223.0303

 9            ele@sylaw.com

10

11            MR. OMAR GONZALEZ-PAGAN, pro hac vice

12            Lamda Legal Defense and Education Fund

13            120 Wall Street, 19th Floor

14            New York, NY 1005

15            212.809.9585

16            ogonzalez-pagan@lambdalegal.org

17

18            MS. JENNIFER PIZER, pro hac vice

19            Lambda Legal Defense and Education Fund

20            4221 Wilshire Boulevard, Suite 280

21            Los Angeles, CA 90010

22            213.382.7600

23            jpizer@lambdalegal.org.

24

25
```

Telisa Drake 30(B)(6)                                        May 13, 2022

                                                                Page 3

 1

 2                    A P P E A R A N C E S

 3

 4    FOR THE DEFENDANT:

 5            MS. GWENDOLYN PAYTON

 6            MS. STEPHANIE BEDARD

 7            Kilpatrick Townsend

 8            1420 Fifth Avenue, Ste. 3700

 9            Seattle, WA 98101

10            206.467.9600

11            gpayton@kilpatricktownsend.com

12

13

14    ALSO PRESENT:
              WARREN BREY, Videographer
15

16

17

18

19

20

21

22

23

24

25

Telisa Drake 30(B)(6)                                    May 13, 2022

                                                            Page 4

1                    E X A M I N A T I O N

2     ATTORNEY                                              PAGE

3     BY MS. HAMBURGER:                                        8

4                    E X H I B I T   I N D E X

5     No.                    DESCRIPTION                    PAGE

6     Exhibit 1   Amended Notice of Rule 30(b)6)           10

7                 Deposition of Blue Cross Blue

8                 Shield of Illinois.

9     Exhibit 2   2019 Catholic Health Initiatives         50

10                Summary Plan Description.

11    Exhibit 3   Blue Cross Blue Shield                    34

12                Administrative Services Agreement.

13    Exhibit 4   2016 Benefit Program Application.         88

14    Exhibit 5   2017 Benefit Program Application.         92

15    Exhibit 7   4/21/17 letter from  Blue Cross         118

16                Blue Shield of Illinois to

17                Patricia Pritchard re treatment

18                for transgender services.

19    Exhibit 8   2018 Benefit Program Application.         96

20    Exhibit 9   2019 Benefit Program Application.        110

21    Exhibit 10  2020 Benefit Program Application.        111

22    Exhibit 11  2021 Benefit Program Application.        115

23    Exhibit 12  2017 Catholic Health Initiatives         79

24                Medical Plan.

25

Telisa Drake 30(B)(6)                                    May 13, 2022

```
 1                E X H I B I T   I N D E X

 2   No.                    DESCRIPTION                 PAGE

 3   Exhibit 13  2018 Catholic Health Initiatives       80

 4               Summary Plan Description.

 5   Exhibit 14  2020 Catholic Health Initiatives       84

 6               Summary of Modifications.

 7   Exhibit 17  4/14/16 letter from Blue Cross         121

 8               Blue Shield of Illinois to Kevin

 9               Hatfield re Important Updates.

10   Exhibit 18  Blue Cross Blue Shield of Illinois     120

11               Predetermination Request Form -

12               Medical and Surgical.

13   Exhibit 19  8/8/19 letter from Blue Cross Blue     124

14               Shield of Illinois re denial of

15               top surgery.

