1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| C. P., by and through his parents, Patricia Pritchard and Nolle Pritchard; and PATRICIA PRITCHARD,<br><br>                      Plaintiff,<br>     v.<br><br>BLUE CROSS BLUE SHIELD OF ILLINOIS,<br><br>                      Defendant. | CASE NO. 3:20-cv-06145-RJB<br><br>ORDER ON MOTIONS |

      This matter comes before the Court on the August 25, 2022 pleading entitled "Plaintiffs' Placeholder Motion to Seal-Redact" (Dkt. 77), the October 24, 2022 pleading entitled "Plaintiffs' Placeholder Motion to Seal-Redact" (Dkt. 95), the October 31, 2022 "Agreed Placeholder Motion to Seal-redact *Daubert* Motions" (Dkt. 102) and the Defendant's Motion for Summary Judgment (Dkt. 87).  The Court has considered the pleadings filed regarding the motions and the file herein.

ORDER ON MOTIONS - 1

**Motions to Seal**. Parties have filed multiple motions and pleadings under seal. Dkts. 78, 85, 98, 99, 101, 103, 105, 109. The parties have filed "placeholder" motions to seal. Dkts. 77, 95 and 102.

In the last "placeholder" motion, the parties inform the Court that (pursuant to Local Rule W.D. Wash. 5(g)), they have filed pleadings under seal at the request of the opposing party. Dkt. 107. Further, they state that "so that the parties who seek to seal/redact confidential information" may satisfy the requirements of the Local Rule 5(g), they have agreed to the following briefing schedule: responses, if any, to the motions to seal should be filed by December 5, 2022 and replies, if any, should be filed by December 9, 2022. The parties state that they agree that all the motions to seal (Dkts. 77, 95, and 102) should be renoted for consideration for December 9, 2022. Accordingly, the motions to seal (Dkts. 77, 95, and 102) should be noted for consideration on December 9, 2022.

Parties should be aware that decisions on the pending motions to certify the class, motions to exclude, and motions for summary judgment may be issued before December 9, 2022.

**Motion for Summary Judgment**. After the Defendant filed a motion for summary judgment, the parties filed an agreed briefing schedule for cross motions for summary judgment. Dkt. 90. In that pleading, the Defendant renoted its motion for summary judgment to November 14, 2022 and the parties agreed to complete briefing on the Plaintiffs' motion for summary judgment on November 21, 2022. Dkt. 90.

The cross motions for summary judgment are related and should be considered together. The Defendant's motion for summary judgment (Dkt. 90) should be renoted for consideration for November 21, 2022.

**IT IS SO ORDERED**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 7th day of November, 2022.

*[signature]*

ROBERT J. BRYAN
United States District Judge