HONORABLE JUDGE ROBERT J. BRYAN

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

C. P., by and through his parents, Patricia Pritchard and Nolle Pritchard; and PATRICIA PRITCHARD,

　　　　　　　　Plaintiff,

vs.

BLUE CROSS BLUE SHIELD OF ILLINOIS,

　　　　　　　　Defendants.

Case No. 3:20-cv-06145-RJB

**RE-NOTE OF BLUE CROSS BLUE SHIELD OF ILLINOIS'S MOTION FOR SUMMARY JUDGMENT (DKT. 87 AND 90)**

**NOTE ON MOTION CALENDAR: MONDAY, NOVEMBER 21, 2022**

**ORAL ARGUMENT REQUESTED**

TO:　　CLERK OF THE COURT;

AND TO:　ALL PARTIES and their COUNSEL OF RECORD;

PURSUANT to the Court Order (Dkt. 111) please take notice that DEFENDANT BLUE CROSS BLUE SHIELD OF ILLINOIS'S MOTION FOR SUMMARY JUDGMENT (Dkt. 87 AND 90) previously noted For Consideration on Monday, November 14, 2022, has been re-noted to **Monday, November 21, 2022.**

DATED this 8th day of November, 2022.

KILPATRICK TOWNSEND & STOCKTON LLP

By　*/s/ Gwendolyn C. Payton*
　　Gwendolyn C. Payton, WSBA No. 26752
　　gpayton@kilpatricktownsend.com

RE-NOTE OF BLUE CROSS BLUE SHIELD OF ILLINOIS'S MOTION FOR SUMMARY JUDGMENT (DKT. 87 AND 90) – 1

KILPATRICK TOWNSEND 76723477 1

KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713  FAX: (206) 260-8946

1420 Fifth Ave., Suite 3700
Seattle, WA 98101
Telephone: (206) 626-7714
Facsimile: (206) 623-6793

*Counsel for Defendant Blue Cross Blue Shield Of Illinois*

RE-NOTE OF BLUE CROSS BLUE SHIELD OF ILLINOIS'S MOTION FOR SUMMARY JUDGMENT (DKT. 87 AND 90) – 2

KILPATRICK TOWNSEND 76723477 1

**KILPATRICK TOWNSEND & STOCKTON LLP**
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713  FAX: (206) 260-8946

**CERTIFICATE OF SERVICE**

I certify that on the date indicated below I caused a copy of the foregoing document, RE-NOTE OF BLUE CROSS BLUE SHIELD OF ILLINOIS'S MOTION FOR SUMMARY JUDGMENT (DKT. 87 AND 90) to be filed with the Clerk of the Court via the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following attorneys of record:

| | |
|---|---|
| **Eleanor Hamburger**<br>SIRIANNI YOUTZ SPOONEMORE HAMBURGER<br>3101 WESTERN AVENUE STE 350<br>SEATTLE, WA 98121<br>206-223-0303<br>Fax: 206-223-0246<br>Email: ehamburger@sylaw.com | ☒ by CM/ECF<br>☐ by Electronic Mail<br>☐ by Facsimile Transmission<br>☐ by First Class Mail<br>☐ by Hand Delivery<br>☐ by Overnight Delivery |
| **Jennifer C Pizer**<br>LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC<br>4221 WILSHIRE BLVD., STE 280<br>LOS ANGELES, CA 90010<br>213-382-7600<br>Email: jpizer@lambdalegal.org | ☒ by CM/ECF<br>☐ by Electronic Mail<br>☐ by Facsimile Transmission<br>☐ by First Class Mail<br>☐ by Hand Delivery<br>☐ by Overnight Delivery |
| **Omar Gonzalez-Pagan**<br>LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC. (NY)<br>120 WALL STREET<br>19TH FLOOR<br>NEW YORK, NY 10005<br>212-809-8585<br>Email: ogonzalez-pagan@lambdalegal.org | ☒ by CM/ECF<br>☐ by Electronic Mail<br>☐ by Facsimile Transmission<br>☐ by First Class Mail<br>☐ by Hand Delivery<br>☐ by Overnight Delivery |

DATED this 8th day of November, 2022.

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Gwendolyn C. Payton*
    Gwendolyn C. Payton, WSBA #26752

*Counsel for Blue Cross Blue Shield of Illinois*

CERTIFICATE OF SERVICE – 3

KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713  FAX: (206) 260-8946

KILPATRICK TOWNSEND 76723477 1