The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| C.P., by and through his parents, Patricia Pritchard and Nolle Pritchard, individually and on behalf of others similarly situated; and PATRICIA PRITCHARD,<br><br>          Plaintiffs,<br><br>     v.<br><br>BLUE CROSS BLUE SHIELD OF ILLINOIS,<br><br>          Defendant. | NO. 3:20-cv-06145-RJB<br><br>DECLARATION OF ELEANOR HAMBURGER IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOTION TO EXCLUDE EXPERT TESTIMONY<br><br>**Note on Motion Calendar:**<br>November 18, 2022 |

I, Eleanor Hamburger, declare under penalty of perjury and in accordance with the laws of the State of Washington and the United States that:

1.   I am a partner at Sirianni Youtz Spoonemore Hamburger and am one of the attorneys for Plaintiffs in this action.

2.   Attached are true and correct copies of the following documents, with underlining where appropriate for the Court's convenience:

| Exhibit | Description | Date |
|---|---|---|
| 1. | Email from Stephanie Bedard disclosing Dr. Michael Laidlaw's Bibliography | 09/07/2022 |

DECL. OF ELEANOR HAMBURGER IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOT. TO EXCLUDE EXPERT TESTIMONY – 1
[Case No. 3:20-cv-06145-RJB]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303  FAX (206) 223-0246

| Exhibit | Description | Date |
|---|---|---|
| 2. | Excerpts of the transcript of the deposition of Michael Laidlaw, M.D., taken in this matter | 09/02/2022 |
| 3. | APA Resolution on Gender Identity Change Efforts, adopted by the American Psychological Association in February 2021, a copy of which was entered as Exhibit 10 to the deposition of Michael Laidlaw, M.D., taken in this matter on September 2, 2022 | 02/2021 |
| 4. | Position Statement on Transgender Health of the Endocrine Society and Pediatric Endocrine Society | 12/2020 |
| 5. | Position Statement on Access to Care for Transgender and Gender Diverse Individuals of the American Psychiatric Association | 07/2018 |

DATED this 18th day of November, 2022, at Seattle, Washington.

/s/ Eleanor Hamburger
Eleanor Hamburger (WSBA #26478)
SIRIANNI YOUTZ SPOONEMORE HAMBURGER PLLC
3101 Western Avenue, Suite 350
Seattle, WA  98121
Tel. (206) 223-0303; Fax (206) 223-0303
Email:  ehamburger@sylaw.com

*Attorneys for Plaintiffs*

DECL. OF ELEANOR HAMBURGER IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' CONSOLIDATED MOT. TO EXCLUDE EXPERT TESTIMONY – 2
[Case No. 3:20-cv-06145-RJB]

SIRIANNI YOUTZ SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303  FAX (206) 223-0246