THE HONORABLE ROBERT J. BRYAN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| C. P., by and through his parents, Patricia Pritchard and Nolle Pritchard; and PATRICIA PRITCHARD,<br><br>  Plaintiffs,<br><br>  vs.<br><br>BLUE CROSS BLUE SHIELD OF ILLINOIS,<br><br>  Defendant. | Case No. 3:20-cv-06145-RJB<br><br>**DEFENDANT BLUE CROSS BLUE SHIELD OF ILLINOIS' NOTICE OF FILING RULE 23(f) PETITION FOR PERMISSION TO APPEAL** |

DEFENDANT BLUE CROSS BLUE SHIELD OF ILLINOIS' NOTICE OF FILING RULE 23(f) PETITION FOR PERMISSION TO APPEAL

**KILPATRICK TOWNSEND & STOCKTON LLP**
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713  FAX: (206) 260-8946

KILPATRICK TOWNSEND 76757733 1

TO: **CLERK OF THE COURT**

AND TO: **ALL COUNSEL OF RECORD**

PLEASE TAKE NOTICE that on November 23, 2022, Defendant Blue Cross Blue Shield of Illinois ("BCBSIL") filed a Petition for Permission to Appeal, pursuant to Rule 23(f) of the Federal Rules of Civil Procedure, with the United States Court of Appeals for the Ninth Circuit. BCBSIL seeks permission to appeal this Court's Order Granting Motion for Class Certification [Dkt. 113]. A copy of BCBSIL's Rule 23(f) Petition was served via CM/ECF to Plaintiffs' counsel on this date.

Dated this 23rd day of November, 2022.

KILPATRICK TOWNSEND & STOCKTON LLP

By    */s/ Gwendolyn C. Payton*
  Gwendolyn C. Payton, WSBA No. 26752
  gpayton@kilpatricktownsend.com
  John R. Neeleman, WSBA No. 19752
  jneeleman@kilpatricktownsend.com
  1420 Fifth Ave., Suite 3700
  Seattle, WA 98101
  Telephone: (206) 626-7714
  Facsimile: (206) 623-6793

*Counsel for Blue Cross Blue Shield of Illinois*

DEFENDANT BLUE CROSS BLUE SHIELD OF ILLINOIS' NOTICE OF FILING RULE 23(f) PETITION FOR PERMISSION TO APPEAL - 1
Case No. 3:20-cv-06145-RJB

KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713  FAX: (206) 260-8946

KILPATRICK TOWNSEND 76757733 1

# CERTIFICATE OF SERVICE

I certify that on the date indicated below I caused a copy of the foregoing document, DEFENDANT BLUE CROSS BLUE SHIELD OF ILLINOIS' NOTICE OF FILING RULE 23(f) PETITION FOR PERMISSION TO APPEAL, to be filed with the Clerk of the Court via the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following attorneys of record:

| | |
|---|---|
| **Eleanor Hamburger**<br>SIRIANNI YOUTZ SPOONEMORE HAMBURGER<br>3101 WESTERN AVENUE STE 350<br>SEATTLE, WA 98121<br>206-223-0303<br>Fax: 206-223-0246<br>Email: ehamburger@sylaw.com | ☑ by CM/ECF<br>☐ by Electronic Mail<br>☐ by Facsimile Transmission<br>☐ by First Class Mail<br>☐ by Hand Delivery<br>☐ by Overnight Delivery |
| **Jennifer C Pizer**<br>LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC<br>4221 WILSHIRE BLVD., STE 280<br>LOS ANGELES, CA 90010<br>213-382-7600<br>Email: jpizer@lambdalegal.org | ☑ by CM/ECF<br>☐ by Electronic Mail<br>☐ by Facsimile Transmission<br>☐ by First Class Mail<br>☐ by Hand Delivery<br>☐ by Overnight Delivery |
| **Omar Gonzalez-Pagan**<br>LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC. (NY)<br>120 WALL STREET<br>19TH FLOOR<br>NEW YORK, NY 10005<br>212-809-8585<br>Email: ogonzalez-pagan@lambdalegal.org | ☑ by CM/ECF<br>☐ by Electronic Mail<br>☐ by Facsimile Transmission<br>☐ by First Class Mail<br>☐ by Hand Delivery<br>☐ by Overnight Delivery |

DATED this 23rd day of November 2022.

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Gwendolyn C. Payton*
    Gwendolyn C. Payton, WSBA #26752

*Counsel for Blue Cross Blue Shield of Illinois*

CERTIFICATE OF SERVICE – 2

**KILPATRICK TOWNSEND & STOCKTON LLP**
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713  FAX: (206) 260-8946

KILPATRICK TOWNSEND 76757733 1