UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| C. P., by and through his parents, Patricia Pritchard and Nolle Pritchard, individually and on behalf of others similarly situated; and PATRICIA PRITCHARD, <br><br> Plaintiff, <br><br> v. <br><br> BLUE CROSS BLUE SHIELD OF ILLINOIS, <br><br> Defendant. | CASE NO. 3:20-cv-06145-RJB <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, United States District Judge Robert J. Bryan based on rulings made orally at the Status Conference on November 28, 2022:

A Guardian Ad Litem for C.P. and class members who are minors will not be appointed at this time. Further notice to class members is not required. The motions for summary judgment (Dkts. 87 and 96) are now ripe and will be ruled on in the normal course of business. The case schedule does not need to be modified at this point.

Dated this 28th day of November, 2022.

The foregoing Minute Order authorized by THE HONORABLE ROBERT J. BRYAN, UNITED STATES DISTRICT JUDGE.