*C.P. v. Blue Cross Blue Shield of Illinois*
**USDC (W.D. Wash.), No. 3:20-cv-06145-RJB**

## CONFIDENTIAL EXHIBIT

**Filed Under Seal**
**Pursuant to Protective Order (Dkt. No. 25)**

## REDACTED COPY

# Exhibit 6

The Honorable Robert J. Bryan

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

C. P., by and through his parents, Patricia
Pritchard and Nolle Pritchard; and PATRICIA
PRITCHARD,

                Plaintiffs,

     v.

BLUE CROSS BLUE SHIELD OF ILLINOIS,

                Defendant.

No. 3:20-cv-06145-RJB

### EXPERT REPORT OF RANDI C. ETTNER, PH.D.

I, Randi C. Ettner, Ph.D., hereby declare and state as follows:

1.    I have been retained by counsel for Plaintiffs as an expert in connection with the above-captioned litigation.

2.    I have actual knowledge of the matters stated herein. If called to testify in this matter, I would testify truthfully and based on my expert opinion.

### I.    BACKGROUND AND QUALIFICATIONS

#### A.    Qualifications

3.    I am a licensed clinical and forensic psychologist with expertise concerning the diagnosis and treatment of gender dysphoria. I received my doctorate in psychology from

EXPERT REPORT OF DR. RANDI C. ETTNER – 1
[Case No. 3:20-cv-06145-RJB]

Northwestern University in 1979.  I was the chief psychologist at the Chicago Gender Center from 2005 to 2016, when it moved to the Weiss Memorial Hospital.  Since that time, I have been a consultant to the Center for Gender Confirmation Surgery at Weiss Memorial Hospital and a member of the Medical Staff.  The center specializes in the treatment of individuals with gender dysphoria.  I have been involved in the treatment of patients with gender dysphoria since 1977, when I was an intern at Cook County Hospital in Chicago.

4.      I am a Fellow and Diplomate in Clinical Evaluation of the American Board of Psychological Specialties, and a Fellow and Diplomate in Trauma/Posttraumatic Stress Disorder (PTSD).

5.      During the course of my career, I have evaluated and/or treated over 3,000 individuals with gender dysphoria and mental health issues related to gender variance.

6.      I have published four books related to the treatment of individuals with gender dysphoria, including the medical text entitled *Principles of Transgender Medicine and Surgery* (Ettner, Monstrey & Eyler, 2007) and the second edition (Ettner, Monstrey & Coleman, 2016). I also have authored numerous articles in peer-reviewed journals regarding the provision of care to this population. I serve as a member of the editorial boards for the *International Journal of Transgenderism* and *Transgender Health*.

7.      I am the immediate past Secretary of the World Professional Association for Transgender Health ("WPATH") (formerly the Harry Benjamin Gender Dysphoria Association), as well as a member of the Board of Directors for 12 years. I am an author of the *WPATH Standards of Care for the Health of Transsexual, Transgender and Gender-nonconforming People* (7th version), published in 2011. The WPATH promulgated *Standards of Care* ("*Standards of Care*") are the internationally recognized guidelines for the treatment of persons

with gender dysphoria and serve to inform medical treatment in the United States and throughout the world.

8.      I have lectured throughout North America, South America, Europe, and Asia on topics related to gender dysphoria, and on numerous occasions I have presented grand rounds on gender dysphoria at medical hospitals.

9.      I am the honoree of the externally-funded *Randi and Fred Ettner Fellowship in Transgender Health* at the University of Minnesota. I have been an invited guest at the National Institute of Health to participate in developing a strategic research plan to advance the health of sexual and gender minorities, and in November 2017 was invited to address the Director of the Office of Civil Rights of the United States Department of Health and Human Services regarding the medical treatment of gender dysphoria. I received a commendation from the United States House of Representatives on February 5, 2019 recognizing my work for WPATH and on the treatment of gender dysphoria in Illinois.

10.     I have treated hundreds of PTSD patients who experience the long-term psychological effects of trauma. As a forensic psychologist, I have been retained as an expert and testified in numerous cases about the harm that befalls victims of criminal victimization, natural catastrophes, and exposure to extremely stressful events.

11.     I have been retained as an expert regarding gender dysphoria and its treatment in multiple court cases in both state and federal courts, as well as administrative proceedings, and have repeatedly qualified as an expert. I have also been a consultant to policy makers regarding appropriate care for transgender inmates and for the Centers for Medicare and Medicaid in the state of Illinois.  I have also served as a consultant to multiple school districts in the state of Wisconsin as well as the Chicago public school system on issues related to gender identity.

12.     The information provided regarding my professional background, experiences, publications, and presentations are detailed in my curriculum vitae. A true and correct copy of my most up-to-date curriculum vitae is attached as **Exhibit A**.

**B.     Compensation**

13.     I am being compensated for my work on this matter at a rate of $375.00 per hour for preparation of declarations and expert reports.  I will be compensated $500.00 per hour for any pre-deposition and/or pre-trial preparation and any deposition testimony or trial testimony.  I will receive a flat fee of $2,500.00 for any travel time to attend deposition or trial, and will be reimbursed for reasonable out-of-pocket travel expenses incurred for the purpose of providing expert testimony in this matter.  My compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony I may provide.

**C.     Previous Testimony**

14.     Over the past four years, I have given expert testimony at trial or by deposition in the following cases: *Kadel v. Folwell*, No. 1:19-cv-00272 (M.D.N.C. 2021); *Iglesias v. Connor*, No. 19-cv-0415-RJN (S.D. Ill. 2021); *Monroe v. Jeffreys*, No. 18-15-156-NJR (S.D. Ill. 2021); *Singer v. Univ. of Tennessee Health Sciences Ctr.*, No. 2:19-cv-02431-JPM-cgc (W.D. Tenn. 2021); *Morrow v. Tyson Fresh Meats, Inc.*, No. 6:20-cv-02033 (N.D. Iowa 2021); *Claire v. Fla. Dep't of Mgmt. Servs.*, No. 4:20-cv-00020-MW-MAF (N.D. Fla. 2020); *Williams v. Allegheny Cty.*, No. 2:17-cv-01556-MJH (W.D. Pa. 2020); *Gore v. Lee*, No. 3:19-CV-00328 (M.D. Tenn. 2020); *Eller v. Prince George's Cnty. Public Sch.*, No. 8:18-cv-03649-TDC (D. Md. 2020); *Monroe v. Baldwin*, No. 18-CV-00156-NJR-MAB (S.D. Ill. 2020); *Ray v. Acton*, No. 2:18-cv-00272 (S.D. Ohio 2019); *Soneeya v. Turco*, No. 07-12325-DPW (D. Mass. 2019); *Edmo v. Idaho Dep't of Correction*, No. 1:17-CV-00151-BLW (D. Idaho 2018).

## II.      BASES FOR OPINIONS

15.      In preparing this report, I have relied on my training and years of research and clinical experience, as set out in my curriculum vitae, and on the materials listed therein.  A true and accurate copy of my curriculum vitae is attached hereto as **Exhibit A**.  It documents my education, training, research, and years of experience in this field and includes a list of my publications.

16.      I have also reviewed the materials listed in the bibliography attached hereto as **Exhibit B**.  The sources cited therein are authoritative, scientific peer-reviewed publications.  I generally rely on these materials when I provide expert testimony, and they include the documents specifically cited as supportive examples in particular sections of this report.

17.      I also rely upon my interviews of C.P. and his parents on March 19, 2022, and C.P.'s mental health and medical records.

18.      Additionally, I have reviewed the Amended Class Action Complaint (ECF No. 38) and the court's Order Denying Defendant's Motion to Dismiss (ECF No. 23) in this case.

19.      The materials I have relied upon in preparing this report are the same types of materials that experts in my field of study regularly rely upon when forming opinions on the subject.  I reserve the right to revise and supplement the opinions expressed in this report or the bases for them if any new information becomes available in the future, including as a result of new scientific research or publications or in response to statements and issues that may arise in my area of expertise.

### III.    EXPERT OPINIONS

#### A.    Sex and Gender Identity

20.    At birth, infants are assigned a sex, typically male or female, based solely on the appearance of their external genitalia.  For most people, that assignment turns out to be accurate, and their birth-assigned sex matches that person's actual sex.  However, for transgender people, the sex assigned at birth does not align with the individual's genuine, experienced sex, resulting in the clinical distress that characterizes the condition of gender dysphoria.

21.    Research has identified that determination of sex is far more complex than what is seen as part of a genital exam.  Instead, a number of factors go into the determination of a person's sex.  Among the factors that comprise a person's sex are their chromosomal composition (detectible through karyotyping); gonads and internal reproductive organs (detectible by ultrasound, and occasionally by a physical pelvic exam); external genitalia (which are visible at birth); fetal hormones (production of sex hormones by the fetus or exogenous exposure of sex hormones to the developing fetus); pubertal hormones (the change in hormonal milieu that results in the development of secondary sexual characteristics, such as facial hair and deep voice for those assigned male at birth, or breasts and menstrual cycles for those assigned female at birth); sexual differentiations in brain development and structure (detectible by functional magnetic resonance imaging studies and autopsy); and gender identity.

22.    Gender identity is a person's inner sense of belonging to a particular sex, such as male or female.  It is a deeply felt and core component of human identity and is a well-established concept in science and medicine.  Every person has a gender identity.  Like non-transgender people (also known as cisgender people), transgender people do not simply have a "preference" to act or behave consistently with each one's gender identity.

23.     The only difference between transgender people and cisgender people is that the latter have gender identities that are consistent with their birth-assigned sex whereas the former do not.  A transgender man cannot simply turn off his gender identity like a switch, any more than anyone else could.

24.     In other words, transgender men are men and transgender women are women.

25.     A growing assemblage of research documents that gender identity is immutable and biologically based. Efforts to change an individual's gender identity are therefore both futile and unethical.

26.     The evidence demonstrating that gender identity cannot be altered, either for transgender or for non-transgender individuals, further underscores the innate and immutable nature of gender identity. Past attempts to "cure" transgender individuals by means of psychotherapy, aversion treatments or electroshock therapy, in order to change their gender identity to match their birth-assigned sex, have proven ineffective and caused extreme psychological damage.  All major associations of medical and mental health providers, such as the American Medical Association, the American Psychiatric Association, the American Psychological Association, and WPATH's *Standards of Care*, consider such efforts unethical.

**B.      Gender Dysphoria and Its Treatment**

27.     Gender dysphoria is the clinically significant distress or impairment of functioning that can result from the incongruence between a person's gender identity and the sex assigned to them at birth. Gender dysphoria is a serious medical condition associated with severe and unremitting distress that results from the incongruity between various aspects of one's sex. It is codified in the *International Classification of Diseases* (11th revision: World Health Organization), the diagnostic and coding compendia for mental health and medical professionals,

and the American Psychiatric Association's *Diagnostic and Statistical Manual of Mental Disorders*, Fifth Edition (DSM-5).  People diagnosed with gender dysphoria have an intense and persistent discomfort with their assigned sex.

28.    In 1980, the American Psychiatric Association introduced the diagnostic term gender identity disorder (GID) in the third edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM-III). The diagnosis of GID was maintained in a revised version of DSM, known as DSM-III-R (1987), as well as in the DSM-IV, which was issued in 1994. The gender identity disorder diagnosis presupposed that a person's identity was disordered, and was therefore a permanent condition.

29.    In 2013, the American Psychiatric Association removed the GID diagnosis and replaced it with a fundamentally different diagnosis, gender dysphoria. The change was not merely a name change but was based on the evolving scientific understanding that gender incongruence is not a mental illness, but rather a serious, treatable medical condition that creates significant distress. This new diagnostic term, gender dysphoria, is an acknowledgment that gender incongruence, in and of itself, does not constitute a mental disorder. Nor is an individual's identity disordered. Rather, the diagnosis is based on the distress or dysphoria that some transgender people experience as a result of the incongruence between the sex assigned at birth and gender identity, and the social problems that ensue. The critical element of the gender dysphoria diagnosis is the presence of symptoms that meet the threshold of clinical impairment. The American Psychiatric Association changed the name and diagnostic criteria to be "more descriptive than the previous DSM-IV term gender identity disorder and focus[] on dysphoria as the clinical problem, not identity per se." DSM-5 at 451.

