UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| C. P., by and through his parents, Patricia Pritchard and Nolle Pritchard, individually and on behalf of others similarly situated; and PATRICIA PRITCHARD,<br><br>Plaintiffs,<br>v.<br><br>BLUE CROSS BLUE SHIELD OF ILLINOIS,<br><br>Defendant. | CASE NO. 3:20-cv-06145-RJB<br><br>ORDER CORRECTING SCRIVENER'S ERROR |

This matter comes before the Court *sua sponte* on review of the record.

The Court's Order on Cross Motions for Summary Judgment (Dkt. 146) contained a scrivener's error on Page 19, Line 11.  The Order should be amended as follows:

The word **enterprise** is replaced by **exercise** to read:

> "is appropriate to consider such matters in protecting the U.S. Constitution's First Amendment establishment and free exercise clauses."

IT IS SO ORDERED.

ORDER CORRECTING SCRIVENER'S ERROR - 1

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 21st day of December, 2022.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge