**FILED**

JAN 27 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PATRICIA PRITCHARD, as parent on behalf of minor C.P.; NOLLE PRITCHARD, as parent on behalf of minor C.P., <br><br>      Plaintiffs-Respondents, <br><br> v. <br><br> BLUE CROSS BLUE SHIELD OF ILLINOIS, <br><br>      Defendant-Petitioner. | No.   22-80136 <br><br> D.C. No. 3:20-cv-06145-RJB <br> Western District of Washington, Tacoma <br><br> ORDER |

Before:  CLIFTON and SANCHEZ, Circuit Judges.

The court, in its discretion, denies the petition for permission to appeal the district court's November 3, 2022 order granting class action certification.  *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005).

AB/MOATT