The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| C.P., by and through his parents, Patricia Pritchard and Nolle Pritchard; and PATRICIA PRITCHARD,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE CROSS BLUE SHIELD OF ILLINOIS,<br><br>Defendant. | NO. 3:20-cv-06145-RJB<br><br>DECLARATION OF ELEANOR HAMBURGER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASSWIDE DECLARATORY AND PERMANENT INJUNCTIVE RELIEF, AND AWARD OF INDIVIDUAL NOMINAL DAMAGES TO NAMED PLAINTIFFS<br><br>**Note on Motion Calendar: March 3, 2023** |

I, Eleanor Hamburger, declare under penalty of perjury and in accordance with the laws of the State of Washington and the United States that:

1. I am a partner at Sirianni Youtz Spoonemore Hamburger and am one of the attorneys for plaintiff class in this action.

2. I understand that plaintiffs in the *Wit v. United Behavioral Health* case intend to seek *en banc* review of recent Ninth Circuit panel decision. *Id.,* 2023 U.S. App. LEXIS 2039, at *28 (9th Cir. Jan. 26, 2023).

3. At the Rule 30(b)(6) deposition of Telisa Drake, on behalf of Blue Cross Blue Shield of Illinois, I asked Ms. Drake whether BCBSIL intended to continue to allow

DECLARATION OF ELEANOR HAMBURGER – 1
[Case No. 3:20-cv-06145-RJB]]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303  FAX (206) 223-0246

the ERISA self-funded health plans with which it contracted to exclude gender affirming care. She responded yes. Attached as *Exhibit A* to this declaration is a true and correct excerpt of the Rule 30(b)(6) deposition of Telisa Drake on behalf of BCBSIL, taken on May 13, 2022, reflecting her testimony at p. 165:8-18, with relevant portions highlighted for the Court's convenience.

4. Attached as *Exhibit B* to this declaration is a true and correct copy of a communication Ms. Pritchard received from a representative of BCBSIL regarding her ability to appeal a "non-covered benefit." This document was produced in discovery and used by BCBSIL in Ms. Pritchard's deposition. Relevant portions have been highlighted for the Court's convenience.

5. Attached as *Exhibit C* to this declaration a true and correct copy of the denial letter Ms. Pritchard received after the submission of the internal appeal regarding the denial of C.P.'s pre-service determination of his second Vantas implant and chest surgery. Relevant portions have been highlighted for the Court's convenience and personal identifiers have been redacted.

DATED this 9th day of February, 2023 at Seattle, Washington.

       */s/Eleanor Hamburger*
Eleanor Hamburger (WSBA #26478)
SIRIANNI YOUTZ SPOONEMORE HAMBURGER
3101 Western Avenue, Suite 350
Seattle, WA 98121
Tel. (206) 223-0303; Fax (206) 223-0303
Email: ehamburger@sylaw.com

*Attorneys for Plaintiffs*

DECLARATION OF ELEANOR HAMBURGER – 2
[Case No. 3:20-cv-06145-RJB]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303  FAX (206) 223-0246