# Exhibit A

Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF F WASHINGTON

AT TACOMA

_____

C.P., by and through his parents,   )
Patricia Pritchard and Nolle        )
Pritchard and PATRICIA PRITCHARD,   )
      Plaintiffs,                  )
 vs.                                ) No. 3:20-cv-06145-RJB
BLUE CROSS BLUE SHIELD OF           )
ILLINOIS,                           )
      Defendant.                   )

_____

ZOOM VIDEO DEPOSITION UPON ORAL EXAMINATION

OF

TELISA DRAKE 30(B)(6)

_____

9:30 a.m.

May 13, 2022

REPORTED BY: Pat Lessard, CCR #2104

Telisa Drake 30(B)(6)                                          May 13, 2022

```
                                                              Page 2
 1                    A P P E A R A N C E S
 2
 3    FOR THE PLAINTIFFS:
 4           MS. ELEANOR HAMBURGER
 5           Sirianni, Youtz, Spoonemore & Hamburger
 6           3101 Western Avenue, Suite 350
 7           Seattle, Washington 98121
 8           206.223.0303
 9           ele@sylaw.com
10
11           MR. OMAR GONZALEZ-PAGAN, pro hac vice
12           Lamda Legal Defense and Education Fund
13           120 Wall Street, 19th Floor
14           New York, NY 1005
15           212.809.9585
16           ogonzalez-pagan@lambdalegal.org
17
18           MS. JENNIFER PIZER, pro hac vice
19           Lambda Legal Defense and Education Fund
20           4221 Wilshire Boulevard, Suite 280
21           Los Angeles, CA 90010
22           213.382.7600
23           jpizer@lambdalegal.org.
24
25
```

Telisa Drake 30(B)(6)                                          May 13, 2022

```
                                                                  Page 3
 1
 2                    A P P E A R A N C E S
 3
 4   FOR THE DEFENDANT:
 5         MS. GWENDOLYN PAYTON
 6         MS. STEPHANIE BEDARD
 7         Kilpatrick Townsend
 8         1420 Fifth Avenue, Ste. 3700
 9         Seattle, WA 98101
10         206.467.9600
11         gpayton@kilpatricktownsend.com
12
13
14   ALSO PRESENT:
           WARREN BREY, Videographer
15
16
17
18
19
20
21
22
23
24
25
```

```
 1   some or all gender-affirming health care, including
 2   the CHI plan's exclusion, violated its fiduciary
 3   duties?
 4              This is topic 2.o.
 5              MS. PAYTON:  Object to the form.
 6              You can answer.
 7        A.    No.
 8        Q.    (By Ms. Hamburger)  Does Blue Cross
 9   Blue Shield continue to allow its ASO plans the choice
10   of covering or excluding gender-affirming care?
11              MS. PAYTON:  Object to the form.
12        A.    Yes.
13        Q.    (By Ms. Hamburger)  Does Blue Cross
14   Blue Shield of Illinois intend to stop allowing the
15   ASO plans the choice of covering or excluding
16   gender-affirming care?
17              MS. PAYTON:  Object to the form.
18        A.    No.
19              MS. HAMBURGER:  Can we take five minutes and
20   see where we are?
21              Take a little break.
22              THE VIDEOGRAPHER:  We're now off the record
23   at 1:50 p.m.
24                   (Recess.)
25              THE VIDEOGRAPHER:  I'm sorry, Ms. Hamburger.
```