# Exhibit B

Logout  Pat

Home   My Benefits   My Pay   My Information   My Policies

Open Case          Live Chat

Find an answer

### Closed Requests

| Number: | 20552540 | Question date: | 4/26/2017 1:48 PM |

**Initial Case Question**

Hi, I'm wondering if there's a way to make an appeal to CHI regarding a non covered benefit in our medical insurance.

**Case History:**

| Date | Author | Response |
|---|---|---|
| 4/26/2017 2:15 PM | LITTLE Monique | Hi, I'm Monique and I'm the representative who assisted you today. Per our conversation, you can appeal with Blue Cross Blue Shield for how they process your claim (if you believe it was processed wrong), but there is no way to appeal a non-covered benefit with CHI (and likely not with BCBS). Thank you for calling HR/Payroll Connection. If you have any questions, please don't hesitate to give us a call at 1-844-450-9450. We are available Monday through Friday from 8:00AM to 8:00PM ET. Have a great day! |

NELSON COURT REPORTERS
3/11/22
PRITCHARD EXHIBIT
**9**