# Exhibit C


**BlueCross BlueShield of Illinois**

December 23, 2019

Subscriber: Patricia Pritchard
Group/Sub. No.: ███████████ 3820
Claim No.: Pre-Service Benefit Determination
Appeal ID No.: █████ 0472
Appeal Type: Member's Authorized Representative

Patricia Pritchard
██████████████
Bremerton WA 98310 ████

Phone: (866)776-4244
Fax: (918)551-2011
Email: SDOAppeals@bcbsil.com

Subject: Your appeal request

Dear Patricia Pritchard,

We have your appeal request for the service(s) below.

Based on your plan, our prior response dated April 26, 2018 completed the internal appeal process that is available to you. Please refer to our final decision letter for any additional rights that you may have.

| Appeals Request | Reconsideration of Surgical Procedure | | |
|---|---|---|---|
| Member | C███ P██████ | Provider | Kevin Hatfield, M.D. |
| Service Date(s) | Pre-Service Benefit Determination | Facility | The Polyclinic |
| Initial Decision | This service is not a benefit of the contract (provision is not covered). | Initial Decision Code | 299 |
| Initial Decision Date | April 21, 2017 | Claim Amount | $0.00 |

If you have questions or to request copies, please contact Customer Service at the number above.

Sincerely,

*Shannon H*

Shannon H
Appeals Specialist II

NELSON COURT REPORTERS
3/11/22
PRITCHARD EXHIBIT
43

Page 1 of 2

bcbsil.com
Blue Cross and Blue Shield of Illinois, a Division of Health Care Service Corporation, a Mutual Legal Reserve Company, an Independent Licensee of the Blue Cross and Blue Shield Association
PLA 001416   CONFIDENTIAL
20191224BOAJ3A5
ILAPPEALS
20191223 000147


BlueCross BlueShield of Illinois

December 23, 2019

| | |
|---|---|
| Subscriber: | Patricia Pritchard |
| Group/Sub. No.: | ▓▓▓▓▓8820 |
| Claim No.: | Pre-Service Benefit Determination |
| Appeal ID No.: | ▓▓▓0472 |
| Appeal Type: | Member's Authorized Representative |

Patricia Pritchard
Bremerton WA 98310

Phone: (866)776-4244
Fax: (918)551-2011
Email: SDOAppeals@bcbsil.com

Appeals Department

Cc: The Polyclinic
    Kevin Hatfield MD

Attachment:
IL02.G.UGF.F

Blue Cross and Blue Shield of Illinois, a Division of Health Care Service Corporation, a Mutual Legal Reserve Company, an Independent Licensee of the Blue Cross and Blue Shield Association
bcbsil.com
PLA 001417
CONFIDENTIAL