The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| C.P., by and through his parents, Patricia Pritchard and Nolle Pritchard; and PATRICIA PRITCHARD,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE CROSS BLUE SHIELD OF ILLINOIS,<br><br>Defendant. | NO. 3:20-cv-06145-RJB<br><br>DECLARATION OF PATRICIA PRITCHARD IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASSWIDE DECLARATORY AND PERMANENT INJUNCTIVE RELIEF, AND AWARD OF INDIVIDUAL NOMINAL DAMAGES TO NAMED PLAINTIFFS<br><br>**Note on Motion Calendar:**<br>**March 3, 2023** |

I, Patricia Pritchard, declare under penalty of perjury and in accordance with the laws of the State of Washington and the United States that:

1.   I am over the age of 18 and competent to testify to all matters stated herein. All statements are made upon my personal knowledge.

2.   I am the mother of C.P., the named plaintiff in the above captioned litigation. He receives coverage of health benefits through the Catholic Health Initiatives Medical Plan as administered by Blue Cross Blue Shield of Illinois ("BCBSIL") due to my employment. C.P. received that health coverage for all times relevant to this litigation.

3.   In the near future, C.P. intends to seek additional surgical gender-affirming care as recommended by his medical providers including but not limited to a

DECLARATION OF PATRICIA PRITCHARD – 1
[Case No. 3:20-cv-06145-RJB]]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303  FAX (206) 223-0246

hysterectomy. BCBSIL's continued administration of the gender affirming care exclusion for Catholic Health Initiatives will result in a discrimination against C.P. and others unless it is permanently enjoined.

4. I paid for $12,122.50 in uncovered claims for C.P.'s chest surgery and Vantas implant as a result of BCBSIL's administration of the Exclusion. Those are the compensatory damages I seek in this litigation.

5. C.P.'s pre-service authorization was denied by BCBSIL based upon its administration of the Exclusion. We appealed the pre-service denial, and that appeal was also denied. A true and correct copy of the appeal of the pre-service denial was filed at Dkt. No. 38-13 (redacted to protect C.P.'s identity), and a true and correct copy of BCBSIL's denial of the appeal was filed at Dkt. No. 38-14 (similarly redacted).

6. I did not submit all of C.P.'s post-surgery claims for his chest surgery to BCBSIL because it would have been futile to do so. Nonetheless, some or all of the claims may have been submitted by C.P.'s provider.

DATED this 8 day of February, 2023, at Bremerton, Washington.

_____
Patricia Pritchard

DECLARATION OF PATRICIA PRITCHARD – 2
[Case No. 3:20-cv-06145-RJB]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303 FAX (206) 223-0246