The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| C.P., by and through his parents, Patricia Pritchard and Nolle Pritchard; and PATRICIA PRITCHARD,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE CROSS BLUE SHIELD OF ILLINOIS,<br><br>Defendant. | NO. 3:20-cv-06145-RJB<br><br>DECLARATION OF EMMETT JONES |

I, Emmett Jones, declare under penalty of perjury and in accordance with the laws of the State of Washington and the United States that:

1. I am over the age of 18 and competent to testify to all matters stated herein. All statements are made upon my personal knowledge.

2. I receive my health coverage through the Catholic Health Initiatives Medical Plan ("CHI Plan"), in which I am enrolled through my wife's employer, Catholic Health Initiatives (CHI), also known as CommonSpirit Health.

3. My coverage is administered by Blue Cross Blue Shield of Illinois (BCBSIL). I am enrolled in the Catholic Health Initiatives: Integrated Basic Plan.

DECLARATION OF EMMETT JONES – 1
[Case No. 3:20-cv-06145-RJB]]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303  FAX (206) 223-0246

4. I was told that the Integrated Basic Plan contains an exclusion of coverage related to gender-affirming surgical care, during a conversation with a Blue Cross Blue Shield of Illinois customer service representative. My understanding has been confirmed by my review of the issues in this case.

5. I have been diagnosed with gender dysphoria. I socially transitioned years ago. My drivers license, social security and insurance coverage all reflect my male identity.

6. As part of my treatment for gender dysphoria, my health care providers recommended that I receive chest surgery and reconstruction as a form of gender-affirming care. My treating team, including a mental health counselor, primary care provider and surgeon, all confirmed that chest surgery was medically necessary to treat my gender dysphoria.

7. In advance of the surgery, I contacted BCBSIL where a representative told me that the Plan "does not cover transgender surgery."

8. I received medically necessary chest surgery on May 25, 2023. I paid for the surgery in advance, out of pocket, which was a significant hardship for my family and me. I did so because I had been told by a BCBSIL customer service representative that there is no coverage for gender affirming surgery on my CHI Plan.

9. On or about June 5, 2023, I submitted to BCBSIL an online claim for reimbursement for the surgical procedure and associated services (e.g., anesthesia). As part of submitting the claim, I submitted extensive supporting documentation that demonstrated that I met the clinical requirements utilized by BCBSIL for gender-affirming chest surgery.

10. I received a letter from BCBSIL dated June 27, 2023 that denied my claim for coverage of chest surgery. The letter was unlike other Explanations of Benefits I have

DECLARATION OF EMMETT JONES – 2
[Case No. 3:20-cv-06145-RJB]]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303  FAX (206) 223-0246

received. It was addressed to my surgical provider and stated that BCBSIL had paid me $0 for the claim I submitted. The letter did not give BCBSIL's reason for not paying the claim, nor did it disclose any appeal rights to me.

11. My wife and I also received an Explanation of Benefits (EOB) in the mail. The EOB addressed services billed by my surgical team for services provided on 3/24/2023, 4/13/2023, and 5/08/2023. The EOB indicated that the "Health Plan Responsibility" was $0.00.

12. I am uncertain if the reason for the non-payment was due to my deductible, a need for additional information or the application of the Exclusion in my health plan for gender affirming care. I plan on appealing the denial.

13. I may require additional gender-affirming care and surgery in the future. I want to have coverage for such treatment in the future if it is recommended as medically necessary by my treating providers.

14. I am familiar with the duties and responsibilities of being a named plaintiff/class representative. I have read the class definition as it was proposed by the Plaintiffs and amended by the Court in an Order issued on November 9, 2022, listed as Dkt. No. 113 and . I am willing to be class representative on behalf of other persons in the class similarly situated to myself. If appointed, I will diligently look out for the interests of all class members. I am not aware of any conflict I may have with any proposed class members.

15. I am willing to be a named plaintiff/class representative in this litigation if it would be helpful to the Plaintiff Class.

DATED this _20th_ day of September, 2023, at Tacoma, Washington.



Emmett Jones

DECLARATION OF EMMETT JONES – 3
[Case No. 3:20-cv-06145-RJB]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303  FAX (206) 223-0246