The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| C.P., by and through his parents, Patricia Pritchard and Nolle Pritchard on his own behalf and on behalf of similarly situated others; and PATRICIA PRITCHARD,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE CROSS BLUE SHIELD OF ILLINOIS,<br><br>Defendant. | NO. 3:20-cv-06145-RJB<br><br>NOTICE OF MOTION RE-NOTED<br><br>**Re-note on Motion Calendar:<br>    October 13, 2023** |

TO:          Clerk of the Court

AND TO:   Defendant BCBSIL;

AND TO:   Gwendolyn C. Payton, John R. Neeleman, and Stephanie N. Bedard, KILPATRICK TOWNSEND & STOCKTON LLP, its counsel of record

PLEASE TAKE NOTICE that Plaintiffs have re-noted their Motion for Leave to File a Second Amended Complaint and to Add Parties as Additional Class Representatives to October 13, 2022.

NOTICE OF MOTION RENOTED - 1
[Case No. 3:20-cv-06145-RJB

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303  FAX (206) 223-0246

DATED: September 29, 2023.

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC

 */s/ Eleanor Hamburger*
Eleanor Hamburger (WSBA #26478)
Daniel S. Gross (WSBA #23992)
3101 Western Avenue, Suite 350
Seattle, WA 98121
Tel. (206) 223-0303; Fax (206) 223-0246
Email: ehamburger@sylaw.com
          dgross@sylaw.com

LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
Omar Gonzalez-Pagan, *pro hac vice*
120 Wall Street, 19th Floor
New York, NY 10005
Tel. (212) 809-8585; Fax (212) 809-0055
Email:  ogonzalez-pagan@lambdalegal.org

Jennifer C. Pizer, *pro hac vice*
4221 Wilshire Boulevard, Suite 280
Los Angeles, California 90010
Tel. (213) 382-7600; Fax (213) 351-6050
Email:  jpizer@lambdalegal.org

*Attorneys for Plaintiffs*

NOTICE OF MOTION RENOTED - 2
[Case No. 3:20-cv-06145-RJB

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303  FAX (206) 223-0246