HONORABLE JUDGE ROBERT J. BRYAN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

C. P., by and through his parents, Patricia Pritchard and Nolle Pritchard; and PATRICIA PRITCHARD,

Plaintiff,

vs.

BLUE CROSS BLUE SHIELD OF ILLINOIS,

Defendants.

Case No. 3:20-cv-06145-RJB

**DECLARATION OF SUZANNE LIVORSI IN SUPPORT OF BLUE CROSS BLUE SHIELD OF ILLINOIS'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND TO ADD PARTIES AS ADDITIONAL CLASS REPRESENTATIVES**

**NOTE ON MOTION CALENDAR: OCTOBER 6, 2023**

Pursuant to 28 U.S.C. § 1746, I, Suzanne Livorsi, hereby declare as follows:

1. I am an employee of Health Care Service Corporation, a Mutual Legal Reserve Company, which does business as Blue Cross Blue Shield of Illinois ("BCBSIL"). I have worked as a Sr. Project Coordinator at BCBSIL for 6 years. I have personal knowledge or knowledge based on records and information available to me of the facts contained in this affidavit and, if called to testify in this matter, I could competently testify to each of the facts set forth herein.

2. Based on BCBSIL's review of the claims data for Emmett Jones, BCBSIL does not have any record of any denial for treatment or procedure based on a gender-affirming care exclusion.

DECLARATION OF SUZANNE LIVORSI IN SUPPORT OF BLUE CROSS BLUE SHIELD OF ILLINOIS'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND TO ADD ADDITIONAL PARTIES AS CLASS REPRESENTATIVES – 1

**KILPATRICK TOWNSEND & STOCKTON LLP**
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713  FAX: (206) 260-8946

3. Mr. Jones does not have any appeals pertaining to denials for medical necessity or plan exclusions and Mr. Jones does not have any prior authorization requests or denials of prior authorization requests.

4. I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

DATED this 6th day of October 2023, at Aurora, Illinois.

*[signature]*
Suzanne Livorsi

DECLARATION OF SUZANNE LIVORSI IN SUPPORT OF
BLUE CROSS BLUE SHIELD OF ILLINOIS'S OPPOSITION TO PLAINTIFFS'
MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND TO
ADD ADDITIONAL PARTIES AS CLASS REPRESENTATIVES – 2

**KILPATRICK TOWNSEND & STOCKTON LLP**
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713  FAX: (206) 260-8946

# CERTIFICATE OF SERVICE

I certify that on the date indicated below I electronically filed the foregoing, DECLARATION OF SUZANNE LIVORSI IN SUPPORT OF BLUE CROSS BLUE SHIELD OF ILLINOIS'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND TO ADD PARTIES AS ADDITIONAL CLASS REPRESENTATIVES with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Eleanor Hamburger
SIRIANNI YOUTZ SPOONEMORE HAMBURGER
3101 WESTERN AVENUE STE 350
SEATTLE, WA 98121
206-223-0303
Fax: 206-223-0246
Email: ehamburger@sylaw.com

Jennifer C Pizer
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
4221 WILSHIRE BLVD., STE 280
LOS ANGELES, CA 90010
213-382-7600
Email: jpizer@lambdalegal.org

Omar Gonzalez-Pagan
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC. (NY)
120 WALL STREET
19TH FLOOR
NEW YORK, NY 10005
212-809-8585
Email: ogonzalez-pagan@lambdalegal.org

DATED this October 10, 2023.

**Kilpatrick, Townsend & Stockton LLP**

By: */s/ Gwendolyn C. Payton*
Gwendolyn C. Payton, WSBA #26752
gpayton@kilpatricktownsend.com

*Counsel for Defendant Health Care Service Corporation, a Mutual Legal Reserve Company, doing business in Illinois as Blue Cross and Blue Shield of Illinois*

CERTIFICATE OF SERVICE – 3

**KILPATRICK TOWNSEND & STOCKTON LLP**
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713 FAX: (206) 260-8946