UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| C. P., by and through his parents, Patricia Pritchard and Nolle Pritchard, individually and on behalf of others similarly situated; and PATRICIA PRITCHARD, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE CROSS BLUE SHIELD OF ILLINOIS,<br><br>Defendant. | CASE NO. 3:20-cv-06145-RJB<br><br>ORDER RE: ORAL ARGUMENT |

This matter comes before the Court in advance of the parties' oral argument set for 29 November, 2023. The Court has considered the pending motions (Dkts. 153 and 156) and is fully advised.

Oral argument will be for 90 minutes, for a total of 45 minutes per side. The Defendant will begin with argument on its motion to decertify the class and the Plaintiffs will follow with their response and argument on their motion for partial relief, and Defendants will respond.

ORDER RE: ORAL ARGUMENT - 1

The parties should further be prepared to discuss whether the class should be split into two classes: one class that is entitled to prospective relief only ("are or will be") and a second class that is entitled to retrospective relief ("have been"). *See* ¶1 of class. The parties should discuss whether there is any reason why the classes should not be divided and whether such a change would result in changes of proof. The parties should address whether the classes should be further limited to those claimants who were denied benefits, in writing, solely due to the exclusion.

The parties should also briefly address procedure on the named Plaintiffs' damages claims.

**IT IS SO ORDERED**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 20th day of November, 2023.

ROBERT J. BRYAN
United States District Judge

ORDER RE: ORAL ARGUMENT - 2