UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| C. P., by and through his parents, Patricia Pritchard and Nolle Pritchard, S.L., by and through her parents, S.R. and R.L.; EMMETT JONES, individually and on behalf of others similarly situated; and PATRICIA PRITCHARD, individually,<br><br>Plaintiffs,<br>v.<br><br>BLUE CROSS BLUE SHIELD OF ILLINOIS,<br><br>Defendant. | CASE NO. 3:20-cv-06145-RJB<br><br>ORDER AMENDING SECOND AMENDED ORDER CERTIFYING CLASS |

This matter comes before the Court *sua sponte* on review of the record. The Court has reviewed the record and is advised.

On December 4, 2023, the Court issued the Second Amended Order Certifying Class. Dkt. 203. That order contained two scrivener's errors:

Page 2, line 5 and part of line 6, should read, with the changes in bold, that "On December **21,** 2022, the Plaintiffs' motion for summary judgment was granted. Dkt. 14**8**."

ORDER AMENDING SECOND AMENDED ORDER CERTIFYING CLASS - 1

Page 2, line 9-10 should read, with changes in bold, "on October 20, 2023, the Amended Complaint (Dkt. 189) was filed which added **S.L**, **by and through her parents S.R. and R.L.**, and Emmett Jones as named plaintiffs."

The Second Amended Order Certifying Class (Dkt. 203) should be amended with those changes.

**IT IS SO ORDERED**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 6th day of December, 2023.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge