UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| C. P., by and through his parents, Patricia Pritchard and Nolle Pritchard, S.L., by and through her parents, S.R. and R.L.; EMMETT JONES, individually and on behalf of others similarly situated; and PATRICIA PRITCHARD, individually,<br><br>                Plaintiffs,<br>     v.<br><br>BLUE CROSS BLUE SHIELD OF ILLINOIS,<br><br>                Defendant. | CASE NO. 3:20-cv-06145-RJB<br><br>SUPPLEMENTAL ORDER TO THE ORDER ON PLAINTIFFS' MOTION FOR CLASSWIDE RELIEF AND FOR NOMINAL DAMAGES |

The following issues require further input from counsel.

**Notices.** Counsel should prepare proposed notices, contents and methods of distribution, and meet and confer to attempt to reach agreement and should then provide agreements, if any, to the Court. Alternatively, counsel may provide issues remaining for the Court to resolve, all before February 1, 2024.

SUPPLEMENTAL ORDER TO THE ORDER ON PLAINTIFFS' MOTION FOR CLASSWIDE RELIEF AND FOR NOMINAL DAMAGES - 1

**Other Relief Issues.** At the November 29, 2023, hearing, the Plaintiffs' counsel seemed to indicate that the named Plaintiffs were now only seeking class wide relief. By January 12, 2024, the Plaintiffs should be ordered to clarify, in writing, on the record, whether they are abandoning their individual claims for damages, without prejudice to reprocessing claims. The Plaintiffs make a claim for attorneys' fees and costs in their Amended Complaint. Other than those claims, the Plaintiffs should also clarify what relief issues, if any, remain.

IT IS SO ORDERED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 19th day of December, 2023.

*[signature]*

ROBERT J. BRYAN
United States District Judge

SUPPLEMENTAL ORDER TO THE ORDER ON PLAINTIFFS' MOTION FOR CLASSWIDE RELIEF AND FOR NOMINAL DAMAGES - 2