

Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000



FILED

DEC 22 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

| | |
|---|---|
| Docket Number: | 23-4331 |
| Originating Case Number: | 3:20-cv-06145-RJB |
| Short Title: | Pritchard, et al. v. Blue Cross Blue Shield of Illinois |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

Docket Number:            23-4331
Originating Case Number:  3:20-cv-06145-RJB

Case Title:               Pritchard, et al. v. Blue Cross Blue Shield of Illinois

**Wednesday, December 27, 2023**
Blue Cross Blue Shield of Illinois            Mediation Questionnaire due

**Wednesday, January 3, 2024**
Blue Cross Blue Shield of Illinois            Appeal Transcript Order Due

**Friday, February 2, 2024**
Blue Cross Blue Shield of Illinois            Appeal Transcript Due

**Wednesday, March 13, 2024**
Blue Cross Blue Shield of Illinois            Appeal Opening Brief Due

**Friday, April 12, 2024**
Patricia Pritchard                            Appeal Answering Brief Due
Nolle Pritchard                               Appeal Answering Brief Due
S.R.                                          Appeal Answering Brief Due
R.L.                                          Appeal Answering Brief Due
Emmett Jones                                  Appeal Answering Brief Due

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.2. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal.  See 9th Cir. R. 42-1.**