THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| C. P., by and through his parents, Patricia Pritchard and Nolle Pritchard; *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE CROSS BLUE SHIELD OF ILLINOIS,<br><br>Defendant. | NO. 3:20-cv-06145-RJB<br><br>ORDER GRANTING STIPULATION RE: ADMINISTRATIVE STAY AND BRIEFING SCHEDULE ON DEFNDANT'S MOTION FOR STAY (DKT. NO. 210). |

THIS MATTER having come before the below-signed Judge of the above-entitled Court upon the Stipulated Motion Regarding Administrative Stay and Briefing Schedule on BCBSIL's Motion for Stay and the Court having considered the Stipulation and the pleadings in this matter, and it appearing to be in the best interest of the case, therefore,

IT IS HEREBY ORDERED that the Stipulated Motion Regarding Administrative Stay and Briefing Schedule on BCBSIL's Motion for Stay is GRANTED.

The Court's injunctive order dated December 20, 2023 (Dkt. No. 207) is administratively stayed until BCBSIL's Motion to Stay is determined by the Court.

ORDER GRANTING STIPULATION RE: ADMINISTRATIVE STAY AND BRIEFING SCHEDULE ON DEFNDANT'S MOTION FOR STAY – 1
[Case No. 3:20-cv-06145-RJB]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246

Further, the noting date of BCBSIL's Motion to Stay is changed to January 12, 2024, and the Class's responsive briefing is due on January 8, 2024.

DATED this 27th day of December, 2023.

*Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

ORDER GRANTING STIPULATION RE:
ADMINISTRATIVE STAY AND BRIEFING SCHEDULE
ON DEFNDANT'S MOTION FOR STAY – 2
[Case No. 3:20-cv-06145-RJB]

Sirianni Youtz
Spoonemore Hamburger pllc
3101 Western Avenue, Suite 350
Seattle, Washington 98121
Tel. (206) 223-0303   Fax (206) 223-0246