The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| C. P., by and through his parents, Patricia Pritchard and Nolle Pritchard; S.L. by and through her parents, S.R. and R.L.; EMMETT JONES, each individually and on behalf of similarly situated others; and PATRICIA PRITCHARD, individually,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE CROSS BLUE SHIELD OF ILLINOIS,<br><br>Defendant. | NO. 3:20-cv-06145-RJB<br><br>STIPULATION and Order Re: Briefing Deadlines for Plaintiffs' Motions for an Award of Attorneys Fees and Litigation Costs, and for Case Contribution Awards<br><br>**Noted for Consideration:**<br>**January 29, 2024** |

## I. STIPULATION

The parties, by and through their counsel, stipulate as follows:

1. The deadlines established by the Court in Dkt. No. 222 for the Plaintiffs to file any motions for an award of attorneys' fees and costs and for case contribution awards to be made to the class representatives, as well as any deadlines for the parties to file responses and replies thereto shall be stricken.

2. Within 30 days of the case being remanded to this Court by the Ninth Circuit Court of Appeals after the disposition of the appeal in this matter, the parties

---

STIPULATION AND ORDER RE: BRIEFING DEADLINES – 1
[Case No. 3:20-cv-06145-RJB]

1  shall meet and confer and submit to this Court either:  (a) a joint proposal for the
2  establishment of new deadlines for the briefing of those motions, or, if no agreement is
3  possible; (b) their respective proposals for a briefing schedule. The Court shall then set a
4  new briefing schedule as appropriate.
5    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.
6    DATED: January 29, 2024.

| | |
|---|---|
| KILPATRICK TOWNSEND<br>& STOCKTON LLP | SIRIANNI YOUTZ<br>SPOONEMORE HAMBURGER PLLC |
|  /s/ *Gwendolyn C. Payton*<br>Gwendolyn C. Payton (WSBA #26752)<br>John R. Neeleman (WSBA #19752)<br>Stephanie N. Bedard, *pro hac vice* |  /s/ *Eleanor Hamburger*<br>Eleanor Hamburger (WSBA #26478)<br>Richard E. Spoonemore (WSBA #21833)<br>Daniel S. Gross (WSBA #23992) |
| Attorneys for Defendant<br>Blue Cross Blue Shield of Illinois | LAMBDA LEGAL DEFENSE AND<br>EDUCATION FUND, INC. |
| |  /s/ *Omar Gonzalez-Pagan*<br>Omar Gonzalez-Pagan, *pro hac vice*<br>Jennifer C. Pizer, *pro hac vice* |
| | Attorneys for Plaintiffs |

STIPULATION AND ORDER RE: BRIEFING DEADLINES – 2
[Case No. 3:20-cv-06145-RJB]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246

## II.  ORDER

Pursuant to the Stipulation by all parties, IT IS SO ORDERED that:

1. The deadlines established by the Court in Dkt. No. 222 for the Plaintiffs to file any motions for an award of attorneys' fees and costs, and for case contribution awards to be made to the class representatives, as well as any deadlines for the parties to file responses and replies thereto are stricken.

2. Within 30 days of the case being remanded to this Court by the Ninth Circuit Court of Appeals after the disposition of the appeal in this matter, the parties shall meet and confer and submit to this Court either:  (a) a joint proposal for the establishment of new deadlines for the briefing of those motions, or, if no agreement is possible; (b) their respective proposals for a briefing schedule. The Court shall then set a new briefing schedule as appropriate.

DATED this 29th day of January, 2024.

_____
ROBERT J. BRYAN
United States District Judge

Presented by:

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC

  /s/ Eleanor Hamburger
Eleanor Hamburger (WSBA # 26478)
Richard E. Spoonemore (WSBA #21833)
Daniel S. Gross (WSBA #23992)

LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.

  /s/ Omar Gonzalez-Pagan
Omar Gonzalez-Pagan, *pro hac vice*
Jennifer C. Pizer, *pro hac vice*

Attorneys for Plaintiffs

STIPULATION AND ORDER RE: BRIEFING DEADLINES – 3
[Case No. 3:20-cv-06145-RJB]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246