UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 7 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PATRICIA PRITCHARD, as parent on behalf of minor C.P.; et al.,<br><br>   Plaintiffs - Appellees,<br><br> v.<br><br>BLUE CROSS BLUE SHIELD OF ILLINOIS,<br><br>   Defendant - Appellant. | No. 23-4331<br><br>D.C. No.<br>3:20-cv-06145-RJB<br><br>Western District of Washington, Tacoma<br><br>MANDATE |

 The judgment of this Court, entered November 17, 2025, takes effect this date.

 This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

            FOR THE COURT:

            MOLLY C. DWYER
            CLERK OF COURT