The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| C. P., by and through his parents, Patricia Pritchard and Nolle Pritchard; S.L. by and through her parents, S.R. and R.L.; EMMETT JONES, each individually and on behalf of similarly situated others; and PATRICIA PRITCHARD, individually,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE CROSS BLUE SHIELD OF ILLINOIS,<br><br>Defendant. | No. 3:20-cv-06145-DGE<br><br>STIPULATED MOTION FOR EXTENSION OF JOINT STATUS REPORT DEADLINE<br><br>**Note on Motion Calendar:**<br>**February 9, 2026** |

On January 7, 2026 the Mandate in this case issued, and on January 29, 2026, the Court ordered that a Joint Status Report from the parties be filed by February 13, 2026.

The parties' counsel have met and conferred regarding the status of the case and are in active discussions regarding the best way to proceed to resolve the litigation. However, they each need additional time to consult with their clients and further engage with each other to determine the remaining issues for trial, the appropriate method for resolving those remaining issues, and if any resolution of this dispute is possible. The

STIPULATED MOTION FOR EXTENSION OF JOINT STATUS REPORT DEADLINE– 1
[Case No. 3:20-cv-06145-DGE]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246

parties agree that an additional month would allow them to reach agreement on the most appropriate path forward in this litigation.

Respectfully, the parties request that the deadline for providing a Joint Status Report be extended to March 13, 2026.

DATED: February 6, 2026.

*I certify that the foregoing contains 142 words, in compliance with the Local Civil Rules.*

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC

 s/ *Eleanor Hamburger*
Eleanor Hamburger (WSBA #26478)
Daniel S. Gross (WSBA #23992)
3101 Western Avenue, Suite 350
Seattle, WA 98121
Tel. (206) 223-0303; Fax (206) 223-0246
Email: ehamburger@sylaw.com
          dgross@sylaw.com

LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.

 s/ *Omar Gonzalez-Pagan*
Omar Gonzalez-Pagan (*pro hac vice*)
120 Wall Street, 19th Floor
New York, NY 10005
Tel. (212) 809-8585; Fax (212) 809-0055
Email: ogonzalez-pagan@lambdalegal.org

Jennifer C. Pizer (*pro hac vice*)
4221 Wilshire Boulevard, Suite 280
Los Angeles, CA 90010
Tel. (213) 382-7600; Fax (213) 351-6050
Email: jpizer@lambdalegal.org

***Attorneys for Plaintiffs and the Class***

STIPULATED MOTION FOR EXTENSION OF JOINT
STATUS REPORT DEADLINE– 2
[Case No. 3:20-cv-06145-DGE]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246

KILPATRICK TOWNSEND & STOCKTON LLP

 /s/ Gwendolyn C. Payton
Gwendolyn C. Payton, WSBA No. 26752
John R. Neeleman, WSBA No. 19752
Stephanie N. Bedard, *Pro Hac Vice*
1420 Fifth Ave., Suite 3700
Seattle, WA 98101
Tel. (206) 626-7714; Fax (206) 623-6793
gpayton@ktslaw.com
jneeleman@ktslaw.com
sbedard@ktslaw.com

*Counsel for Blue Cross Blue Shield of Illinois*

STIPULATED MOTION FOR EXTENSION OF JOINT STATUS REPORT DEADLINE– 3
[Case No. 3:20-cv-06145-DGE]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246