HONORABLE JUDGE DAVID G. ESTUDILLO

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

C. P., by and through his parents, Patricia Pritchard and Nolle Pritchard; S.L. by and through her parents, S.R. and R.L.; EMMETT JONES, each individually and on behalf of similarly situated others; and PATRICIA PRITCHARD, individually,

Plaintiffs,

vs.

BLUE CROSS BLUE SHIELD OF ILLINOIS,

Defendant.

**No. 3:20-cv-06145-DGE**

**DECLARATION OF GWENDOLYN C. PAYTON IN SUPPORT OF BLUE CROSS BLUE SHIELD OF ILLINOIS'S MOTION FOR SUMMARY JUDGMENT AND MOTION TO AMEND THE CLASS CERTIFICATION ORDER TO EXCLUDE THE NINTH CIRCUIT'S REMAND ISSUES**

**NOTE ON MOTION CALENDAR: SEPTEMBER 11, 2026**

Pursuant to 28 U.S.C. § 1746, I, Gwendolyn C. Payton, hereby declare as follows:

1. I am an attorney with Kilpatrick Townsend & Stockton LLP in Seattle, Washington. I am counsel of record for Defendant Blue Cross Blue Shield of Illinois ("BCBSIL"). I have personal knowledge of the facts set forth in this declaration.

2. This declaration is filed in support of BCBSIL's Motion for Summary Judgment and Motion to Amend the Class Certification Order to Exclude the Ninth Circuit's Remand Issues, filed herewith.

3. Attached as **Exhibit A** is a true and correct copy of named Plaintiff S.L.'s request for coverage for a Lupron puberty blocker, produced as BCBSIL_CP_0023622-26 and with



KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713 FAX: (206) 260-8946

redactions for S.L.'s personal health information, stating that the only diagnosis code submitted to BCBSIL for S.L.'s claim was "F64.2 – Gender identity disorder of childhood."

4. Attached as **Exhibit B** is a true and correct copy of named Plaintiff S.L.'s request for coverage for a Supprelin implant, produced as BCBSIL_CP_0023627-31 and with redactions for S.L.'s personal health information, stating that the only diagnosis code submitted to BCBSIL for S.L.'s claim was "F64.2 – Gender identity disorder of childhood."

5. Attached as **Exhibit C** is a true and correct copy of an excerpt of the June 2, 2022 Zoom Video Deposition Upon Oral Examination of BCBSIL 30(b)(6) witness Kim Reed.

6. Attached as **Exhibit D** is a true and correct copy of an excerpt of the May 13, 2022 Zoom Video Deposition Upon Oral Examination of BCBSIL 30(b)(6) witness Telisa Drake.

7. Attached as **Exhibit E** is a true and correct copy of an excerpt of the September 9, 2022 Zoom Video Deposition Upon Oral Examination of BCBSIL witness Lawton Burns.

8. I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

DATED this 14th day of August, 2026, at Seattle, Washington.

*<u>/s/ Gwendolyn C. Payton</u>*
Gwendolyn C. Payton



**KILPATRICK TOWNSEND & STOCKTON LLP**
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713 FAX: (206) 260-8946

**CERTIFICATE OF SERVICE**

I certify that on the date indicated below I electronically filed the foregoing, DECLARATION OF GWENDOLYN C. PAYTON IN SUPPORT OF BLUE CROSS BLUE SHIELD OF ILLINOIS'S MOTION FOR SUMMARY JUDGMENT AND MOTION TO AMEND THE CLASS CERTIFICATION ORDER TO EXCLUDE THE NINTH CIRCUIT'S REMAND ISSUES with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Eleanor Hamburger
SIRIANNI YOUTZ SPOONEMORE HAMBURGER
3101 WESTERN AVENUE STE 350
SEATTLE, WA 98121
206-223-0303
Fax: 206-223-0246
Email: ehamburger@sylaw.com

Jennifer C Pizer
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
4221 WILSHIRE BLVD., STE 280
LOS ANGELES, CA 90010
213-382-7600
Email: jpizer@lambdalegal.org

Omar Gonzalez-Pagan
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC. (NY)
120 WALL STREET
19TH FLOOR
NEW YORK, NY 10005
212-809-8585
Email: ogonzalez-pagan@lambdalegal.org

DATED this August 14, 2026.

**Kilpatrick, Townsend & Stockton LLP**

By: *\/s/ Gwendolyn C. Payton*
Gwendolyn C. Payton, WSBA #26752
gpayton@ktslaw.com

*Counsel for Blue Cross and Blue Shield of Illinois*



KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713 FAX: (206) 260-8946