# EXHIBIT E

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF F WASHINGTON

AT TACOMA

---

C.P., by and through his parents, )
Patricia Pritchard and Nolle )
Pritchard and PATRICIA PRITCHARD, )
Plaintiffs, )
vs. ) No. 3:20-cv-06145-RJB
BLUE CROSS BLUE SHIELD OF )
ILLINOIS, )
Defendant. )

---

ZOOM VIDEO DEPOSITION UPON ORAL EXAMINATION

OF

LAWTON BURNS

---

9:54 a.m.

September 9, 2022

REPORTED BY: Pat Lessard, CCR #2104

Do you see that?
A. Yes, I do.
Q. Can you explain what you were asked to do in paragraph 13?
A. Well, to be honest I'm not sure what the missing word is because I wrote this a while ago. But you're right, there's a word missing there.
The question is whether Blue Cross and Blue Shield's exercising what the employer wants to do in terms of designs that either input or exclude gender-affirming care, what will be the effect of that on employers and consumers.
So it's Blue Cross and Blue Shield is basically following the plan design of the ERISA health plan sponsor here, administering those plans in the various designs that the sponsor has come up with.
Those designs can include or exclude gender-affirming care and the question is, you know, what effects will that have on employers and consumers.
Q. Are you aware of whether plan designs by employers must comply with certain state and federal laws?
MS. PAYTON: Object to the form of the question. Calls for a legal conclusion.

But what I was trying to state was I know that there are plans offered by the same employer that have with or without coverage. People can really choose which of those options they prefer, so they're not harmed.

Q. Do you believe that all 398 plans that have an exclusion of gender-affirming care that are administered by Blue Cross Blue Shield of Illinois offer an alternative plan to their enrollees that would cover it?

A. I don't know. I haven't looked at all 398 plans.

Q. Okay. Did you look at the Catholic Health Initiatives' Summary Plan Description?

A. Here again, I received some documentation on Catholic Health Initiatives but I don't recall what it says.

Q. Are you aware that Catholic Health Initiatives did not provide an alternative plan that would allow the plaintiff in this matter, C.P., to have access to gender-affirming care?

A. I don't know. I am aware that Catholic Health Initiatives is a Catholic organization and on religious grounds it didn't want to cover the specific benefit.

C E R T I F I C A T E

STATE OF WASHINGTON )
) ss.
COUNTY OF KING )

I, the undersigned Washington Certified Court Reporter, hereby certify that the foregoing deposition upon oral examination of LAWTON BURNS was taken stenographically by me on September 9, 2022, and transcribed under my direction;

That the witness was duly sworn by me pursuant to RCW 5.28.010 to testify truthfully; that the transcript of the deposition is a full, true, and correct transcript to the best of my ability; that I am neither attorney for nor relative or employee of any of the parties to the action or any attorney or counsel employed by the parties hereto, nor am I financially interested in its outcome.

I further certify that in accordance with CR 30(e) the witness was given the opportunity to examine, read and sign the deposition within 30 days upon its completion and submission, unless waiver of signature was indicated in the record.

IN WITNESS WHEREOF, I have hereunto set my hand this 15th day of September, 2022.

------------------------
Pat Lessard,
pat@court-reporter.com