The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

C. P., by and through his parents, Patricia Pritchard and Nolle Pritchard; S.L. by and through her parents, S.R. and R.L.; EMMETT JONES, each individually and on behalf of similarly situated others; and PATRICIA PRITCHARD, individually,

Plaintiffs,

v.

BLUE CROSS BLUE SHIELD OF ILLINOIS.,

Defendant.

NO. 3:20-cv-06145-DGE

**NOTICE OF APPEARANCE**

**TO:**   The Clerk of the Court

**TO:**   All Parties and their Counsel of Record

PLEASE TAKE NOTICE that, effectively immediately, Jeremiah Miller, of Sirianni Youtz Spoonemore Hamburger PLLC, 3101 Western Avenue, Suite 350, Seattle, Washington, 98121, tel. (206) 223-0303, email: jmiller@sylaw.com, hereby appears as an additional attorney of record for Plaintiffs Patricia Pritchard and Nolle Pritchard; S.L. by and through her parents, S.R. and R.L.; EMMETT JONES, each individually and on

NOTICE OF APPEARANCE – 1
(Case No. 3:20-cv-06145-DGE)

behalf of similarly situated others; and PATRICIA PRITCHARD, individually.  You are directed to serve all future pleadings and papers, except process, on the undersigned, along with all other attorneys who have previously appeared on behalf of Plaintiffs

DATED: August 14, 2026.

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC

 /s/ Jeremiah Miller
Jeremiah Miller (WSBA #40949)
3101 Western Avenue, Suite 350
Seattle, WA 98121
Tel. (206) 223-0303
Email: jmiller@sylaw.com

***Attorneys for Plaintiffs***

NOTICE OF APPEARANCE – 2
(Case No. 3:20-cv-06145-DGE)

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON  98121
TEL. (206) 223-0303   FAX (206) 223-0246