# EXHIBIT A

Records / Smart UM Requests

Summary View Request Request History Intake Details News Related Actions

## Summary

| | | | |
|---|---|---|---|
| **Smart UM Req. ID** | U22048CCON | **Latest Review Status** | Approve |
| **Intake Type** | Caller | **Owner** | Chris Sandoval |
| **Request Stage** | Assigned to Technician | **TAT Expiration** | Mar 4, 2022 11:59 PM |
| **Member Name** | [redacted] | **Transaction Type** | Medical Outpatient |
| **Member Date of Birth** | [redacted] | **Treatment Setting** | Providers Office |
| **Member Age** | [redacted] | **Network Determination** | In |
| **Gender** | F | **Primary Diagnosis** | F64.2 - Gender identity disorder of childhood |
| **Subscriber Id** | [redacted] | **Primary Procedure** | J1950 - Injection, leuprolide acetate (for depot suspension), per 3.75 mg |
| **Group Id** | P17192 | **BH Coverage Information** | Core Inpatient / Outpatient |
| **Section Number** | | | |
| **Plan Name** | SENTINEL TECHNOLOGIES 017192 | | |
| **Start of Care** | 2/17/2022 | | |

Member Clinical Snapshot

Collapse All -

## Member Information

[redacted] has 2 policies

Please select a policy below to view the information in Member Section

| Subscriber ID | Policy | Group | LOB | Effective Date | End Date | Product | Vie Pol |
|---|---|---|---|---|---|---|---|
| [redacted] | Primary | P17192 | PPO | 1/1/2022 | 12/31/9999 | PHYSICIAN PPO | |
| [redacted] | Secondary | 719268 | | 1/1/2022 | 12/31/9999 | PPO DENTAL | |

## Member Information for [redacted]

| | | | |
|---|---|---|---|
| **Name** | [redacted] | **LOB** | PPO |
| **Subscriber ID** | [redacted] | **Business Type** | Group |
| **Member ID** | [redacted] | **Market Segment** | LG |
| **Date of Birth** | [redacted] | **Network** | PPO |
| **Gender** | F | **Group ID** | P17192 |
| **Client Code** | IL | **Section Number** | 0100 |
| **Secure Group** | No | **Plan Name** | SENTINEL TECHNOLOGIES 017192 |
| **Coverage Start** | 1/1/2022 | **Funding Type** | ASO |
| **Coverage End** | 12/31/9999 | **Package** | WENA - Enable |
| **Medicare Primary** | No | **Options Purchased** | Core Inpatient / Outpatient<br>EXPO - Selected Outpatient<br>IZRO - WCCM Zero Pend<br>SRU - Specialty Pharmacy |
| **Policy Type** | WBM | **Source System** | BLUESTAR |
| **Address** | [redacted] | **BH Coverage Information** | Core Inpatient / Outpatient |

## Documents

## Machinify

Refresh Grid

| Document Status | Date Received | Type | Read Timestamp |
|---|---|---|---|
| No documents found in Machinify | | | |

## ECM Document Viewer

*Your browser must not be in 'Privacy' or 'Incognito' mode to view documents*

ECM FAX DOC | IMAGEPLUS - ILLINOIS | SMART UM | IEXCHANGE | BHU NON-CLAIM | MRU SCANNED PHOTOGRAPHS | PHARMACY NM | AVAILITY

## Fax Notifications

**Group/Subscriber ID** *P17192*[redacted]

| Created On | Notified Date/Time | Type | Folder Details | Document ID | Notes | Read Timestamp |
|---|---|---|---|---|---|---|
| No clinicals have been indexed for this request | | | | | | |

## Request Details

**Treatment Setting**
Providers Office

**Treatment Type**
Medical

**Start of Care**
Feb 17, 2022

☐ Continuity of Care

**Intake Urgency**
Elective

**Clinical Urgency**
Non Urgent Prospective

**Notified Date/Time** *
Feb 17, 2022 1:56 PM

**Notify date change reason**

## Previous Requests

**Book of Business**

SRU

**Category**

Smart UM

**Previous Requests for** [redacted]

| Request ID | Status | Service Start Date | Service End Date | Provider / Facility | Transaction Type | Treatment Setting | Treatment Type | Created | Owner | Request Stage | Disposition | Inquiry Type | Select Request |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No items available | | | | | | | | | | | | | |