16   Exhibit 20  8/08/19 Vantas implant denial.         125

17   Exhibit 21  Third Supplemental Responses and        54

18               Objections to Plaintiffs' Second

19               Discovery Requests to Defendant

20               Blue Cross and Blue Shield of

21               Illinois.

22

23

24

25
```

Telisa Drake 30(B)(6)                                May 13, 2022

```
                                                        Page 6
 1                   E X H I B I T   I N D E X
 2   No.                    DESCRIPTION              PAGE
 3   Exhibit 23  3/20/17 email from Telisa Drake to  133
 4               Kimberly Norton and others re
 5               Gender Assignment Surgery and
 6               Gender Reassignment surgery with
 7               Related Services.
 8   Exhibit 24  Email from Trisha Beal to Michael   137
 9               Hines and others re 2018 TG
10               denials.
11   Exhibit 25  Redacted document re Transgender    147
12               Reassignment Surgery.
13   Exhibit 26  4/24/17 internal system screenshot  149
14               re CP services.
15   Exhibit 27  10/14/16 internal screenshot re     150
16               prescription for CP.
17   Exhibit 28  Dashboard Notes for CP.             153
18   Exhibit 29  2/2/18 email from Telisa Drake to   147
19               Kimberly Norton and others re BCBS
20               Standard Plans draft.
21   Exhibit 40  Document titled Your Health Care     42
22               Benefit Program.
23
24
25
```

Telisa Drake 30(B)(6)                          May 13, 2022

Page 53

1      Q.   But Blue Cross Blue Shield of Illinois
2    reviewed and administered it, correct?
3      A.   That is correct.
4      Q.   And is the term "transgender reassignment
5    surgery" defined?
6      A.   Within their documents?
7      Q.   Yes.
8      A.   It is not.
9      Q.   Okay.  And where would someone have to go to
10   find what is included as transgender reassignment
11   surgery and the services leading to it?
12     A.   That also would result more than likely from
13   a call from the member to our customer advocates, and
14   they would be directed to our medical policy.
15     Q.   Okay.  And does Blue Cross Blue Shield of
16   Illinois administer the transgender reassignment
17   surgery exclusion -- does it treat the word "gender
18   reassignment surgery" and "transgender reassignment
19   surgery" as the same?
20          MS. PAYTON:  Object to the form.
21     A.   Can you clarify your question?
22     Q.   (By Ms. Hamburger)  Yes.  From Blue Cross
23   Blue Shield of Illinois's perspective is there a
24   difference between gender reassignment surgery and
25   transgender reassignment surgery?

Telisa Drake 30(B)(6)                                    May 13, 2022

Page 61

```
1        A.    The exclusion of the benefit.
2        Q.    (By Ms. Hamburger)   So I got that they
3   pulled ten exclusions.
4              Are they considered to be representative of
5   the types of exclusions that Blue Cross Blue Shield
6   administers for gender-affirming care?
7              MS. PAYTON:   Object to the form.
8        A.    Yes.   These exclusions would be administered
9   under the ASO plans based upon the verbiage that is
10  listed within this chart.
11       Q.    (By Ms. Hamburger)   And so let's go through
12  it.
13             The first one, what is your understanding of
14  the first exclusion?
15       A.    So the one effective dated 1/01 of 2017?
16       Q.    Yes.
17       A.    In an operational world, which is what I can
18  speak to, gender reassignment surgery including
19  related services and supplies would not be covered
20  because it was listed under the exclusion.
21       Q.    So it's my understanding from talking with
22  your counsel that the first one represents the
23  Blue Cross Blue Shield of Illinois standard language
24  when asked by an ASO client to write the exclusion.
25             Is that your understanding?
```

Telisa Drake 30(B)(6)                                    May 13, 2022

Page 62