30.   "Gender Dysphoria" is the name of the diagnosis, and "gender dysphoria" is also the psychiatric term for the severe and unremitting distress that the condition gives rise to.

31.   The diagnostic criteria for gender dysphoria in Adolescents and Adults are as follows:

   a.   A marked incongruence between one's experienced/expressed gender and assigned gender, of at least six months' duration, as manifested by at least two of the following:

      i.   A marked incongruence between one's experienced/expressed gender and primary and/or secondary sex characteristics (or in young adolescents, the anticipated secondary sex characteristics).

      ii.   A strong desire to be rid of one's primary and/or secondary sex characteristics because of a marked incongruence with one's experienced/expressed gender (or in young adolescents, a desire to prevent the development of the anticipated sex characteristics).

      iii.   A strong desire for the primary and/or secondary sex characteristics of the other gender.

      iv.   A strong desire to be of the other gender (or some alternative gender different from one's assigned gender).

      v.   A strong desire to be treated as the other gender (or some alternative gender different from one's assigned gender).

      vi.   A strong conviction that one has the typical feelings and reactions of the other gender (or some alternative gender different from one's assigned gender).

b.   The condition is associated with clinically significant distress or impairment in social, occupational or other important areas of functioning.

32.     Once a diagnosis of gender dysphoria is established, individualized treatment should be initiated. Without treatment, individuals with gender dysphoria experience anxiety, depression, suicidality, and other attendant mental health issues and are often unable to adequately function in occupational, social, or other areas of life.

33.     The medically accepted standards of care for treatment of gender dysphoria are set forth in the *WPATH Standards of Care* (7th version, 2011), first published in 1979. The WPATH-promulgated *Standards of Care* are the internationally recognized guidelines for the treatment of persons with gender dysphoria and inform medical treatment throughout the world.

34.     The American Medical Association, the Endocrine Society, the American Psychological Association, the American Psychiatric Association, the World Health Organization, the American Academy of Family Physicians, the National Commission of Correctional Health Care, the American Public Health Association, the National Association of Social Workers, the American College of Obstetrics and Gynecology, the American Society of Plastic Surgeons, and The American Society of Gender Surgeons all endorse protocols in accordance with the WPATH standards. (*See, e.g.*, AMA, 2019; American Psychological Association, 2015; Drescher, et al., 2018 (American Psychiatric Association); Hembree, et al., 2017 (Endocrine Society); ACOG, 2021; NCCHC, 2009).

35.     The *Standards of Care* identify the following treatment protocols for treating individuals with gender dysphoria, which should be tailored to the patient's individual medical needs:

a.  Changes in gender expression and role, also known as social transition (which involves living in the gender role consistent with one's gender identity);

b.  For transgender youth, treatment options include pubertal suppression therapy.

c.  Hormone therapy to feminize or masculinize the body in order to reduce the distress caused by the discordance between one's gender identity and sex assigned at birth;

d.  Surgery to change primary and/or secondary sex characteristics; and

e.  Psychotherapy (individual, couple, family, or group) for purposes such as exploring gender identity, role, and expression; addressing the negative impact of gender dysphoria and stigma on mental health; alleviating internalized transphobia; enhancing social and peer support; improving body image; and promoting resilience.

36.   The ability to live in a manner consistent with one's gender identity is critical to a person's health and well-being and is a key aspect in the treatment of gender dysphoria. The process by which transgender people come to live in a manner consistent with their gender identity, rather than the sex they were assigned at birth, is known as transition. The steps that each transgender person takes to transition are not identical.

37.   Once a diagnosis is established, a treatment plan should be developed based on the individualized assessment of the medical needs of the patient.  In other words, whether any particular treatment is medically necessary or even appropriate depends on the medical needs of the individual.

38.   **Psychotherapy:** Psychotherapy can provide support and help with many issues that arise in tandem with gender dysphoria. However, psychotherapy alone is not a substitute for

medical intervention when medical interventions are required, nor is it a precondition for medically indicated treatment. By analogy, counseling can be useful for patients with diabetes by providing psychoeducation about living with chronic illness and nutritional information, but counseling does not obviate the need for insulin.

39.     **Puberty Blockers: Puberty** Puberty blocking medication, which involves the administration of gonadotrophin-releasing hormone analogues (GnRH), comprises methods of temporarily suppressing endogenous puberty to alleviate gender dysphoria and give the patient more time to work with their mental health and medical providers to assess treatment needs.  These blockers are reversible medications and once stopped, a patient immediately returns to the stage of pubertal development that had begun when the treatment was initiated.

40.     Puberty suppression also has the benefit of potentially rendering obsolete some gender-affirming surgeries down the line, such as male chest reconstruction, tracheal shave, facial feminization, and vocal cord alteration, which otherwise would be required to correct the initial "incorrect" puberty.

41.     Puberty suppression has been used safely for decades in children with other medical conditions. (de Vries, et al., 2014). Both the Endocrine Society and the WPATH's Standards of Care recommend initiation of puberty suppression at the earliest stages of puberty (usually, Tanner 2), in order to avoid the stress and trauma associated with developing secondary sex characteristics of the natal sex.

42.     **Hormone Therapy:** For individuals with persistent, well-documented gender dysphoria, hormone therapy is an essential, medically indicated treatment to alleviate the distress of the condition. Cross sex hormone administration is a well-established and effective treatment modality for gender dysphoria. The American Medical Association, the Endocrine Society, the

American Psychiatric Association, and the American Psychological Association all concur that hormone therapy, provided in accordance with the WPATH *Standards of Care*, is the medically necessary, evidence-based, best practice care for most patients with gender dysphoria.

43.     The goals of hormone therapy are (1) to significantly reduce hormone production associated with the person's birth sex, causing the unwanted secondary sex characteristics to recede, and (2) to replace the natal, circulating sex hormones with either feminizing or masculinizing hormones, using the principles of hormone replacement treatment developed for hypogonadal patients (*i.e.*, those born with insufficient sex steroid hormones).

44.     The therapeutic effects of hormone therapy are twofold.  First, with endocrine treatment, the patient acquires secondary sex characteristics congruent with their gender identity. For transgender women, this means, *inter alia*, breast development, redistribution of body fat, cessation of male pattern baldness, and reduction of body hair.  For transgender men, this means, *inter alia*, the voice deepens, growth of facial and body hair, redistribution of body fat, and overall increase in muscle mass.  Second, hormones act directly on the brain, via receptor sites, attenuating the dysphoria and attendant psychiatric symptoms, and promoting a sense of well-being.

45.     **Surgical Treatment:** For individuals with severe gender dysphoria, hormone therapy alone is insufficient.  In these cases, dysphoria does not abate without surgical intervention.

46.     For many transgender women patients, hormones alone will not provide sufficient breast development to approximate the female torso.  For these patients, breast augmentation has a dramatic, irreplaceable, and permanent effect on reducing gender dysphoria, and thus unquestionable therapeutic results.  Conversely, for many transgender men, hormones alone do not reduce breast tissue and they therefore require surgical intervention, such as a mastectomy and male chest contouring, to eliminate this most obvious typically female sex characteristic.

47.     For transgender women, genital confirmation surgery has two therapeutic purposes. First, removal of the testicles eliminates the major source of testosterone in the body. Second, the patient attains body congruence resulting from the normal appearing and functioning female uro-genital structures.  Both outcomes are crucial in attenuating or eliminating gender dysphoria.  Additionally, breast augmentation procedures play the critical role in treatment mentioned in the paragraph immediately above.

48.     For many transgender men, gender confirmation surgery in the form of a hysterectomy—the removal of female reproductive organs, such as the uterus, ovaries, fallopian tubes and cervix—is a medically necessary procedure for the treatment of gender dysphoria.  A hysterectomy confers three therapeutic benefits: First, it eliminates a source of estrogen and preexisting conditions of tumors, cysts, fibroids or endometriosis. Second, it removes the increased risk of ovarian cancer (thought to originate in the fallopian tubes) and other typically female cancers associated with atrophied organs.  Finally, a hysterectomy eliminates the need for routine gynecological exams and significantly attenuates gender dysphoria.

**C.      Gender-Affirming Medical and Surgical Treatment Are Safe and Effective.**

49.     There is a large and growing body of evidence that demonstrates that the provision of gender affirming medical and surgical treatment to treat gender dysphoria are both safe and effective.

50.     Peer-reviewed cross-sectional and longitudinal studies have found that the use of puberty blockers is associated with a range of improved mental health outcomes for transgender adolescents, including statistically significant improvements in internalizing psychopathology (*e.g.*, anxiety and depression), externalizing psychopathology (*e.g.*, disruptive behaviors), global functioning, and suicidality. (*e.g.*, Achilles, et al., 2020; Turban, et al., 2020; van der Miesen, et

al., 2020; de Vries, et al., 2014; de Vries, et al., 2011). For example, a study by van der Miesen et al., which compared 272 adolescents who had not yet received pubertal suppression with 178 adolescents who had been treated with pubertal suppression, found that those who had received pubertal suppression had statistically significant lower "internalizing psychopathology" scores (a measure of anxiety and depression). And de Vries et al.'s longitudinal study similarly found statistically significant improvements in symptoms of depression and general functioning following pubertal suppression for adolescents with gender dysphoria.

51.   Decades of scientific research have validated the many benefits of hormonal therapy for gender dysphoric patients. Peer-reviewed research studies have likewise found improved mental health outcomes following gender-affirming hormone treatment (*e.g.*, estrogen or testosterone) for individuals with gender dysphoria, including adolescents. These include statistically significant improvements in internalizing psychopathology (*e.g.*, anxiety and depression), general well-being, and suicidality. (*e.g.*, Grannis, et al., 2021; Meyer, et al., 2020; Achille, et al., 2020; Allen, et al., 2019; Heylens, et al., 2014; Colizzi, et al., 2014; Colizzi, et al, 2013; Gomez-Gil, et al., 2012).

52.   As early as 1980, researchers demonstrated that gender dysphoric patients living without hormonal treatment showed greater psychopathology than patients who received hormonal treatment; and greater adjustment was associated with longer periods of treatment (Leavitt, et al.). Untreated patients exhibit much higher levels of depression, anxiety, and social distress. (Rametti, et al., 2011; see also Colizzi, et al., 2014; Gorin-Lazard, et al., 2011.). Hormonal treatment improves overall health in gender dysphoric patients and is associated with a better quality of life (Gomez-Gil, et al., 2012; Colizzi, et al., 2013; Gorin-Lazard, et al., 2011).

53.     The American Medical Association, the Endocrine Society, the American Psychiatric Association and the American Psychological Association also all agree that hormone therapy is medically necessary treatment for many individuals with gender dysphoria. (See Endocrine Society, 2017; American Medical Association, 2008; American Psychological Association, 2015; American Psychiatric Association, 2012; American Psychiatric Association, 2009).

54.     Decades of methodologically sound and rigorous scientific research have also demonstrated that gender confirmation surgery is a safe and effective treatment for severe gender dysphoria and, indeed, for many, it is the only effective treatment. The American Medical Association, the Endocrine Society, the American College of Obstetricians and Gynecologists, the American Psychological Association, and the American Psychiatric Association all endorse surgical therapy, in accordance with the WPATH *Standards of Care*, as medically necessary treatment for individuals with severe gender dysphoria.

55.     Surgeries are considered "effective" from a medical perspective, if they "have a therapeutic effect" (Monstrey, et al., 2007). More than three decades of research confirms that gender confirmation surgery is therapeutic and therefore an effective treatment for gender dysphoria. (*e.g.*, Almazan, et al., 2021; Murad, et al., 2010; Smith, et al., 2005; Pfafflin & Junge, 1998).  Indeed, for many patients with severe gender dysphoria, gender confirmation surgery is the only effective treatment.