## Provider Information

Search for Providers Alternatives

## Diagnosis Information

### Diagnosis Information

| Diagnosis Code | Primary | Admitting | Description | IRL |
|---|---|---|---|---|
| F64.2 | ✓ | | Gender identity disorder of childhood | |

## Service Information

| Service Code | Primary | Description | Preferred Product | BITS | Px Details | |
|---|---|---|---|---|---|---|
| J1950 | ✓ | Injection, leuprolide acetate (for depot suspension), per 3.75 mg | N/A | | ✓ | View |
| 96372 | | Therapeutic, prophylactic, or diagnostic injection (specify substance or drug); subcutaneous or intramuscular | N/A | | ✓ | View |

## Clinical Information

View Health Summary

WellSky

## MCG Health

Get Episode Details

### Discharge Planning

**Is Discharge Plan Available?**

☐ Yes

## Program Referral

| Date Entered | Entered By | Type | Priority | Notes | | Delete |
|---|---|---|---|---|---|---|
| This Request has no associated program referrals. | | | | | | |

## Program History

*Get program history*

## Review Results

**Status**

Approve

**Status Reason Description**

Criteria Met

**Precert Penalty**

1 UM/BH and EIU Pay Phy and Fac Per Network Status

**Disposition**

Auto-Close

## Review Outcomes

**Approved - 2 Denied - 0 Pended - 0 Voided - 0**

**Service J1950**

Injection, leuprolide acetate (for depot suspension), per 3.75 mg

| Type | From Date | Through Date | Status | Status Reason Description | Units |
|---|---|---|---|---|---|
| Initial Request | 2/17/2022 | 5/24/2022 | Approve | Criteria Met | 2 |

**Approved - 2 Denied - 0 Pended - 0 Voided - 0**

**Service 96372**

Therapeutic, prophylactic, or diagnostic injection (specify substance or drug); subcutaneous or intramuscular

| Type | From Date | Through Date | Status | Status Reason Description | Units |
|---|---|---|---|---|---|
| Initial Request | 2/17/2022 | 5/24/2022 | Approve | Criteria Met | 2 |

## UR Contact Info

| Contact Name | Telephone | Fax |
|---|---|---|

View Follow-up | View Member Outcome | View Interaction Activity

Add New Note

**Request Notes** (Sort by Date Entered ↓)

**4/12/2022 11:01 AM CDT • Request Note • Stephanie Blea • Sup Pharmacy Programs**

Provider is going to start the Supprelin on 05/24/2022 U22048CDGF

**2/22/2022 3:38 PM CST • Request Note • Chris Sandoval • Pharmacy Operations Rep**
**Updated approval note**

Request approved for J1950 - Lupron 11.25 mg every 3 months for 6 months (total of 2 doses).
Per current clinic notes (dated 12/14/2021) the member;
1. has the following diagnosis: F64.2 - Gender identity disorder of childhood.
This appears to meet criteria per Blue Cross Blue Shield Illinois Medical Policy RX501.041 (Gonadotropin-Releasing Hormone (GnRH) Agonists and Antagonists) or SUR717.001 (Gender Assignment Surgery and Gender Reassignment Surgery with Related Services) or RX502.061 Oncology Medications.
Approve per SRU pharmacist Lori Zamarripa, Pharm D. Auth# U22048CCON DOS 02/17/2022 - 08/17/2022

Letter sent

Phone call notes Inbound
Person: Bret
Title: n/a
Location: Providers office
Phone number: 503-418-2764
Regarding: Lupron or Supprelin La
Response: Need to continue on Lupron until they can get member set up for Supprelin LA. They won't start the Supprelin process until they have an approval on file and once they do it can take up to 6 months for the member to be seen due to scheduling and consult.