```
 1        A.   Yes.
 2        Q.   Okay.  So the first one is the Blue Cross
 3   Blue Shield of Illinois standard language for
 4   exclusions of gender reassignment surgery?
 5             MS. PAYTON:  Object to the form.
 6        A.   Yes.
 7        Q.   (By Ms. Hamburger)  I labeled these one
 8   through ten.  There's ten here --
 9        A.   Okay.
10        Q.   -- so I'm going to go through them that way
11   because it's easier to identify them.  Okay?
12             Would you take a look at the second
13   exclusion and only the part -- so the first paragraph,
14   can you take a look at that one?
15        A.   Yes.
16        Q.   Okay.  Is this another type of exclusion
17   that Blue Cross Blue Shield of Illinois administers?
18        A.   Yes.
19        Q.   And is this also a blanket exclusion related
20   to gender dysphoria?
21             MS. PAYTON:  Object to the form.
22        A.   Based on the language, yes.
23        Q.   (By Ms. Hamburger)  So let's go back to the
24   first one.
25             Is the first one a blanket exclusion of
```

Telisa Drake 30(B)(6)                                        May 13, 2022

Page 63

1   treatment for gender dysphoria?

2           MS. PAYTON:  Object to the form.

3       A.   This would be a blanket exclusion for gender

4   reassignment surgery.

5       Q.   (By Ms. Hamburger)  And related services and

6   supplies, right?

7       A.   Correct.

8       Q.   And to understand where the line is drawn

9   for what's considered gender reassignment surgery and

10  related services and supplies, where would we look?

11      A.   In the medical policy manual.

12      Q.   Okay.  The second two paragraphs in number

13  two, those don't relate to medical benefits, right?

14      A.   That is accurate.

15      Q.   Okay.  The third one, can you take a look at

16  that?

17      A.   Yes.

18      Q.   Now the third one provides some coverage for

19  gender reassignment surgery, right?

20      A.   That is accurate.

21      Q.   But does it impose a limitation?

22      A.   Yes, it does.

23      Q.   And that is a financial limitation, right?

24      A.   Based on the language, yes.

25      Q.   Okay.  So is that a blanket exclusion?

Telisa Drake 30(B)(6)                                      May 13, 2022

Page 64

```
 1              MS. PAYTON:  Object to the form.
 2        A.    It is not a blanket exclusion.
 3        Q.    (By Ms. Hamburger)  Okay.  So it's a form of
 4   financial limitation, right?
 5        A.    You're accurate, yes.
 6        Q.    Number four, a different kind, it says
 7   "Transsexual surgery or any treatment of gender
 8   identity disorder."
 9              Do you see that?
10        A.    I do.
11        Q.    Is that a blanket exclusion?
12              MS. PAYTON:  Object to the form.
13        A.    Yes, it appears it's a blanket.
14        Q.    (By Ms. Hamburger)  Okay.  Number five, take
15   a look at that, please.
16              Is that an exclusion?
17        A.    It is not an exclusion.
18        Q.    I read it as -- well, under number five it
19   requires someone to be 18 years or older to get the
20   treatment, is that right?
21        A.    That's correct.
22        Q.    Okay.  So would that be a form of treatment
23   limitation?
24        A.    Yes.
25        Q.    Okay.  And scroll down.  Number six -- I
```

Telisa Drake 30(B)(6)                                    May 13, 2022

 1    think I might have lost count here.  Hold on.

 2            Okay, number six.  Take a look at that.

 3            MS. PAYTON:  That's the one that's 1/1/2015

 4    Schedule of Benefits?

 5            MS. HAMBURGER:  Yes.

 6        Q.   (By Ms. Hamburger)  What does that one have?

 7        A.   This one is a financial limitation.

 8        Q.   Okay.  And it also has under the second

 9    paragraph certain surgeries are considered cosmetic.

10            Do you see that?

11        A.   Yes, I do.

12        Q.   Okay.  So it's both a financial limitation

13    and it excludes certain services but it covers other

14    ones, correct?

15        A.   That is correct.

16        Q.   Okay.  Number seven, can you take a look at

17    that.  That's the one 6/1/21.

18            Is that a blanket exclusion?

19        A.   Yes, it is.

20        Q.   Number eight.

21            MS. PAYTON:  I'll object to that.  Sorry.

22    Belated object to the form.

23        Q.   (By Ms. Hamburger)  Number eight.

24        A.   That is not a blanket exclusion.

25        Q.   But how would someone know what's covered or

Telisa Drake 30(B)(6)                                May 13, 2022

Page 66