56.     In a 1998 meta-analysis, Pfafflin and Junge reviewed data from 80 studies, from 12 countries, spanning 30 years. They concluded that "reassignment procedures were effective in relieving gender dysphoria. There were few negative consequences and all aspects of the reassignment process contributed to overwhelmingly positive outcomes" (Pfafflin & Junge, 1998).

57.     Numerous subsequent studies confirm this conclusion. Researchers reporting on a large-scale prospective study of 325 individuals in the Netherlands concluded that after surgery there was "a virtual absence of gender dysphoria" in the cohort and "results substantiate previous conclusions that sex reassignment is effective" (Smith, et al., 2005). Indeed, the authors of the study concluded that the surgery "appeared therapeutic and beneficial" across a wide spectrum of factors and "[t]he main symptom for which the patients had requested treatment, gender dysphoria, had decreased to such a degree that it had disappeared." Similarly, a recent systematic review that included data from 1,052 transmasculine patients who obtained chest surgery found that pooled overall postoperative satisfaction was 92%. (Bustos, et al., 2021).

58.     As a general matter, patient satisfaction is a relevant measure of effective treatment. Achieving functional and normal physical appearance consistent with gender identity alleviates the suffering of gender dysphoria and enables the patient to function in everyday life. Studies have shown that by alleviating the suffering and dysfunction caused by severe gender dysphoria, gender confirmation surgery improves virtually every facet of a patient's life. This includes satisfaction with interpersonal relationships and improved social functioning (Rehman, et al., 1999; Johansson, et al., 2010; Hepp, et al.; 2002; Ainsworth & Spiegel, 2010; Smith, et al., 2005); improvement in self-image and satisfaction with body and physical appearance (Lawrence, 2003; Smith, et al., 2005; Weyers, et al., 2009); and greater acceptance and integration into the family (Lobato, et al., 2006).

59.     Studies have also shown that surgery improves patients' abilities to initiate and maintain intimate relationships (Lobato, et al., 2006; Lawrence, 2005; Lawrence, 2006; Imbimbo, et al., 2009; Klein & Gorzalka, 2009; Jarolim, et al., 2009; Smith, et al., 2005; Rehman, et al., 1999; DeCuypere, et al., 2005).

60.     With regards to transgender adolescents, peer-reviewed research has also shown improvements in mental health following gender-affirming chest surgery for transgender males with gender dysphoria where medically indicated. (Mehringer, et al., 2021; Olson-Kennedy, et al., 2018).

61.     The research and studies supporting the medical necessity, safety, and effectiveness of gender affirming medical and surgical care for the treatment of gender dysphoria is the same type of evidence-based data that the medical community routinely relies upon when treating other medical conditions.

62.     Given the decades of extensive experience and research supporting the effectiveness of gender affirming medical and surgical treatment, it is clear that this care is medically necessary for the treatment of gender dysphoria, and not experimental or cosmetic.

63.     Because of the overwhelming scientific evidence that gender affirming medical care, including gender confirmation surgery, is medically necessary for the treatment of gender dysphoria in some patients, many of the leading medical and professional organizations have stated their opposition to exclusions of insurance coverage for that care, including the American Medical Association, American Academy of Family Physicians, American College of Obstetricians and Gynecologists, American Psychiatric Association, and WPATH. (*See* American Medical Association and GLMA, 2019; WPATH, 2016; American Psychiatric Association, 2012; American Academy of Family Physicians, 2012; American College of Obstetricians and Gynecologists, 2011; American Medical Association, 2008; American Psychological Association, 2008.).

64.     Finally, insuring transition-related care is affordable and cost-effective for a number of reasons. First, only a small percentage of the population is transgender. While there are

a range of estimates, most studies indicate that transgender people compromise less than 1 percent (ranging from approximately 0.1 to 0.6 percent) of the United States population. Second, even among this small population, not every person will require various surgical procedures because individual medical needs vary, and some may be precluded from surgery based on age or other health conditions. While absorbing the cost of this care can be challenging on an individual's personal budget, researchers affiliated with the Johns Hopkins Bloomberg School of Public Health, and the RAND Corporation, have demonstrated that the cost of insuring surgical care through a group health plan is negligible at most. (Padula et al., 2015; RAND Corp., 2016). Moreover, offering access to medically necessary transition-related care is far more cost-effective than denying coverage and having to treat the resulting consequences, which can include depression, anxiety, suicidality, and other conditions.

**D.      Harms Resulting from the Denial of Care.**

65.      The overarching goal of treatment for gender dysphoria is to eliminate clinically significant distress by aligning an individual patient's body and presentation with their internal sense of self, thereby consolidating identity. Developing and integrating a positive sense of self-identity formation is a fundamental undertaking for all human beings. Denial of medically indicated care to transgender people signals that such people are "inferior" or "unworthy," and triggers shame.

66.      Denying gender affirming care not only frustrates those treatment goals but exacerbates gender dysphoria and its associated depression and suicidality. Conversely, Bauer et al. found a 62% reduction in risk of suicide ideation with the completion of medical transition. That corresponds to a potential prevention of 240 suicide attempts per 1,000 per year. Studies have also shown that gender confirmation surgery has been linked with a reduction in

psychological distress and suicidal ideation for transgender patients (Almazan, et al., 2021). Withholding this care results in serious negative health outcomes for transgender patients.

67.     More broadly, the negative effects of discrimination impact transgender people throughout their lives. A wealth of research establishes that transgender people suffer from discrimination, stigma, and shame from those external forces. The "minority stress model" explains that the negative impact of the stress attached to being stigmatized is socially based. The stress process can be both external—i.e., actual experiences of rejection and discrimination (enacted stigma)—and because of such experiences, internal—i.e., perceived rejection and the expectation of being rejected or discriminated against (felt stigma). A 2015 survey of 28,000 transgender and gender nonconforming individuals found that 30% reported being fired, discriminated against, or otherwise experiencing mistreatment in the workplace (James, et al., 2016).

68.     Experiencing discrimination, including in health care settings, has negative impacts on patients' mental health and well-being. A 2012 study of transgender adults found fear of discrimination increased the risk of developing hypertension by 100%, owing to the intersectionality of shame and cardiovascular reactivity.  Another 2012 study of discrimination and implications for health concluded that "living in states with discriminatory policies … was associated with a statistically significant increase in the number of psychiatric disorder diagnoses." And a 2019 study found that experiencing discrimination in health care settings posed a unique risk factor for heightened suicidality among transgender individuals, a population already at heightened risk compared with the general population (Herman, et al., 2019).

69.     Until recently, it was not fully understood that these experiences of shame and discrimination could have serious and enduring consequences. But it is now known that

marginalization, stigmatization, and victimization are some of the most powerful predictors of current and future mental health problems, including the development of psychiatric disorders. The social problems that young transgender people face actually create the blueprint for future mental health, life satisfaction, and even physical health. A recent study of 245 gender nonconforming adults found that stress and victimization during childhood and adolescence was associated with a greater risk for post-traumatic stress disorder, depression, life dissatisfaction, anxiety, and suicidality in adulthood (Toomey, et al., 2010). A 2011 Institute of Medicine (IOM) report concurs: "the marginalization of transgender people from society is having a devastating effect on their physical and mental health." And the American Journal of Public Health recently reported that more than half of transgender women "struggle with depression from the stigma, shame and isolation caused by how others treat them."

70.     While a growing body of research documents that structural forms of stigma (namely, policies sanctioning discrimination) harm the health of transgender people, a 2010 study was the first to show that structural stigma is associated with all-cause mortality (*i.e.*, deaths from any cause). In other words, stigma—a chronic source of psychological stress—disrupts physiological pathways, increasing disease vulnerability, and leading to premature death.

71.     Adding to the corpus of research in this area is a relatively new approach to the investigation of the relationship between discrimination and health. Neuroscientists have discovered that, in addition to causing serious emotional difficulties and physical harms, discrimination, harassment, and verbal abuse permanently alter the architecture of the brain. Deviations in the myelin sheathing of the corpus callosum and damage to the hippocampus cause cognitive difficulties in individuals who have been routinely subjected to humiliation and ostracism (Nickel, 2018; Ohashi, et al., 2017; Teicher, et al., 2010).

## IV.     ASSESSMENT OF PLAINTIFF C.P.

72.     **Section IV of this report is designated as CONFIDENTIAL pursuant to the Protective Order in this matter (ECF No. 25)**.

73.     C.P. is a 17-year-old (DOB ███ 05) who resides in the state of Washington with his parents and two younger siblings. C.P. is a transgender male, having been assigned female at birth.

74.     C.P. met all developmental milestones, and his childhood medical history is unremarkable save for a surgery at one year of age to correct Vesicoureteral reflux.

75.     I interviewed C.P. remotely, via videoconferencing, on March 19, 2022. C.P. was alert, completely cooperative and maintained eye contact. He sat throughout the interview without fidgeting or restlessness. He engaged with ease, and attention and memory are within normal limits. Speech is normal and well-modulated. Thought processes are logical, goal directed and without distortion. Affect was appropriate to content, and there is no evidence of any mood disorders. Judgement and insight are age appropriate.

76.     As a young child, C.P., like most transgender youngsters, felt "different" and confused about the suitability of the assigned sex. C.P. related that he enjoyed and excelled at sports and was most comfortable with male playmates. He consistently wore boys' clothing and asked to be called by a "boy" name. By age 10, C.P.'s gender identity was so well-established and intractable that he was regarded as male by his peers. Even prior to learning that there is a name for his feelings of incongruity, C.P. essentially transitioned to his affirmed gender. At age 11, he attained a legal name change. Ultimately, when he learned of the condition of gender dysphoria, he experienced enormous relief: "It wasn't something I was stuck with. I could do something about it."

77.     To that end, and with the support of parents and extended family, C.P. was able to obtain the medically necessary care he required, thereby avoiding the negative sequelae of female puberty and attendant menses and unwanted secondary sex characteristics. Dr. Kevin Hatfield monitored C.P.'s pubertal progression, and initiated a GnRH agonist at stage Tanner 2 plus, via a Vantas implant. In due course, intramuscular testosterone, the medically indicated treatment for gender dysphoria, was initiated. This protocol is consistent with the recommendations of The Endocrine Society, the American Medical Association, the American Academy of Pediatricians, and WPATH.

78.     Ultimately, the transmasculine individual requires chest reconstruction. Without this surgery, it is virtually impossible for transgender males to live safely and comfortably. Having female beasts in an otherwise male-appearing body, invokes shame, and can even provoke violence. Without this intervention, transgender males have no alternative except to bind the breasts. Chest binding (compressing breast tissue to give the appearance of a flat chest) is almost universal among transgender men who do not want to appear female. Binding can be extremely uncomfortable, considering that binders are hot and itchy, and can cause serious harm. Over a period of time, binding can affect skin, muscles and movement. Two recent studies, examined the negative effects of binding on data collected from 1,800 transgender males. Of these participants, 76-78% experienced skin or tissue related problems: including scarring, swelling, infection; 74-75% reported pain in the chest, shoulders, back or abdomen; 51-52% reported shortness of breath; and 47-49% reported musculoskeletal injuries, including muscle wasting (Peitzmeir et al., 2017; Jarrett et al., 2018). Yet, many transgender men are so intensely uncomfortable with their breasts that they are willing to suffer alarming rampant infection, dyspnea (shortness of breath) and even fractured ribs, to conceal breast tissue (Ettner, 2016).

79.     In 2019, C.P. underwent medically indicated chest reconstruction to avoid these hazards.

80.     At 17 years of age, C.P. is five feel nine inches and weighs 152 pounds. He is indistinguishable from his male peers. C.P. is an excellent student, and works as a lifeguard and swim instructor at a local YMCA. C.P. has never been diagnosed with any mental health issues, and does not use recreational drugs, tobacco, or alcohol. He attends both high school and a technical school in preparation for a career in fire-fighting.