***Confirmed with Starla P. - Ok to put the Lupron approval in for 6 months and the start the Supprelin approval 6 months out so the approval don't overlap.

**2/21/2022 3:46 PM CST • Follow up • Chris Sandoval • Pharmacy Operations Rep**
Follow-up Date/Time: 2/20/2022 10:00 AM CST
Follow-up Details: Regarding: Lupron or Supprelin La
**48 hour hold**

**2/21/2022 3:45 PM CST • Request Note • Chris Sandoval • Pharmacy Operations Rep**
Request approved for J1950 - Lupron 11.25 mg every 3 months for 12 months (total of 4 doses).
Per current clinic notes (dated 12/14/2021) the member;
1. has the following diagnosis: F64.2 - Gender identity disorder of childhood.
This appears to meet criteria per Blue Cross Blue Shield Illinois Medical Policy RX501.041 (Gonadotropin-Releasing Hormone (GnRH) Agonists and Antagonists) or SUR717.001 (Gender Assignment Surgery and Gender Reassignment Surgery with Related Services) or RX502.061 Oncology Medications.
Approve per SRU pharmacist Lori Zamarripa, Pharm D. Auth# U22048CCON DOS 02/17/2022 - 02/17/2023

Letter sent

***Per convo with Eliot Cho - Provider wants to continue with Lupron for now until they are able to get Supprelin which will take months.

**2/21/2022 11:22 AM CST • Request Note • Chris Sandoval • Pharmacy Operations Rep**
Phone call notes Outbound
Person: Bret
Title: n/a
Location: Providers office
Phone number: 503-418-2764
Regarding: Lupron or Supprelin La
Response: LVM

**2/18/2022 10:09 AM CST • Follow up • Chris Sandoval • Pharmacy Operations Rep**
Follow-up Date/Time: 2/20/2022 10:00 AM CST
Follow-up Details: Regarding: Lupron or Supprelin La
**48 hour hold**

**2/18/2022 10:08 AM CST • Request Note • Chris Sandoval • Pharmacy Operations Rep**
Procedure Code-Drug: J1950 - Lupron

Dose: 11.25 mg
Frequency: every 3 months
Duration: 1 year
ICD-10: F64.2 - Gender identity disorder of childhood
Date of service: 2/17/2022
Weight/BSA: 40.8 kg
Current clinic notes: Pharmacy NM Documents
Requested documentation (if applicable):
PrimeRX Profile: No

Previous request number, product name and DOS (if applicable): U22048CDGF - Supprelin La Pending
Requesting provider: Bret
Phone/Fax: 503-418-2764
Prescribing provider: Dr. Kara Connelly
Phone: 503-418-5710
Date and time received: 2/17/2022 2:08pm
Due date: 3/4/2022
Request type: PA
Group ID/Subscriber ID: P17192/[redacted]

Phone call notes Outbound
Person: Bret
Title: n/a
Location: Providers office
Phone number: 503-418-2764
Regarding: Lupron or Supprelin La
Response: LVM

**2/17/2022 3:04 PM CST • Request Note • Loretta Dart • Health Coordinator**
**fax received in ECM Pharmacy NM documents**

**2/17/2022 2:08 PM CST • • Anna Christeson • Customer Advocate II**
Group Name: SENTINEL TECHNOLOGIES 017192
IC - Name: BRET
From (MDO/HOSP): KARA CONNELLY
Caller Number: 503-418-2764
Caller Extension: N/A
Member's Phone Number: N/A
Request History Checked: Y
Provider requesting CPT: J1950 and 96372
CPT Units: 12 and 4
CPT Start Date: 2/17/2022
CPT To Date: 2/17/2023
Name of Drug: N/A
Name of Prescriber: KARA CONNELLY
Advised to fax clinical to SRU @ 505-816-3868
Changed Request owner per Smart UM and advised Request Number.
Fax number for Facility - N/A Doctor - 503-494-1933
Anna Christeson (U410245) SmartUM Record #: U22048CCON

9 items

Expand All | Collapse All