```
 1   what's not covered?
 2        A.   We would refer them to the medical policy.
 3        Q.   Okay.  And if Blue Cross Blue Shield
 4   considers services and supplies leading to surgery to
 5   be excluded -- well, under this exclusion do you know
 6   if Blue Cross Blue Shield of Illinois administers this
 7   as including services and supplies leading to surgery?
 8             MS. PAYTON:  Object to the form.  Outside
 9   the scope.
10        A.   I am not a hundred percent prepared to
11   answer that.
12        Q.   (By Ms. Hamburger)  Do you have an idea?
13             MS. PAYTON:  Same objection.
14        A.   My speculation would be that services for
15   gender reassignment would include anything that was
16   outside of the surgical realm.
17             So office visits, those kinds of things,
18   therapy, would all be covered with the exception of
19   surgery.
20        Q.   (By Ms. Hamburger)  Based upon your
21   understanding would a Vantas implant, a puberty
22   blocker, be considered surgery?
23             MS. PAYTON:  I'm going to object to the form
24   of the question.  It's outside the scope.  This
25   witness isn't designated to talk about this.
```

Telisa Drake 30(B)(6)                                   May 13, 2022

Page 67

1              You can answer.

2       A.   Yes, an implant would be considered a

3  surgical service.

4       Q.   (By Ms. Hamburger)  And why?

5              MS. PAYTON:  Same objection.  Go ahead.

6       A.   Because it was implanted within the body.

7       Q.   (By Ms. Hamburger)  So anything that is

8  implanted within the body is considered surgery by

9  Blue Cross Blue Shield of Illinois?

10              MS. PAYTON:  Same objection, scope.

11      A.   Yes.

12      Q.   (By Ms. Hamburger)  What about an injection?

13  Is that considered surgery.

14              MS. PAYTON:  Same objection, scope.

15      A.   It depends on how the injection is

16  administered but some of them do pull a surgery

17  benefit.

18      Q.   (By Ms. Hamburger)  If someone is injecting

19  testosterone, is that considered surgery?

20              MS. PAYTON:  Object to the form, scope.

21      A.   I would need the actual procedure code to

22  review to determine how it was actually infused or

23  implanted in order to answer that question.

24      Q.   (By Ms. Hamburger)  Do most people think

25  that an injection is surgery?

Telisa Drake 30(B)(6)                              May 13, 2022

Page 68

1           MS. PAYTON:  Object to the form.

2           A.    In my history at Blue Cross Blue Shield this

3    is definitely a gray area.  However, most times

4    patients call for those services just to clarify.

5           Q.    (By Ms. Hamburger)  Okay.  Let's turn to the

6    next example, number nine.

7                 It's dated 1/1/2019, Services Related to

8    Gender Reassignment.

9           A.    That's a blanket exclusion.

10          Q.    And number ten, tell me about this

11   exclusion.

12                MS. PAYTON:  Is that 1/1/16?

13                MS. HAMBURGER:  Yes.

14          A.    This exclusion has a dollar cap on it so it

15   would not be a blanket exclusion.  It does have an age

16   requirement and also medical requirements.

17          Q.    (By Ms. Hamburger)  Okay.  So I've been

18   trying to think about how to categorize these because

19   I think they can be put into general categories or

20   buckets.  That's what I've been calling them.

21                So would you agree that there's a category

22   of exclusions that are total blanket exclusions?

23          A.    Yes.

24                MS. PAYTON:  Object to the form.

25          Q.    (By Ms. Hamburger)  And so my read is that

Telisa Drake 30(B)(6)                                    May 13, 2022

                                                        Page 69

 1   would include examples one, two, four, seven and nine.
 2        Would you just take a look at that and see
 3   if you confirm that you agree with me those are
 4   clearly blanket exclusions?
 5        MS. PAYTON:  Object to the form of the
 6   question.
 7        A.   Yes.
 8        Q.   (By Ms. Hamburger)  Okay.  And how does
 9   Blue Cross Blue Shield of Illinois administer the
10   plans with a blanket exclusion?
11        MS. PAYTON:  Object to the form.
12        A.   All services that would fall under this
13   particular benefit would deny once the claim was
14   received.
15        Q.   (By Ms. Hamburger)  And how would Blue Cross
16   Blue Shield of Illinois determine whether it falls
17   under that particular exclusion?
18        A.   Again, we would refer back to that medical
19   policy.
20        Q.   So would the diagnosis code that the claim
21   comes in on determine whether it's excluded or not?
22        A.   Yes.  It would be diagnosis in combination
23   with the procedure code.
24        Q.   Okay.  And so the diagnosis and the
25   procedure code together would determine whether

Telisa Drake 30(B)(6)                                    May 13, 2022

Page 70