81.     Individuals like C.P. diagnosed with early-onset gender dysphoria that persists into adolescence, typically suffer the most severe expression of the condition. By analogy, type-one diabetes appears in childhood and differs from type-two diabetes, which typically is a disease arising in adulthood. The treatment of the conditions can differ, with the latter often being less severe and not necessarily requiring insulin. The appropriate, medically necessary treatment that C.P. received, and the treatments he may require in the future, allow him to fulfill his potential and to focus on the normal challenges of life, such as making a living and forming relationships.

//

//

REMAINDER OF PAGE INTENTIONATIONALLY LEFT BLANK

## V.   CONCLUSION

82.     The overwhelming medical and scientific consensus is that gender affirming care is medically necessary, non-experimental, and beneficial for transgender people with gender dysphoria, while the denial of gender affirming care is harmful to transgender people, as it exacerbates gender dysphoria and leads to negative health outcomes.

83.     Scientific study and clinical experience demonstrate that the provision of medical and surgical care in accordance with the *Standards of Care* for transgender people with gender dysphoria is effective and leads to an improvement in general health, well-being, and quality of life.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of April, 2022.

Randi C. Ettner, Ph.D.

# EXHIBIT A

**RANDI ETTNER, PHD**
**1214 Lake Street**
**Evanston, Illinois 60201**
**847-328-3433**

## POSITIONS HELD

Clinical Psychologist
Forensic Psychologist
Fellow and Diplomate in Clinical Evaluation, American Board of
    Psychological Specialties
Fellow and Diplomate in Trauma/PTSD
President, New Health Foundation Worldwide
Secretary, World Professional Association for Transgender Health
    (WPATH)
Chair, Committee for Institutionalized Persons, WPATH
Global Education Initiative Committee Curriculum Development, WPATH
University of Minnesota Medical Foundation: Leadership Council
Psychologist, Center for Gender Confirmation Surgery, Weiss Memorial
    Hospital
Adjunct Faculty, Prescott College
Editorial Board, *International Journal of Transgender Health*
Editorial Board, *Transgender Health*
Television and radio guest (more than 100 national and international
    appearances)
Internationally syndicated columnist on women's health issues
Private practitioner
Medical staff; Department of Medicine: Weiss Memorial Hospital, Chicago,
    IL
Advisory Council, National Center for Gender Spectrum Health
Global Clinical Practice Network; World Health Organization

## EDUCATION

| | |
|---|---|
| PhD, 1979 | Northwestern University (with honors) Evanston, Illinois |
| MA, 1976 | Roosevelt University (with honors) Chicago, Illinois |
| BA, 1969-73 | Indiana University<br>Bloomington, Indiana<br>Cum Laude<br>Major: Clinical Psychology; Minor: Sociology |
| 1972 | Moray College of Education<br>Edinburgh, Scotland<br>International Education Program |
| 1970 | Harvard University<br>Cambridge, Massachusetts Social Relations Undergraduate<br>Summer Study Program in Group Dynamics and Processes |

## CLINICAL AND PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2016-2022 | Psychologist: Weiss Memorial Hospital Center for Gender Confirmation Surgery |
| | Consultant: Walgreens; Tawani Enterprises |
| | Private practitioner/ Supervision |
| 2011 | Instructor, Prescott College: Gender-A multidimensional approach |
| 2000 | Instructor, Illinois School of Professional Psychology |
| 1995-present | Supervision of clinicians in counseling gender non-conforming clients |
| 1993 | Post-doctoral continuing education with Dr. James Butcher in MMPI-2 Interpretation, University of Minnesota |
| 1992 | Continuing advanced tutorial with Dr. Leah Schaefer in psychotherapy |
| 1983-1984 | Staff psychologist, Women's Health Center, St. Francis Hospital, Evanston, Illinois |
| 1981-1984 | Instructor, Roosevelt University, Department of Psychology: Psychology of Women, Tests and Measurements, Clinical Psychology, Personal Growth, Personality Theories, Abnormal Psychology |
| 1976-1978 | Research Associate, Cook County Hospital, Chicago, Illinois, Department of Psychiatry |
| 1975-1977 | Clinical Internship, Cook County Hospital, Chicago, Illinois, Department of Psychiatry |
| 1971 | Research Associate, Department of Psychology, Indiana University |
| 1970-1972 | Teaching Assistant in Experimental and Introductory Psychology Department of Psychology, Indiana University |
| 1969-1971 | Experimental Psychology Laboratory Assistant, Department of Psychology, Indiana University |

## INVITED PRESENTATIONS AND HOSPITAL GRAND ROUNDS

*Sexual Function: Expectations and outcomes for patients undergoing gender-affirming surgery.* Whitney, N., Ettner, R., Schechter, L. Rush University, Department of Plastic and Reconstructive Surgery, Chicago, IL 2022

*Care of the Older Transgender Patient,* Weiss Memorial Hospital, Chicago, IL, 2021

*Working with Medical Experts,* The National LGBT Law Association, webinar presentation, 2020

*Legal Issues Facing the Transgender Community,* Illinois State Bar Association, Chicago, IL, 2020

*Providing Gender Affirming Care to Transgender Patients,* American Medical Student Association, webinar presentation, 2020

*Foundations in Mental Health for Working with Transgender Clients; Advanced Mental Health Issues, Ethical Issues in the Delivery of Care,* Center for Supporting Community Development Initiatives, Vietduc University Hospital, Hanoi, Vietnam, 2020

*The Transgender Surgical Patient,* American Society of Plastic Surgeons, Miami, FL 2019

*Mental health issues in transgender health care,* American Medical Student Association, webinar presentation, 2019

*Sticks and stones: Childhood bullying experiences in lesbian women and transmen,* Buenos Aires, 2018

*Gender identity and the Standards of Care,* American College of Surgeons, Boston, MA, 2018

*Expectations of individuals undergoing gender-confirming surgeries Schechter, L., White, T., Ritz, N., Ettner, R.*Buenos Aires, 2018

*The mental health professional in the multi-disciplinary team, pre-operative evaluation and assessment for gender confirmation surgery,* American Society of Plastic Surgeons, Chicago, IL, 2018; Buenos Aires, 2018

*Navigating transference and countertransference issues,* WPATH Global Education Initiative, Portland, OR; 2018

*Psychological aspects of gender confirmation surgery* International Continence Society, Philadelphia, PA 2018

*The role of the mental health professional in gender confirmation surgeries,* Mt. Sinai Hospital, New York City, NY, 2018

*Mental health evaluation for gender confirmation surgery,* Gender Confirmation Surgical Team, Weiss Memorial Hospital, Chicago, IL 2018

*Transitioning; Bathrooms are only the beginning,* American College of Legal Medicine, Charleston, SC, 2018

*Gender Dysphoria: A medical perspective,* Department of Health and Human Services, Office for Civil Rights, Washington, D.C, 2017

*Multi-disciplinary health care for transgender patients*, James A. Lovell Federal Health Care Center, North Chicago, IL, 2017

*Psychological and Social Issues in the Aging Transgender Person,* Weiss Memorial Hospital, Chicago, IL, 2017.

*Psychiatric and Legal Issues for Transgender Inmates,* USPATH, Los Angeles, CA, 2017

*Transgender 101 for Surgeons,* American Society of Plastic Surgeons, Chicago, IL, 2017.

*Healthcare for transgender inmates in the US,* Erasmus Medical Center, Rotterdam, Netherlands, 2016.

*Tomboys Revisited: Replication and Implication; Orange Isn't the New Black Yet-* WPATH symposium, Amsterdam, Netherlands, 2016.

*Can two wrongs make a right? Expanding models of care beyond the divide*, Amsterdam, Netherlands, 2016.

*Foundations in mental health; role of the mental health professional in legal and policy issues, healthcare for transgender inmates; children of transgender parents; transfeminine genital surgery assessment:* WPATH Global Education Initiative, Chicago, IL, 2015; Atlanta, GA, 2016; Columbia, MO, 2016; Ft. Lauderdale, FL, 2016; Washington, D.C., 2016, Los Angeles, CA, 2017, Minneapolis, MN, 2017, Chicago, IL, 2017; Columbus, Ohio, 2017; Portland, OR, 2018; Cincinnati, OH, 2018, Buenos Aires, 2018

*Pre-operative evaluation in gender-affirming surgery-*American Society of Plastic Surgeons, Boston, MA, 2015

*Gender affirming psychotherapy; Assessment and referrals for surgery-Standards of Care-*Fenway Health Clinic, Boston, 2015

*Transgender surgery-* Midwestern Association of Plastic Surgeons, Chicago, 2015

*Adult development and quality of life in transgender healthcare-* Eunice Kennedy Shriver National Institute of Child Health and Human Development, 2015

*Healthcare for transgender inmates-* American Academy of Psychiatry and the Law, Chicago, 2014

*Supporting transgender students: best school practices for success-* American Civil Liberties Union of Illinois and Illinois Safe School Alliance, 2014

*Addressing the needs of transgender students on campus-* Prescott College, 2014

*The role of the behavioral psychologist in transgender healthcare* – Gay and Lesbian Medical Association, 2013

*Understanding transgender-* Nielsen Corporation, Chicago, 2013

*Role of the forensic psychologist in transgender care*; *Care of the aging transgender patient* University of California San Francisco, Center for Excellence, 2013

*Grand Rounds: Evidence-based care of transgender patients-* North Shore University Health Systems, University of Chicago, Illinois, 2011

*Grand Rounds*: *Evidence-based care of transgender patients* Roosevelt-St. Vincent Hospital, New York, 2011

*Grand Rounds*: *Evidence-based care of transgender patients* Columbia Presbyterian Hospital, Columbia University, New York, 2011

*Hypertension: Pathophysiology of a secret.* WPATH symposium, Atlanta, GA, 2011

*Exploring the Clinical Utility of Transsexual Typologies* Oslo, Norway, 2009

*Children of Transsexuals-*International Association of Sex Researchers, Ottawa, Canada, 2005

*Children of Transsexuals* Chicago School of Professional Psychology, Chicago, 2005

*Gender and the Law-* DePaul University College of Law, Chicago, Illinois, 2003; American Bar Association annual meeting, New York, 2000

*Gender Identity, Gender Dysphoria and Clinical Issues* –WPATH Symposium, Bangkok, Thailand, 2014; Argosy College, Chicago, Illinois, 2010; Cultural Impact Conference, Chicago, Illinois, 2005; Weiss Hospital, Department of Surgery, Chicago, Illinois, 2005; Resurrection Hospital Ethics Committee, Evanston, Illinois, 2005; Wisconsin Public Schools, Sheboygan, Wisconsin, 2004, 2006, 2009; Rush North Shore Hospital, Skokie, Illinois, 2004; Nine Circles Community Health Centre, University of Winnipeg, Winnipeg, Canada, 2003; James H. Quillen VA Medical Center, East Tennessee State University, Johnson City, Tennessee, 2002; Sixth European Federation of Sexology, Cyprus, 2002; Fifteenth World Congress of Sexology, Paris, France, 2001; Illinois School of Professional Psychology, Chicago, Illinois 2001; Lesbian Community Cancer Project, Chicago, Illinois 2000; Emory

University Student Residence Hall, Atlanta, Georgia, 1999; Parents, Families and Friends of Lesbians and Gays National Convention, Chicago, Illinois, 1998; In the Family Psychotherapy Network National Convention, San Francisco, California, 1998; Evanston City Council, Evanston, Illinois 1997; Howard Brown Community Center, Chicago, Illinois, 1995; YWCA Women's Shelter, Evanston, Illinois, 1995; Center for Addictive Problems, Chicago, 1994

*Psychosocial Assessment of Risk and Intervention Strategies in Prenatal Patients*- St. Francis Hospital, Center for Women's Health, Evanston, Illinois, 1984; Purdue University School of Nursing, West Layette, Indiana, 1980

*Psychonueroimmunology and Cancer Treatment*- St. Francis Hospital, Evanston, Illinois, 1984

*Psychosexual Factors in Women's Health*- St. Francis Hospital, Center for Women's Health, Evanston, Illinois, 1984.