```
 1    Blue Cross Blue Shield of Illinois considered it to be
 2    gender reassignment?
 3         A.    That's correct.
 4         Q.    Okay.  And Blue Cross Blue Shield of
 5    Illinois has a standard process for making that
 6    determination?
 7              MS. PAYTON:  Object to the form.
 8         A.    Can you clarify your question?
 9         Q.    (By Ms. Hamburger)  Yes.  So when Blue Cross
10    Blue Shield is administering the plans that have total
11    blanket exclusions, that first bucket, it makes that
12    determination -- I understand your testimony to be it
13    makes that determination based on a diagnosis and
14    service code, correct?
15         A.    That is correct.
16              MS. PAYTON:  Object to the form.
17         A.    That is correct.
18         Q.    (By Ms. Hamburger)  And when administering
19    those plans that have the blanket exclusion Blue Cross
20    Blue Shield of Illinois's standard practice is to look
21    at the diagnosis and service code to determine if it's
22    gender reassignment, and if it is then it is denied,
23    is that right?
24              MS. PAYTON:  Object to the form.
25         A.    That is correct.
```

Telisa Drake 30(B)(6)                                      May 13, 2022

Page 71

1       Q.    (By Ms. Hamburger)   That's the standard
2    practice, right?
3             MS. PAYTON:  Object to the form.
4       A.    Yes.
5       Q.    (By Ms. Hamburger)   Now, there's another
6    category of exclusions here that say "Services related
7    to Gender Reassignment Surgery" is excluded, right?
8       A.    Yes.
9       Q.    And plans that fall in that category are CHI
10   and example eight, is that right?
11      A.    That is correct.
12      Q.    Okay.  And in those plans -- I mean this is
13   kind of a little confusing.  In those plans is
14   counseling covered?
15            MS. PAYTON:  Object to the form, scope.
16      A.    Yes.
17      Q.    (By Ms. Hamburger)  Would hormonal
18   prescription drugs be covered?
19            MS. PAYTON:  Object to the form, scope.
20      A.    Honestly I can't answer that particular
21   question due to the fact that Common Spirit doesn't
22   have Blue Cross Blue Shield as their pharmacy carrier.
23      Q.    (By Ms. Hamburger)  Okay.  Fair enough.
24            Would puberty blockers be covered?
25            MS. PAYTON:  Object to the form, scope.

Telisa Drake 30(B)(6)                                    May 13, 2022

Page 72

```
1              Are you asking generally or are you asking
2    about Common Spirit?
3         Q.   (By Ms. Hamburger)   Under the plans that are
4    in this bucket number two that excludes services
5    related to gender reassignment surgery.
6              MS. PAYTON:   Object to the form, scope.
7         A.   Depending on how those devices are implanted
8    or -- it would depend on if they would require a
9    surgical implantation or how they were actually billed
10   to us.
11             If they fell under a surgical procedure then
12   they would be denied.
13        Q.   (By Ms. Hamburger)   Okay.   And so in those
14   plans would top surgery be denied?
15             MS. PAYTON:   Object to the form, scope.
16        A.   Yes.
17        Q.   (By Ms. Hamburger)   And bottom surgery or
18   genital surgery, that would be denied, is that right?
19             MS. PAYTON:   Same objection.
20        A.   Yes.
21        Q.   (By Ms. Hamburger)   Okay.   And why do these
22   plans make a distinction about surgery as opposed to
23   other forms of gender-affirming --
24             MS. PAYTON:   Object to the form.
25        Q.   (By Ms. Hamburger)   -- care?
```

Telisa Drake 30(B)(6)                                    May 13, 2022

Page 73