*Grand Rounds: Sexual Dysfunction in Medical Practice*- St. Francis Hospital, Dept. of OB/GYN, Evanston, Illinois, 1980

*Sleep Apnea* - St. Francis Hospital, Evanston, Illinois, 1996; Lincolnwood Public Library, Lincolnwood, Illinois, 1996

*The Role of Denial in Dialysis Patients* - Cook County Hospital, Department of Psychiatry, Chicago, Illinois, 1977

## PUBLICATIONS

Robles, C., Hamidian, A., Ferragamo, B., Radix, A., De Cuypere, G., Green, J., Ettner, R., Monstrey, S., Schechter, L. Gender affirmation surgery: A collaborative approach between the surgeon and the mental health professional. *Journal of Plastic and Reconstructive Surgery* in press.

Ettner, R. Healthcare for transgender prisoners. In Garcia (Ed.) Gender Affirming Surgery: An Illustrated Guide and Video Atlas. Springer: in press.

Narayan, S., Danker, S Esmonde, N., Guerriero, J., Carter, A., Dugi III, D., Ettner, R., Radix A., Bluebond-Langner, R., Schechter, L., Berli, J. (2021) Guiding the conversation: Types of regret after gender-affirming surgery and their associated etiologies. *Annals of Translational Medicine.*

Ettner, R., White, T., Ettner, F., Friese, T., Schechter, L. (2018) Tomboys revisited: A retrospective comparison of childhood behaviors in lesbians and transmen. *Journal of Child and Adolescent Psychiatry*.

Ettner, R.  Mental health evaluation. Clinics in Plastic Surgery. (2018) Elsevier, 45(3): 307-311.

Ettner, R. Etiology of gender dysphoria in Schechter (Ed.) Gender Confirmation Surgery: Principles and Techniques for an Emerging Field. Elsevier, 2017.

Ettner, R.  Pre-operative evaluation. In Schechter (Ed.) Surgical Management of the Transgender Patient. Elsevier, 2017.

Berli, J., Kudnson, G., Fraser, L., Tangpricha, V., Ettner, R., et al. Gender Confirmation Surgery: what surgeons need to know when providing care for transgender individuals. *JAMA Surgery*; 2017.

Ettner, R., Ettner, F. & White, T. Choosing a surgeon: an exploratory study of factors influencing the selection of a gender affirmation surgeon. *Transgender Health*, 1(1), 2016.

Ettner, R. & Guillamon, A. Theories of the etiology of transgender identity. In Principles of Transgender Medicine and Surgery. Ettner, Monstrey & Coleman (Eds.), 2nd edition; Routledge, June, 2016.

Ettner, R., Monstrey, S, & Coleman, E. (Eds.) Principles of Transgender Medicine and Surgery, 2nd edition; Routledge, June, 2016.

Bockting, W, Coleman, E., Deutsch, M., Guillamon, A., Meyer, I., Meyer, W., Reisner, S., Sevelius, J. & Ettner, R. Adult development and quality of life of transgender and gender nonconforming people. *Current Opinion in Endocrinology and Diabetes*, 2016.

Ettner, R. Children with transgender parents in Sage Encyclopedia of Psychology and Gender. Nadal (Ed.) Sage Publications, 2017

Ettner, R. Surgical treatments for the transgender population in Lesbian, Gay, Bisexual, Transgender, and Intersex Healthcare: A Clinical Guide to Preventative, Primary, and Specialist Care. Ehrenfeld & Eckstrand, (Eds.) Springer: MA, 2016.

Ettner, R. Etiopathogenetic hypothesis on transsexualism in Management of Gender Identity Dysphoria: A Multidisciplinary Approach to Transsexualism. Trombetta, Liguori, Bertolotto, (Eds.) Springer: Italy, 2015.

Ettner, R. Care of the elderly transgender patient. *Current Opinion in Endocrinology and Diabetes, 2013, Vo*l. 20(6), 580-584.

Ettner, R., and Wylie, K. Psychological and social adjustment in older transsexual people. *Maturitas,* March, 2013, Vol. 74, (3), 226-229.

Ettner, R., Ettner, F. and White, T. Secrecy and the pathophysiology of hypertension. *International Journal of Family Medicine* 2012, Vol. 2012.

Ettner, R. Psychotherapy in <u>Voice and Communication Therapy for the Transgender/Transsexual Client: A Comprehensive Clinical Guide</u>. Adler, Hirsch, Mordaunt, (Eds.) Plural Press, 2012.

Coleman, E., Bockting, W., Botzer, M., Cohen-Kettenis, P., DeCuypere, G., Feldman, J., Fraser, L., Green, J., Knudson, G., Meyer, W., Monstrey, S., Adler, R., Brown, G., Devor, A., Ehrbar, R., Ettner, R., et.al. Standards of Care for the health of transsexual, transgender, and gender-nonconforming people. World Professional Association for Transgender Health (WPATH). 2012.

Ettner, R., White, T., and Brown, G. Family and systems aggression towards therapists. *International Journal of Transgenderism,* Vol. 12, 2010.

Ettner, R. The etiology of transsexualism in <u>Principles of Transgenger Medicine and Surgery</u>, Ettner, R., Monstrey, S., and Eyler, E. (Eds.). Routledge Press, 2007.

Ettner, R., Monstrey, S., and Eyler, E. (Eds.) <u>Principles of Transgender Medicine and Surgery</u>. Routledge Press, 2007.

Monstrey, S. De Cuypere, G. and Ettner, R. Surgery: General principles in <u>Principles of Transgender Medicine and Surgery</u>, Ettner, R., Monstrey, S., and Eyler, E. (Eds.) Routledge Press, 2007.

Schechter, L., Boffa, J., Ettner, R., and Ettner, F. Revision vaginoplasty with sigmoid interposition: A reliable solution for a difficult problem. The World Professional Association for Transgender Health (WPATH), 2007, *XX Biennial Symposium,* 31-32.

Ettner, R. Transsexual Couples: A qualitative evaluation of atypical partner preferences. *International Journal of Transgenderism,* Vol. 10, 2007.

White, T. and Ettner, R. Adaptation and adjustment in children of transsexual parents. *European Journal of Child and Adolescent Psychiatry,* 2007: 16(4)215-221.

Ettner, R. Sexual and gender identity disorders in <u>Diseases and Disorders</u>, Vol. 3, Brown Reference, London, 2006.

Ettner, R., White, T., Brown, G., and Shah, B. Client aggression towards therapists: Is it more or less likely with transgendered clients? *International Journal of Transgenderism,* Vol. 9(2), 2006.

Ettner, R. and White, T. in <u>Transgender Subjectives: A Clinician's Guide</u> Haworth Medical Press, Leli (Ed.) 2004.

White, T. and Ettner, R. Disclosure, risks, and protective factors for children whose parents are undergoing a gender transition. *Journal of Gay and Lesbian Psychotherapy,* Vol. 8, 2004.

Witten, T., Benestad, L., Berger, L., Ekins, R., Ettner, R., Harima, K. Transgender and Transsexuality. <u>Encyclopeida of Sex and Gender</u>. Springer, Ember, & Ember (Eds.) Stonewall, Scotland, 2004.

Ettner, R. Book reviews. *Archives of Sexual Behavior,* April, 2002.

Ettner, R. <u>Gender Loving Care: A Guide to Counseling Gender Variant Clients</u>. WW Norton, 2000.

"Social and Psychological Issues of Aging in Transsexuals," proceedings, Harry Benjamin International Gender Dysphoria Association, Bologna, Italy, 2005.

"The Role of Psychological Tests in Forensic Settings," *Chicago Daily Law Bulletin,* 1997.

<u>Confessions of a Gender Defender: A Psychologist's Reflections on Life amongst the Transgender</u>. Chicago Spectrum Press. 1996.

"Post-traumatic Stress Disorder," *Chicago Daily Law Bulletin*, 1995.

"Compensation for Mental Injury," *Chicago Daily Law Bulletin*, 1994.

"Workshop Model for the Inclusion and Treatment of the Families of Transsexuals," Proceedings of the Harry Benjamin International Gender Dysphoria Symposium; Bavaria, Germany, 1995.

"Transsexualism- The Phenotypic Variable," Proceedings of the XV Harry Benjamin International Gender Dysphoria Association Symposium; Vancouver, Canada, 1997.

"The Work of Worrying: Emotional Preparation for Labor," <u>Pregnancy as Healing. A Holistic Philosophy for Prenatal Care</u>, Peterson, G. and Mehl, L. Vol. II. Chapter 13, Mindbody Press, 1985.


## PROFESSIONAL AFFILIATIONS

University of Minnesota Medical School–Leadership Council
American College of Forensic Psychologists
World Professional Association for Transgender Health
World Health Organization (WHO) Global Access Practice Network
TransNet national network for transgender research
American Psychological Association
American College of Forensic Examiners
Society for the Scientific Study of Sexuality
Screenwriters and Actors Guild
Phi Beta Kappa

## AWARDS AND HONORS

University of Minnesota, Institute for Sexual and Gender Health; 50 *Distinguished Sex and Gender Revolutionaries* award, 2021

Letter of commendation from United States Congress for contributions to public health in Illinois, 2019

WPATH Distinguished Education and Advocacy Award, 2018

*The Randi and Fred Ettner Transgender Health Fellowship*-Program in Human Sexuality, University of Minnesota, 2016

Phi Beta Kappa, 1972

Indiana University Women's Honor Society, 1970-1972

Indiana University Honors Program, 1970-1972

Merit Scholarship Recipient, 1970-1972

Indiana University Department of Psychology Outstanding Undergraduate Award
        Recipient, 1970-1972

Representative, Student Governing Commission, Indiana University, 1970

## LICENSE

Clinical Psychologist, State of Illinois, 1980

# EXHIBIT B

# BIBLIOGRAPHY

Achille, C., Taggart, T., Eaton, N.R., *et al*.  (2020).  Longitudinal Impact of Gender-Affirming Endocrine Intervention on the Mental Health and Well-Being of Transgender Youths: Preliminary Results.  *International Journal of Pediatric Endocrinology*, 2020(8), 1-5.

Ainsworth, T. & Spiegel, J. (2010). Quality of life of individuals with and without facial feminization surgery or gender reassignment surgery. *Quality of Life Research* 19(7): 1019-1024.

Allen, L.R., Watson, L.B., Egan, A.M., & Moser, C.N.  (2019).  Well-Being and Suicidality Among Transgender Youth After Gender-Affirming Hormones.  *Clinical Practice in Pediatric Psychology*, 7(3), 302-311.

Almazan AN, Keuroghlian AS. (2021). Association Between Gender-Affirming Surgeries and Mental Health Outcomes. *JAMA Surgery*. Published online April 28, 2021.

Amend, B., Seibold, J., Toomey, P., Stenzl, A., & Sievert, K. (2013). Surgical reconstruction for male-to-female sex reassignment. *European Urology* 64(1): 141-149.

American Academy of Child and Adolescent Psychiatry (2019).  AACAP Statement Responding to Efforts to ban Evidence-Based Care for Transgender and Gender Diverse Youth.

American College of Obstetricians and Gynecologists. (2021). Committee Opinion No. 823: Health Care for Transgender and Gender Diverse Individuals.

American Medical Association (2008). Resolution 122 (A-08).

American Medical Association and GLMA (2019). Health Insurance Coverage for Gender-Affirming Care of Transgender Patients.

American Psychiatric Association (2013). Diagnostic and statistical manual of mental disorders (5th ed.). Arlington, VA: American Psychiatric Publishing.

American Psychological Association. (2021). APA Resolution on Gender Identity Change Efforts.