```
 1              MS. PAYTON:  Object to the form, outside of
 2    the scope.
 3         A.   I would only speculate personal preference
 4    of that particular client.
 5         Q.   (By Ms. Hamburger)  Any other reason?
 6              MS. PAYTON:  Same objection.
 7         A.   Not that they've expressed to me.
 8         Q.   (By Ms. Hamburger)  So there's a third
 9    category that provides coverage with some limitations
10    like age or financial limitations, is that right?
11         A.   That is accurate.
12         Q.   Okay.  And that includes examples number
13    five and number three?
14         A.   And I believe number ten also.
15         Q.   Okay, and number ten.  Yes, I missed that
16    one.  Thank you.
17              But in that bucket what is considered
18    gender-affirming -- what Blue Cross Blue Shield of
19    Illinois considers to be gender reassignment surgery
20    is covered, it just has limitations on it, is that
21    right?
22         A.   That is correct.
23         Q.   Okay.  And then there's a fourth bucket that
24    I came up with that relates to identifying certain
25    procedures as cosmetic or excluded but generally
```

Telisa Drake 30(B)(6)                                      May 13, 2022

1   covering gender-affirming care.  And that would be

2   example number six.

3           MS. PAYTON:  Object to the form.

4       A.   Yes.

5       Q.   (By Ms. Hamburger)  Do you agree with that?

6       A.   I do.

7       Q.   Okay.  Are there any other type of

8   exclusions of gender-affirming care administered by

9   Blue Cross Blue Shield of Illinois --

10          MS. PAYTON:  Object to the form.

11      Q.   (By Ms. Hamburger)  -- that we haven't

12  identified in those four buckets?

13          MS. PAYTON:  Object to the form.

14      A.   I would have to say Common Spirit actually

15  falls even farther outside of these buckets with their

16  custom approach.

17      Q.   (By Ms. Hamburger)  And tell me how they

18  fall outside of this bucket approach.

19      A.   So they do include surgery.  However, they

20  do ask to review those claims prior before they're

21  actually denied.

22      Q.   And do they ever approve surgery?

23      A.   To my knowledge, no.

24      Q.   So the only variation that you've identified

25  for Common Spirit is that they have some additional

Telisa Drake 30(B)(6)                                    May 13, 2022

Page 75

1   review, is that right?

2          A.   That's correct.

3          Q.   But they don't provide any different benefit

4   than what we've discussed in these buckets?

5          A.   That's correct.

6                    MS. PAYTON:  Object to the form.

7                    Do a little pause so I can object.

8                    THE WITNESS:  Sorry.

9                    MS. PAYTON:  That's all right.  Everybody

10  does that.

11         A.   Yes, that's correct.

12         Q.   (By Ms. Hamburger)  So if we're looking at

13  the coverage, not the process but the coverage, Common

14  Spirit and CHI fall into that second bucket that

15  excludes services related to surgery, correct?

16                   MS. PAYTON:  Object to the form.

17         A.   Yes.

18         Q.   (By Ms. Hamburger)  Okay.  All right.  And

19  just to confirm this is the universe of the exclusions

20  of gender-affirming care administered by Blue Cross

21  Blue Shield in these four buckets?

22                   MS. PAYTON:  Object to the form.

23         A.   Yes.

24         Q.   (By Ms. Hamburger)  Okay.  And as we talked

25  about before, categories three and four are not

Page 84

1  Initiatives drafted it, CHI reviewed it and agreed to

2  administer it, right.

3        A.   Catholic Health Initiatives reviewed it and

4  agreed to administer it yes.

5        Q.   Okay.  Look at Exhibit 14.

6             (Marked Deposition Exhibit No. 14.)

7        Q.   (By Ms. Hamburger)  Can you tell me what

8  this is?

9        A.   The plan description for Catholic Health

10 Initiatives for 2020.

11       Q.   Okay.  And now let's go down to page 41.

12       A.   Okay.