American Psychological Association. (2015). Guidelines for psychological practice with transgender and gender nonconforming people. *American Psychologist*, 70, 832-864.

American Psychological Association (2008). Transgender, gender identity, & gender expression non-discrimination. In Anton, B. S. (2009). Proceedings of the American Psychological Association for the legislative year 2008: Minutes of the annual meeting of the Council of Representatives. *American Psychologist*, 64(5), 372–453.

Arboleda, V. A., Lee, H., Sánchez, F. J., Délot, E. C., Sandberg, D. E., Grody, W. W., Nelson, S. F., & Vilain, E. (2013). Targeted massively parallel sequencing provides comprehensive genetic diagnosis for patients with disorders of sex development. *Clinical genetics*, *83*(1), 35–43.

Bauer, G. R., Scheim, A. I., Pyne, J., Travers, R., & Hammond, R. (2015). Intervenable factors associated with suicide risk in transgender persons: a respondent driven sampling study in Ontario, Canada. *BMC public health*, *15*, 525.

Benjamin, H. (1966). The Transsexual Phenomenon. New York: Julian Press.

Bentz, E. K., Hefler, L. A., Kaufmann, U., Huber, J. C., Kolbus, A., & Tempfer, C. B. (2008). A polymorphism of the CYP17 gene related to sex steroid metabolism is associated with female-to-male but not male-to-female transsexualism. *Fertility and sterility*, *90*(1), 56–59.

Bhargava, A., Arnold, A. P., Bangasser, D. A., Denton, K. M., Gupta, A., Hilliard Krause, L. M., Mayer, E. A., McCarthy, M., Miller, W. L., Raznahan, A., & Verma, R. (2021). Considering Sex as a Biological Variable in Basic and Clinical Studies: An Endocrine Society Scientific Statement. *Endocrine reviews*, *42*(3), 219–258.

Bockting, W. (2013). Transgender identity development. In Tolman & Diamond (eds.) American Psychological Association's Handbook of Sexuality and Psychology. Washington, D.C.: American Psychological Association.

Bockting, W., Coleman, E., Deutsch, M., Guillamon, A., Meyer, I., Meyer, W., Reisner, S., Sevelius, J. & Ettner, R. (2016). Adult development and quality of life of transgender and gender nonconforming people. *Current Opinion in Endocrinology and Diabetes* 23(2): 188-197.

Bockting, W. (2014). The impact of stigma on transgender identity development and mental health. In Kreukels, Steensma, and De Vries (eds). Gender dysphoria and disorders of sex development: Progress in care and knowledge. New York: Springer.

Bockting, W. O., Miner, M. H., Swinburne Romine, R. E., Hamilton, A., & Coleman, E. (2013). Stigma, mental health, and resilience in an online sample of the US transgender population. *American journal of public health*, *103*(5), 943–951.

Bockting, W. & Coleman, E. (2007). Developmental stages of the transgender coming out process: Toward an integrated identity.  Ettner, Monstrey & Eyler (eds.) Principles of Transgender Medicine and Surgery. New York: Haworth Press.

Bradford, J., Reisner, S. L., Honnold, J. A., & Xavier, J. (2013). Experiences of transgender-related discrimination and implications for health: results from the Virginia Transgender Health Initiative Study. *American journal of public health*, *103*(10), 1820–1829.

Brown, G. (2010). Auto-castration and auto-penectomy as surgical self-treatment in incarcerated persons with Gender Identity Disorder. *International Journal of Transgenderism* 12: 31-39.

Brown, G., & McDuffie, E. (2009). Health care policies addressing transgender inmates in prison systems in the United States. *Journal of Correctional Health Care*, 15, 280–291.

Budge, S., Adelson, J. & Howard, K. (2013). Anxiety and depression in transgender individuals: The role of transition status, loss, social support, and coping. *Journal of Consulting and Clinical Psychology* 81(3): 545.

Bustos, V. P., Bustos, S. S., Mascaro, A., Del Corral, G., Forte, A. J., Ciudad, P., Kim, E. A., Langstein, H. N., & Manrique, O. J. (2021). Regret after Gender-affirmation Surgery: A Systematic Review and Meta-analysis of Prevalence. *Plastic and reconstructive surgery. Global open*, *9*(3), e3477.

Bustos, V.P., Bustos, S.S., Mascaro, A., *et al.*  (2021).  Transgender and Gender-Nonbinary Patient Satisfaction After Transmasculine Chest Surgery.  *Plastic and Reconstructive Surgery Global Open*, 9(3):e3479.

Chung, W., De Vries, G., Swaab, D. (2002). Sexual differentiation of the bed nucleus of the stria terminalis in humans may extend into adulthood. *Journal of Neuroscience* 22(3): 1027-1033.

Cohen-Kettenis, P. & Gooren, L. (1992). The influence of hormone treatment on psychological functioning of transsexuals. In Gender Dysphoria: Interdisciplinary Approaches in Clinical Management. Bocting & Coleman (eds). Haworth Press.

Coleman, E., Bockting, W., Botzer, M., Cohen-Kettenis, P., DeCuypere, G., Feldman, J., ... & Zucker, K. (2012). Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. *International Journal of Transgenderism*, 13(4), 165-232.

Colizzi, M., Costa, R., & Todarello, O. (2014). Transsexual patients' psychiatric comorbidity and positive effect of cross-sex hormonal treatment on mental health: results from a longitudinal study. *Psychoneuroendocrinology*, *39*, 65–73.

Colizzi, M., Costa, R., Pace, V., & Todarello, O. (2013). Hormonal treatment reduces psychobiological distress in gender identity disorder, independently of the attachment style. *The journal of sexual medicine*, *10*(12), 3049–3058.

Colton Meier, S., Fitzgerald, K., Pardo, S. & Babcock, J. (2011). The effects of hormonal gender affirmation treatment on mental health in female-to-male transsexuals. *Journal of Gay & Lesbian Mental Health* 15(3): 281-299.

Crocker, J., Major, B. & Steele, C. (1998). Social Stigma in Fiske & Gilbert (eds.) Handbook of Social Psychology, Vol 11.

Danker, S., Narayan, S. K., Bluebond-Langner, R., Schechter, L. S., & Berli, J. U. (2018). Abstract: A Survey Study of Surgeons' Experience with Regret and/or Reversal of Gender-Confirmation Surgeries. *Plastic and Reconstructive Surgery Global Open*, *6*(9 Suppl), 189-189.

De Cuypere, G., T'Sjoen, G., Beerten, R., Selvaggi, G., De Sutter, P., Hoebeke, P., Monstrey, S., Vansteenwegen, A., & Rubens, R. (2005). Sexual and physical health after sex reassignment surgery. *Archives of sexual behavior*, *34*(6), 679–690.

de Vries, A.L.C., McGuire, J. K., Steensma, T. D., Wagenaar, E. C. F., Doreleijers, T. A. H., & Cohen-Kettenis, P. T. (2014). Young Adult Psychological Outcome After Puberty Suppression and Gender Reassignment. *Pediatrics*, *134*(4), 696-704.

de Vries, A.L., Steensma, T.D., Doreleijers, T.A., & Cohen-Kettenis, P.T. (2011). Puberty Suppression in Adolescents with Gender Identity Disorder: A Prospective Follow-Up Study. *The Journal of Sexual Medicine*, 8(8), 2276-2283.

Devor, A. (2004). Witnessing and mirroring:  A fourteen stage model of transsexual identity formation. *Journal of Gay and Lesbian Psychotherapy* 8(1/2): 41-67.

Dhejne, C., Oberg, K., Arver, S., & Landen, M. (2013). Increasing incidence of sex reassignment applications but few regrets: A complete analysis of all applications during 50 years. *Journal of Sexual Medicine* 11: 8-9.

Dhejne, C., Lichtenstein, P., Boman, M., Johansson, A. L., Långström, N., & Landén, M. (2011). Long-term follow-up of transsexual persons undergoing sex reassignment surgery: cohort study in Sweden. *PloS one*, *6*(2), e16885.

Diamond, M. (2013). Transsexuality among twins: identity concordance, transition, rearing, and orientation. *International Journal of Transgenderism* 14: 24-28.

Diamond, L., Pardo, S., Butterworth, M. (2011). Transgender experience and identity. In Schwartz et al. (eds.) Handbook of Identity Theory and Research. Springer.

Drescher, J., Haller, E., & Yarbrough, E. (2018). Position statement on access to care for transgender and gender diverse individuals. Caucus of LGBTQ Psychiatrists and the Council on Minority Mental Health and Health Disparities, American Psychiatric Association.

Eldh, J., Berg, A., Gustafsson, M. (1997). Long term follow up after sex reassignment surgery, *Scandinavian Journal of Plastic and Reconstructive Surgery and Hand Surgery* 31: 39-45.

Ettner, R. (1999). Gender loving care: A guide to counseling gender-variant clients. New York, NY, US: W W Norton & Co.

Ettner, R., Ettner, F. & White, T. (2012). Secrecy and the pathophysiology of hypertension. *International Journal of Family Medicine*: 2012.

Ettner, R. (2013). Care of the elderly transgender patient. *Current Opinion in Endocrinology and Diabetes, Vo*l. 20(6), 580-584.

Ettner, R., and Wylie, K. (2013). Psychological and social adjustment in older transsexual people. *Maturitas* 74, (3), 226-229.

Ettner, R. (2015). Etiopathogenetic hypothesis on transsexualism. In Trombetta, Luguori & Bertolotto (eds.) Management of Gender Identity Dysphoria: A Multidimensional Approach to Transsexualism. Italy: Springer.

Ettner, R., Guillamon, A. (2016). Theories of the etiology of transgenderism. In Principles of Transgender Medicine and Surgery. Ettner, Monstrey & Coleman (eds.). New York: Routledge.

Expósito-Campos P. (2021). A Typology of Gender Detransition and Its Implications for Healthcare Providers. *Journal of sex & marital therapy*, *47*(3), 270–280.

Fernández, R., Esteva, I., Gómez-Gil, E., Rumbo, T., Almaraz, M. C., Roda, E., Haro-Mora, J. J., Guillamón, A., & Pásaro, E. (2014b). The (CA)n polymorphism of ERβ gene is associated with FtM transsexualism. *The journal of sexual medicine*, *11*(3), 720–728.

Fernández, R., Esteva, I., Gómez-Gil, E., Rumbo, T., Almaraz, M. C., Roda, E., Haro-Mora, J. J., Guillamón, A., & Pásaro, E. (2014a). Association study of ERβ, AR, and CYP19A1 genes and MtF transsexualism. *The journal of sexual medicine*, *11*(12), 2986–2994.

Flores, A.R., Herman, J.L., Gates, G.J., & Brown, T.N.T. (2016). *How Many Adults Identify as Transgender in the United States?* Los Angeles, CA: UCLA Williams Institute.

Frost, D. M., Lehavot, K., & Meyer, I. H. (2015). Minority stress and physical health among sexual minority individuals. *Journal of behavioral medicine*, *38*(1), 1–8.

Galis, F., Ten Broek, C. M., Van Dongen, S., & Wijnaendts, L. C. (2010). Sexual dimorphism in the prenatal digit ratio (2D:4D). *Archives of sexual behavior*, *39*(1), 57–62.

Garcia-Falgueras, A. & Swaab, D. A sex difference in the hypothalamic uncinate nucleus: relationship to gender identity. *Brain* 131: 3132-3146.

Gijs, L. & Brewayes, A. (2007). Surgical treatment of gender dysphoria in adults and adolescents: Recent developments, effectiveness, and challenges. *Annual Review of Sex Research* 18, 178-224.

Goffman, E. (1969). The Presentation of Self in Everyday Life. London: Allen Lane.

Gómez-Gil, E., Esteva, I., Almaraz, M. C., Pasaro, E., Segovia, S., & Guillamon, A. (2010). Familiality of gender identity disorder in non-twin siblings. *Archives of sexual behavior*, *39*(2), 546–552.