13            MS. HAMBURGER:  Omar is trying to get in.

14 If someone could let him in.

15            THE VIDEOGRAPHER:  He's coming in.

16            MS. HAMBURGER:  All right.  Thank you.

17       Q.   (By Ms. Hamburger)  Let me look -- I'm sorry

18 I'm taking a little time to get to 41.  Hold on.

19            All right.  So in 2020 the coverage changed,

20 right?

21       A.   I think Common Spirit was looking here to

22 make a further clarification within that benefit.

23       Q.   Did the coverage change or not change?

24       A.   The way we were administering benefits did

25 not change.  So we were still only sending the

Telisa Drake 30(B)(6)                                    May 13, 2022

Page 85

1    surgical services to Common Spirit and covering the
2    other services.
3         Q.   Okay.  So the administration of the plan
4    remained the same but the wording of the benefit
5    changed?
6         A.   Correct.
7         Q.   Did Blue Cross Blue Shield of Illinois
8    review this wording and comment on it?
9         A.   I can't recollect if we made any suggestions
10   or changes to the 2020 wording.
11              But we do review these and if there's
12   something that doesn't fall within how we're coded
13   within our system, we would give them feedback on it.
14              But this particular benefit is how we're
15   coded.
16        Q.   Okay.  In 2020 did the CHI plan cover
17   mastectomies for cisgender women?
18        A.   It would be subject to medical necessity.
19   They would follow our medical policies.
20        Q.   But it would be covered, correct?
21             MS. PAYTON:  Object to the form.
22        A.   As long as the patient met the criteria
23   under the plan.
24        Q.   (By Ms. Hamburger)  Okay.  So the
25   mastectomies were covered under the plan for other

Telisa Drake 30(B)(6)                              May 13, 2022

Page 86

1   purposes than for gender dysphoria, correct?

2           MS. PAYTON:  Object to the form.

3       A.    That is correct.

4       Q.    (By Ms. Hamburger)  So you could see how

5   this language makes it appear that mastectomies for

6   gender dysphoria, since they are covered under the

7   plan for cisgender people, would be covered?

8           MS. PAYTON:  Object to the form of the

9   question.

10      A.    I'm not sure I could speculate one way or

11  the other.

12          I think as a consumer I would call and

13  clarify that with my insurance company.

14      Q.    (By Ms. Hamburger)  And at the top -- let's

15  go back up to the Summary of Modifications.

16      A.    What page was that on?  Still on 41?

17      Q.    It's on page two or three of the document.

18      A.    Okay.

19      Q.    Near the beginning.

20      A.    Yes, I'm there.

21      Q.    Okay.  And here it says, under Summary of

22  Modifications in 2020, "Adding covered services for

23  the Treatment of Gender Dysphoria."

24          Do you see that?

25      A.    I do.

Telisa Drake 30(B)(6)                                    May 13, 2022

1       Q.    And it does not call out the exclusion of

2  surgical procedures, right?

3       A.    Not in this language, no.

4       Q.    I think you testified that this change in

5  language did not result in a change in how the plan

6  was administered by Blue Cross Blue Shield of

7  Illinois, is that right?

8       A.    That is correct.

9       Q.    Okay.  And has the same language remained in

10 the CHI SPD since 2020?

11      A.    Yes.

12      Q.    Okay.  I want to turn to the BPAs.

13      A.    Okay.

14            MS. PAYTON:  Did you want to say something?

15            THE VIDEOGRAPHER:  Yeah.  Pardon me,

16 Ms. Hamburger.

17            MS. HAMBURGER:  Yes.

18            THE VIDEOGRAPHER:  I need to take a break to

19 change the two-hour tape.

20            MS. HAMBURGER:  Sure.  Five-minute break.

21            THE VIDEOGRAPHER:  We're going off the

22 record at 11:35 a.m.

23            This is the end of disc one.

24                (Recess.)

25            THE VIDEOGRAPHER:  Stand by, please.