Gómez-Gil, E., Zubiaurre-Elorza, L., Esteva, I., Guillamón, A., Godás, T., Cruz Almaraz, M., Halperin, I., & Salamero, M. (2012). Hormone-treated transsexuals report less social distress, anxiety and depression. *Psychoneuroendocrinology*, *37*(5), 662–670.

Gorin-Lazard et al. (2011). Is hormonal therapy associated with better quality of life in transsexuals? A cross-sectional study. *Journal of Sexual Medicine* 9: 531-541.

Grannis, C., Leibowitz, S.F., Gahn, S., *et al*.  (2021).  Testosterone Treatment, Internalizing Symptoms, and Body Image Dissatisfaction in Transgender Boys.  *Psychoneuroendocrinology*, 132:105358, 1-8.

Green, R. (2000). Family co-occurrence of "gender dysphoria": ten siblings or parent-child pairs. *Archives of Sexual Behavior* 29(5): 499-507.

Greenberg, R. & Laurence, L. (1981). A comparison of MMPI results for psychiatric patients and male applicants for transsexual surgery. *Journal of Nervous and Mental Disease* 169(5): 320-323.

Hare, L., Bernard, P., Sánchez, F. J., Baird, P. N., Vilain, E., Kennedy, T., & Harley, V. R. (2009). Androgen receptor repeat length polymorphism associated with male-to-female transsexualism. *Biological psychiatry*, *65*(1), 93–96.

Haas, A., Rodgers, P., Herman, J. (2014). Suicide Attempts among Transgender and Gender Non-Conforming Adults, *American Foundation for Suicide Prevention.*

Hatzenbuehler, M. L., Bellatorre, A., Lee, Y., Finch, B. K., Muennig, P., & Fiscella, K. (2014). Structural stigma and all-cause mortality in sexual minority populations. *Social science & medicine (1982)*, *103*, 33–41.

Hembree, W. C., Cohen-Kettenis, P. T., Gooren, L., Hannema, S., Meyer, W. J., Murad, M. H., … T'Sjoen, G. G. (2017). Endocrine treatment of genderdysphoric/gender-incongruent persons: An Endocrine Society clinical practice guideline. *The Journal of Clinical Endocrinology & Metabolism*, *102*(11), 3869-3903.

Hembree, W., Cohen-Kettenis, P., Delemarre-van de Waal, H. Goorin, L., Meyer, W., Spack, N., Montori, V. (2009). Endocrine treatment of transsexual persons: An Endocrine Society clinical practice guideline. *Journal of Clinical Endocrinology and Metabolism* 94(9), 3132-3154.

Henningsson, S., Westberg, L., Nilsson, S., Lundström, B., Ekselius, L., Bodlund, O., Lindström, E., Hellstrand, M., Rosmond, R., Eriksson, E., & Landén, M. (2005). Sex steroid-related genes and male-to-female transsexualism. *Psychoneuroendocrinology*, *30*(7), 657–664.

Hepp, U., Klaghofer, R., Burkhard-Kubler, R., Buddeberg, C. (2002). Treatment follow-up of transsexual patients: A catamnestic study. *Nervenarzt* 73(3): 283-288.

Herman, J.L., Brown, T.N.T., & Haas, A.P. (2019). *Suicide Thoughts and Attempts Among Transgender Adults in the U.S.* Los Angeles, CA: UCLA Williams Institute.

Heylens, G., Verroken, C., De Cock, S., T'Sjoen, G., & De Cuypere, G. (2014). Effects of different steps in gender reassignment therapy on psychopathology: a prospective study of persons with a gender identity disorder. *The journal of sexual medicine*, *11*(1), 119–126.

Horbach, S.E., Bouman, M.B., Smit, J.M., Özer, M., Buncamper, M.E., & Mullender, M.G. (2015). Outcome of Vaginoplasty in Male-to-Female Transgenders: A Systematic Review of Surgical Techniques. *The journal of sexual medicine*, *12*(6), 1499–1512.

Imbimbo, C., Verze, P., Palmieri, A., Longo, N., Fusco, F., Arcaniolo, D., & Mirone, V. (2009). A report from a single institute's 14-year experience in treatment of male-to-female transsexuals. *The journal of sexual medicine*, *6*(10), 2736–2745.

Institute of Medicine (US) Committee on Lesbian, Gay, Bisexual, and Transgender Health Issues and Research Gaps and Opportunities. (2011). *The Health of Lesbian, Gay, Bisexual, and Transgender People: Building a Foundation for Better Understanding*. National Academies Press (US).

James, S.E., Herman, J.L., Rankin, S., Keisling, M., Mottet, L., & Anafi, M. (2016). *The Report of the 2015 U.S. Transgender Survey*. Washington, DC: National Center for Transgender Equality.

Jarrett, B. A., Corbet, A. L., Gardner, I. H., Weinand, J. D., & Peitzmeier, S. M. (2018). Chest Binding and Care Seeking Among Transmasculine Adults: A Cross-Sectional Study. *Transgender health*, *3*(1), 170–178.

Jarolím, L., Šedý, J., Schmidt, M., Naňka, O., Foltán, R., & Kawaciuk, I. (2009). Gender reassignment surgery in male-to-female transsexualism: A retrospective 3-month follow-up study with anatomical remarks. *The journal of sexual medicine*, *6*(6), 1635–1644.

Johansson, A., Sundbom, E., Hojerback, T. & Bodlund, O. (2010). A five-year follow up study of Swedish adults with gender identity disorder. *Archives of Sexual Behavior*, 39(6): 1429-37.

Jokic-Begic, N., Korajlija, A., & Jurin, T. (2014). Psychosocial adjustment to sex reassignment surgery: A qualitative examination and personal experiences of six transsexual persons in Croatia. *The Scientific World Journal*: 2014.

Klein, C. & Gorzalka, B. (2009). Sexual functioning in transsexuals following hormone therapy and genital surgery: A review. *Journal of Sexual Medicine* 6(11): 2922-2939.

Kockott, G., & Fahrner, E. (1987). Transsexuals who have not undergone surgery: A follow-up study. *Archives of Sexual Behavior* 16(6): 511-522.

Korpaisarn, S., & Safer, J. D. (2019). Etiology of Gender Identity. *Endocrinology and metabolism clinics of North America*, *48*(2), 323–329.

Landen, M., Bodlund, O. Ekselius, L., Hambert, G., & Lundstrom, B. (2001). Done is done-and gone is gone: Sex reassignment is presently the best cure for transsexualism. *Lakartidningen* 98(30-31): 3322-26.

Lane, M., Ives, G. C., Sluiter, E. C., Waljee, J. F., Yao, T. H., Hu, H. M., & Kuzon, W. M. (2018). Trends in Gender-affirming Surgery in Insured Patients in the United States. *Plastic and reconstructive surgery. Global open*, *6*(4), e1738.

Lawrence, A. (2006). Patient-reported complications and functional outcomes of male-to-female reassignment surgery. *Archives of Sexual Behavior*. 35(6): 717-27.

Lawrence, A. (2005). Sexuality before and after male-to-female sex reassignment surgery. *Archives of Sexual Behavior*. 34: 147-66.

Lawrence, A. (2003). Factors associated with satisfaction or regret following male-to-female sex reassignment surgery. *Archives of Sexual Behavior*. 32(4): 299-315.

Leavitt, F., Berger, J. C., Hoeppner, J. A., & Northrop, G. (1980). Presurgical adjustment in male transsexuals with and without hormonal treatment. *The Journal of nervous and mental disease*, *168*(11), 693–697.

Lindqvist, E. K., Sigurjonsson, H., Möllermark, C., Rinder, J., Farnebo, F., & Lundgren, T. K. (2017). Quality of life improves early after gender reassignment surgery in transgender women. *European journal of plastic surgery*, *40*(3), 223–226.

Lobato, M. I., Koff, W. J., Manenti, C., da Fonseca Seger, D., Salvador, J., da Graça Borges Fortes, M., Petry, A. R., Silveira, E., & Henriques, A. A. (2006). Follow-up of sex reassignment surgery in transsexuals: a Brazilian cohort. *Archives of sexual behavior*, *35*(6), 711–715.

Longo, M., Azanon, E. & Haggard, P. (2010). More than skin deep: body representation beyond primary somatosensory cortex. *Neuropsychologia* 48: 665-668.

Luders, E., Narr, K. L., Thompson, P. M., Rex, D. E., Woods, R. P., Deluca, H., Jancke, L., & Toga, A. W. (2006). Gender effects on cortical thickness and the influence of scaling. *Human brain mapping*, *27*(4), 314–324.

Matt-Kole, C., Freschi, M., & Robin, A. (1990). A controlled study of psychological and social change after surgical gender reassignment in selected male transsexuals. *British Journal of Psychiatry* 157, 261-264.

McCarthy M. M. (2008). Estradiol and the developing brain. *Physiological reviews*, *88*(1), 91–124.

McCarthy, M. M., & Arnold, A. P. (2011). Reframing sexual differentiation of the brain. *Nature neuroscience*, *14*(6), 677–683.

McDowell, A., Raifman, J., Progovac, A. M., & Rose, S. (2020). Association of Nondiscrimination Policies With Mental Health Among Gender Minority Individuals. *JAMA psychiatry*, *77*(9), 952–958.

Mehringer, J.E., Harrison, J.B., Quain, K.M., *et al*. (2021). Experience of Chest Dysphoria and Masculinizing Chest Surgery in Transmasculine Youth. *Pediatrics*, 147(3):e2020013300.

Meyer, G., Mayer, M., Mondorf, A., Flügel, A. K., Herrmann, E., & Bojunga, J. (2020). Safety and rapid efficacy of guideline-based gender-affirming hormone therapy: an analysis of 388 individuals diagnosed with gender dysphoria, *European Journal of Endocrinology*, *182*(2), 149-156.

Monstrey, S., De Cuypere, G., & Ettner, R. (2007). Surgery: General principles. In Ettner, R., Monstrey, S., Eyler, A. (eds.). Principles of Transgender Medicine and Surgery. New York: Haworth Press.

Mueller, S. C., Guillamon, A., Zubiaurre-Elorza, L., Junque, C., Gomez-Gil, E., Uribe, C., Khorashad, B. S., Khazai, B., Talaei, A., Habel, U., Votinov, M., Derntl, B., Lanzenberger, R., Seiger, R., Kranz, G. S., Kreukels, B., Kettenis, P., Burke, S. M., Lambalk, N. B., Veltman, D. J., … Luders, E. (2021). The Neuroanatomy of Transgender Identity: Mega-Analytic Findings From the ENIGMA Transgender Persons Working Group. *The journal of sexual medicine*, S1743-6095(21)00425-2. Advance online publication.

Murad, M. H., Elamin, M. B., Garcia, M. Z., Mullan, R. J., Murad, A., Erwin, P. J., & Montori, V. M. (2010). Hormonal therapy and sex reassignment: a systematic review and meta-analysis of quality of life and psychosocial outcomes. *Clinical endocrinology*, *72*(2), 214–231.

National Commission on Correctional Health Care. (2009). Position Statement: Transgender and Gender Diverse Health Care in Correctional Settings.

Narayan, S. K., Hontscharuk, R., Danker, S., Guerriero, J., Carter, A., Blasdel, G., Bluebond-Langner, R., Ettner, R., Radix, A., Schechter, L., & Berli, J. U. (2021). Guiding the conversation-types of regret after gender-affirming surgery and their associated etiologies. *Annals of translational medicine*, *9*(7), 605.

Newfield, E., Hart, S., Dibble, S. & Kohler, L. (2006). Female-to-male transgender quality of life. *Quality of Life Research* 15(9) 1447-1457.

Nickel, M. & Gu, C. (2018). Regulation of central nervous system myelination in higher brain functions. *Neural Plasticity*. Published 2018 Mar 5. doi:10.1155/2018/6436453.

Nuttbrock, L, Rosenblum, A. & Blumenstein, R. (2002). Transgender identity affirmation and mental health. *International Journal of Transgenderism* 6(4).

Ohashi, K., Anderson, C. M., Bolger, E. A., Khan, A., McGreenery, C. E., & Teicher, M. H. (2017). Childhood maltreatment is associated with alteration in global network fiber-tract architecture independent of history of depression and anxiety. *NeuroImage*, *150*, 50–59.

Olson-Kennedy J, Warus J, Okonta V, Belzer M, Clark LF. (2018). Chest Reconstruction and Chest Dysphoria in Transmasculine Minors and Young Adults: Comparisons of Nonsurgical and Postsurgical Cohorts. *JAMA Pediatrics*. 172(5):431–436.

Pauly, I. (1992). Terminology and classification of gender identity disorders. In Bockting & Coleman (eds.) Gender Dysphoria: Interdisciplinary Approaches in Clinical Management. New York: Haworth.

Padula, W. V., Heru, S., & Campbell, J. D. (2016). Societal Implications of Health Insurance Coverage for Medically Necessary Services in the U.S. Transgender Population: A Cost-Effectiveness Analysis. *Journal of general internal medicine*, *31*(4), 394–401.

Peitzmeier, S., Gardner, I., Weinand, J., Corbet, A., & Acevedo, K. (2017). Health impact of chest binding among transgender adults: a community-engaged, cross-sectional study. *Culture, health & sexuality*, *19*(1), 64–75.

Pfafflin, F, & Junge, A. (1998). Sex reassignment: Thirty years of international follow-up studies after sex reassignment surgery, a comprehensive review, 1961-1991. (Jacobson & Meir, trans.).

Rametti, G., Carrillo, B., Gómez-Gil, E., Junque, C., Zubiaurre-Elorza, L., Segovia, S., Gomez, A., Karadi, K., & Guillamon, A. (2012). Effects of androgenization on the white matter

8

microstructure of female-to-male transsexuals. A diffusion tensor imaging study. *Psychoneuroendocrinology*, *37*(8), 1261–1269.

Rametti, G., Carrillo, B., Gómez-Gil, E., Junque, C., Segovia, S., Gomez, Á., & Guillamon, A. (2011b). White matter microstructure in female to male transsexuals before cross-sex hormonal treatment. A diffusion tensor imaging study. *Journal of psychiatric research*, *45*(2), 199–204.

Rametti, G., Carrillo, B., Gómez-Gil, E., Junque, C., Zubiarre-Elorza, L., Segovia, S., Gomez, Á., & Guillamon, A. (2011a). The microstructure of white matter in male to female transsexuals before cross-sex hormonal treatment. A DTI study. *Journal of psychiatric research*, *45*(7), 949–954.

Rehman, J., Lazer, S., Benet, A., Schaefer, L. & Melman, A. (1999). The reported sex and surgery satisfactions of 28 postoperative male-to-female transsexual patients. *Archives of Sexual Behavior* 28(1): 71-89.

Ristori, J., Cocchetti, C., Romani, A., Mazzoli, F., Vignozzi, L., Maggi, M., & Fisher, A. D. (2020). Brain Sex Differences Related to Gender Identity Development: Genes or Hormones?. *International journal of molecular sciences*, *21*(6), 2123.

Robinson, B.B., Whitman, J., Whittle, S., & Bockting, W. (2008). WPATH Clarification on Medical Necessity of Treatment, Sex Reassignment, and Insurance Coverage in the U.S.A.

Rosenthal, S. M., Hembree, W. C., Cohen-Kettenis, P. T., Gooren, L., Hannema, S. E., Meyer, W. J., Murad, M. H., Safer, J. D., Tangpricha, V., & T'Sjoen, G. G. (2019). Response to Letter to the Editor: "Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline". *The Journal of clinical endocrinology and metabolism*, *104*(11), 5102–5103.

Rostosky, S. S., Riggle, E. D. B., Horne, S. G., Denton, F. N., & Huellemeier, J. D. (2010). Lesbian, gay, and bisexual individuals' psychological reactions to amendments denying access to civil marriage. *American Journal of Orthopsychiatry*, 80, 302–310.

Ruppin, U., Pfafflin, F. (2015). Long-term follow-up of adults with Gender Identity disorder, *Archives of Sexual Behavior* 44(5): 1321-1329.

Russell, G. M., Bohan, J. S., McCarroll, M. C., & Smith, N. G. (2011). Trauma, recovery, and community: Perspectives on the long-term impact of anti-LGBT politics. *Traumatology*, 17, 14–23.

Salim, A., & Poh, M. (2018). Gender-Affirming Penile Inversion Vaginoplasty. *Clinics in plastic surgery*, *45*(3), 343–350.

Saraswat, A., Weinand, J.D., & Safer, J. (2015). Evidence supporting the biologic nature of gender identity. *Endocrine practice, 21 2*, 199-204.

Savic, I. & Arver, S. (2011). Sex dimorphism of the brain in male-to-female transsexuals. *Cerebral Cortex* 23: 2855-2862.

Schaefer, A., Iyengar, R., Kadiyala, S., Kavanagh, J., Engel, C., Williams, K., & Kress, A. (2016). *Assessing the Implications of Allowing Transgender Personnel to Serve Openly*. Santa Monica, Calif.: RAND Corporation.

Schneider, H., Pickel, J., Stalla, G. (2006). Typical female 2nd - 4th finger length (2D:4D) ratios in male-to-female transsexuals-possible implications for prenatal androgen exposure. *Psychoneuroendocrinology*, 31(2):265-269.

Shaw, P., Kabani, N. J., Lerch, J. P., Eckstrand, K., Lenroot, R., Gogtay, N., Greenstein, D., Clasen, L., Evans, A., Rapoport, J. L., Giedd, J. N., & Wise, S. P. (2008). Neurodevelopmental trajectories of the human cerebral cortex. *The Journal of neuroscience : the official journal of the Society for Neuroscience*, *28*(14), 3586–3594.

Singh, A., Hays, D. & Watson (2011). Strengths in the face of adversity: Resilience strategies of transgender individuals. *Journal of Counseling and Development* 89(1): 20-27.

Smith, Y., Van Goozen, S., Kuiper, A., & Cohen-Kettenis, P. (2005). Sex reassignment: Outcomes and predictors of treatment for adolescent and adult transsexuals. *Psychological Medicine* 35(1): 89-99.

Sanbonmatsu, K. (2020) What can epigenetics tell us about sex and gender? *Delaware Public Media*. Published on August 14, 2020 at 9:52 a.m. https://www.npr.org/transcripts/852274857

Spehr, C. (2007). Male to female sex reassignment surgery in transsexuals. *International Journal of Transgenderism* 10(1): 25-37.

Substance Abuse and Mental Health Services Administration. (2015). Ending Conversion Therapy: Supporting and Affirming LGBTQ Youth. HHS Publication No. (SMA) 15-4928. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Taziaux, M., Swaab, D., Bakker, J. (2012). Sex differences in the neurokin B system in the human infundibular nucleus. *Journal of Clinical Endocrinology and Metabolism* 97(12): 2010-2020.

Teicher, M. H., Samson, J. A., Sheu, Y. S., Polcari, A., & McGreenery, C. E. (2010). Hurtful words: association of exposure to peer verbal abuse with elevated psychiatric symptom scores and corpus callosum abnormalities. *The American journal of psychiatry*, *167*(12), 1464–1471.

Toomey, R. B., Ryan, C., Diaz, R. M., Card, N. A., & Russell, S. T. (2010). Gender-nonconforming lesbian, gay, bisexual, and transgender youth: school victimization and young adult psychosocial adjustment. *Developmental psychology*, *46*(6), 1580–1589.

Tordoff, D. M., Wanta, J. W., Collin, A., Stepney, C., Inwards-Breland, D. J., & Ahrens, K. (2022). Mental Health Outcomes in Transgender and Nonbinary Youths Receiving Gender-Affirming Care. *JAMA network open*, *5*(2), e220978.

Turban, J. L., Loo, S. S., Almazan, A. N., & Keuroghlian, A. S. (2021). Factors Leading to "Detransition" Among Transgender and Gender Diverse People in the United States: A Mixed-Methods Analysis. *LGBT health*, 10.1089/lgbt.2020.0437. Advance online publication.

Turban, J.L., King, D., Carswell, J.M., & Keuroghlian, A.S. (2020). Pubertal Suppression for Transgender Youth and Risk of Suicidal Ideation. *Pediatrics*, 145(2):e20191725.

Uribe, C., Junque, C., Gómez-Gil, E., Abos, A., Mueller, S. C., & Guillamon, A. (2020). Brain network interactions in transgender individuals with gender incongruence. *NeuroImage*, *211*, 116613.

U.S. Department of Health & Human Services. (2014). NCD 140.3 Transsexual Surgery, Docket No A-13-87, Decision No. 2576. https://www.hhs.gov/sites/default/files/static/dab/decisions/board-decisions/2014/dab2576.pdf

van de Grift, T. C., Elaut, E., Cerwenka, S. C., Cohen-Kettenis, P. T., & Kreukels, B. (2018). Surgical Satisfaction, Quality of Life, and Their Association After Gender-Affirming Surgery: A Follow-up Study. *Journal of sex & marital therapy*, *44*(2), 138–148.

van der Miesen, A.I., Steensma, T.D., de Vries, A.L., *et al.*  (2020).  Psychological Functioning in Transgender Adolescents Before and After Gender-Affirmative Care Compared with Cisgender General Population Peers.  *Journal of Adolescent Health*, 66(6), 699-704.

Vujovic, S., Popovic, S., Sbutega-Milosevic, G., Djordjevic, M., & Gooren, L. (2009). Transsexualism in Serbia: A twenty-year follow-up study. *The Journal of Sexual Medicine* 6(4): 1018-1023.

Weinforth, G., Fakin, R., Giovanoli, P., & Nuñez, D. G. (2019). Quality of Life Following Male-To-Female Sex Reassignment Surgery. *Deutsches Arzteblatt international*, *116*(15), 253–260.

Weyers, S., Elaut, E., De Sutter, P., Gerris, J., T'Sjoen, G., Heylens, G., De Cuypere, G., & Verstraelen, H. (2009). Long-term assessment of the physical, mental, and sexual health among transsexual women. *The journal of sexual medicine*, *6*(3), 752–760.

What We Know Project, Ctr. for the Study of Inequality, Cornell Univ., *What does the scholarly research say about the effect of gender transition on transgender well-being?*, https://whatweknow.inequality.cornell.edu/topics/lgbt-equality/what-does-the-scholarly-research-say-about-the-well-being-of-transgender-people/ (last accessed June 5, 2021).

Wiepjes, C.M., Nota, N. M., de Blok, C.J., Klaver, M., de Vries, A.L., Wensing-Kruger, S.A., ... & Gooren, L.J. (2018). The Amsterdam cohort of gender dysphoria study (1972–2015): trends in prevalence, treatment, and regrets. *The Journal of Sexual Medicine*, 15(4), 582-590.

World Health Organization. (2018). Gender Incongruence. In <u>International Classification of Diseases</u>, 11th Revision.

World Professional Association for Transgender Health (2016). Position Statement on Medical Necessity of Treatment, Sex Reassignment, and Insurance Coverage in the U.S.A.

Özata Yıldızhan, B., Yüksel, Ş., Avayu, M., Noyan, H., & Yıldızhan, E. (2018). Effects of Gender Reassignment on Quality of Life and Mental Health in People with Gender Dysphoria. *Turkish journal of psychiatry*, *29*(1), 11–21.

Zhou, J. N., Hofman, M. A., Gooren, L. J., & Swaab, D. F. (1995). A sex difference in the human brain and its relation to transsexuality. *Nature*, *378*(6552), 68–70.

Zubiaurre-Elorza, L., Junque, C., Gomez-Gil, E. & Guillamon, A. (2014). Effects of cross-sex hormone treatment on cortical thickness in transsexual individuals. *Journal of Sexual Medicine* 11: 1248-1261.