# EXHIBIT B

Records / Smart UM Requests

Summary View Request Request History Intake Details News Related Actions

## Summary

| | |
|---|---|
| Smart UM Req. ID | U22048CDGF |
| Intake Type | Caller |
| Request Stage | Assigned to Technician |
| Member Name | [redacted] |
| Member Date of Birth | [redacted] |
| Member Age | [redacted] |
| Gender | F |
| Subscriber Id | [redacted] |
| Group Id | P17192 |
| Section Number | |
| Plan Name | SENTINEL TECHNOLOGIES 017192 |
| Start of Care | 5/24/2022 |
| Latest Review Status | Approve |
| Owner | Eliot Cho |
| TAT Expiration | Mar 4, 2022 11:59 PM |
| Transaction Type | Medical Outpatient |
| Treatment Setting | Outpatient |
| Network Determination | In |
| Primary Diagnosis | F64.2 - Gender identity disorder of childhood |
| Primary Procedure | J9226 - Histrelin implant (supprelin la), 50 mg |
| BH Coverage Information | Core Inpatient / Outpatient |

Member Clinical Snapshot

Collapse All -

## Member Information

[redacted] has 2 policies

Please select a policy below to view the information in Member Section

| Subscriber ID | Policy | Group | LOB | Effective Date | End Date | Product | Vie Pol |
|---|---|---|---|---|---|---|---|
| [redacted] | Primary | P17192 | PPO | 1/1/2022 | 12/31/9999 | PHYSICIAN PPO | |
| [redacted] | Secondary | 719268 | | 1/1/2022 | 12/31/9999 | PPO DENTAL | |

## Member Information for [redacted]

| | |
|---|---|
| Name | [redacted] |
| Subscriber ID | 834603088 |
| Member ID | [redacted] |
| Date of Birth | [redacted] |
| Gender | F |
| Client Code | IL |
| Secure Group | No |
| Coverage Start | 1/1/2022 |
| Coverage End | 12/31/9999 |
| Medicare Primary | No |
| Policy Type | WBM |
| Address | [redacted] |
| LOB | PPO |
| Business Type | Group |
| Market Segment | LG |
| Network | PPO |
| Group ID | P17192 |
| Section Number | 0100 |
| Plan Name | SENTINEL TECHNOLOGIES 017192 |
| Funding Type | ASO |
| Package | WENA - Enable |
| Options Purchased | Core Inpatient / Outpatient<br>EXPO - Selected Outpatient<br>IZRO - WCCM Zero Pend<br>SRU - Specialty Pharmacy |
| Source System | BLUESTAR |
| BH Coverage Information | Core Inpatient / Outpatient |

## Documents

## ECM Document Viewer

*Your browser must not be in 'Privacy' or 'Incognito' mode to view documents*

ECM FAX DOC | IMAGEPLUS - ILLINOIS | SMART UM | IEXCHANGE | BHU NON-CLAIM | MRU SCANNED PHOTOGRAPHS | PHARMACY NM | AVAILITY

## Fax Notifications

**Group/Subscriber ID** *P17192*[redacted]

| Created On | Notified Date/Time | Type | Folder Details | Document ID | Notes | Read Timestamp |
|---|---|---|---|---|---|---|
| No clinicals have been indexed for this request | | | | | | |

## Request Details

**Treatment Setting**

Outpatient

**Treatment Type**

Medical

**Start of Care**

Aug 17, 2022

☐ Continuity of Care

**Intake Urgency**

Elective

**Clinical Urgency**

Non Urgent Prospective

**Notified Date/Time** *

Feb 17, 2022 2:08 PM

**Notify date change reason**

## Previous Requests

**Book of Business**

SRU

**Category**

Smart UM

**Previous Requests for**[redacted]

| Request ID | Status | Service Start Date | Service End Date | Provider / Facility | Transaction Type | Treatment Setting | Treatment Type | Created | Owner | Request Stage | Disposition | Inquiry Type | Select Request |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No items available | | | | | | | | | | | | | |

## Provider Information

Search for Providers Alternatives

### JACOBS, MEGAN

**NPI:** 1467795369 • **MCO ID:** TMP190796 • **Specialty:** No Specialty Listed

**Network Status** ✔

☐ Attending Provider

☐ Servicing Provider

☐ Facility

**Current Overall Network Determination** ✔

Network Determination was overridden by intake

☐ Address Verified?

*707 Sw Campus Dr Portland*
*Portland, OR 97239*
*Phone:*
*Fax: Not Available*

## Diagnosis Information

## Diagnosis Information

| Diagnosis Code | Primary | Admitting | Description | IRL |
|---|---|---|---|---|
| F64.2 | ✓ | | Gender identity disorder of childhood | |

## Service Information

| Service Code | Primary | Description | Preferred Product | BITS | Px Details | |
|---|---|---|---|---|---|---|
| J9226 | ✓ | Histrelin implant (supprelin la), 50 mg | N/A | | ✓ | View |
| 11981 | | Insertion, drug-delivery implant (ie, bioresorbable, biodegradable, non-biodegradable) | N/A | ! | ✓ | View |

## Clinical Information

View Health Summary

WellSky

## MCG Health

Get Episode Details

### Discharge Planning

**Is Discharge Plan Available?**

☐ Yes

## Program Referral

| Date Entered | Entered By | Type | Priority | Notes | | Delete |
|---|---|---|---|---|---|---|
| This Request has no associated program referrals. | | | | | | |

## Program History

*Get program history*

## Review Results

**Status**

Approve

**Status Reason Description**

Non Clinical Criteria Met

**Precert Penalty**

1 UM/BH and EIU Pay Phy and Fac Per Network Status

**Disposition**

Auto-Close

### Review Outcomes

**Approved - 1 Denied - 0 Pended - 0 Voided - 0**

**Service J9226**

Histrelin implant (supprelin la), 50 mg

| Type | From Date | Through Date | Status | Status Reason Description | Units |
|---|---|---|---|---|---|
| Initial Request | 5/24/2022 | 5/24/2023 | Approve | Criteria Met | 1 |

**Approved - 1 Denied - 0 Pended - 0 Voided - 0**

**Service 11981**

Insertion, drug-delivery implant (ie, bioresorbable, biodegradable, non-biodegradable)

| Type | From Date | Through Date | Status | Status Reason Description | Units |
|---|---|---|---|---|---|
| Initial Request | 5/24/2022 | 5/24/2023 | Approve | Criteria Met | 1 |

## UR Contact Info

| Contact Name | Telephone | Fax |
|---|---|---|

Set Follow-up | View Member Outcome | View Interaction Activity

Add New Note

**Request Notes** (Sort by Date Entered ↓)

**4/13/2022 9:17 AM CDT • • Lashonda Landry • Customer Advocate II**
Group Name: SENTINEL TECHNOLOGIES 017192
IC - Name: brett
From (MDO/HOSP): KARA CONNELLY
Caller Number: 503-418-2764
Caller Extension: na
UR Phone Number:na
Member's Phone Number: [redacted]
Request History Checked: y
Approved per outcome of Smart UM
fax cover sheet with DOs change to 3129463985 dos change to 5/24/2022
Lashonda Landry (U411763) SmartUM Record #: U22048CDGF

**4/12/2022 11:05 AM CDT • Request Note • Stephanie Blea • Sup Pharmacy Programs**

Request start date has been updated to 05/24/22 and a new letter has been sent

**2/22/2022 3:40 PM CST • Request Note • Chris Sandoval • Pharmacy Operations Rep**
Request approved for J9226 - Supprelin LA 1 implant every 12 months for 12 months (total of 1 doses).
Per current clinic notes (dated 12/14/2021) the member;
1. has the following diagnosis: F64.2 - Gender identity disorder of childhood.
This appears to meet criteria per Blue Cross Blue Shield Medical Policy RX501.041 (Gonadotropin-Releasing Hormone (GnRH) Agonists and Antagonists) or SUR717.001 (Gender Assignment Surgery and Gender Reassignment Surgery with Related Services) or RX502.061 Oncology Medications.
Approve per SRU pharmacist Starla Park, Pharm D. Auth# U22048CDGF DOS 08/17/2022 - 08/17/2023

Letter sent

Phone call notes Inbound
Person: Bret
Title: n/a
Location: Providers office
Phone number: 503-418-2764
Regarding: Lupron or Supprelin La
Response: Need to continue on Lupron until they can get member set up for Supprelin LA (1 implant yearly). They won't start the Supprelin process until they have an approval on file and once they do it can take up to 6 months for the member to be seen due to scheduling and consult.

***Confirmed with Starla P. - Ok to put the Lupron approval in for 6 months and the start the Supprelin approval 6 months out so the approval don't overlap.

**2/21/2022 3:46 PM CST • Follow up • Eliot Cho • Pharmacy Operations Rep**
Follow-up Date/Time: 2/20/2022 2:30 PM CST
Follow-up Details: Lupron or Supprelin La

**48 hour hold**

**2/21/2022 3:45 PM CST • Request Note • Eliot Cho • Pharmacy Operations Rep**
Voiding out request for Supprelin LA please see case U22048CCON for Lupron request.

**2/21/2022 3:44 PM CST • Request Note • Eliot Cho • Pharmacy Operations Rep**
Phone call notes Outbound
Person: Bret
Title: n/a
Location: Providers office
Phone number: 503-418-2764
Regarding: Lupron or Supprelin La
Response: Spoke with Bret wants to continue with Lupron until Supprelin LA is approved.

**2/18/2022 3:30 PM CST • Request Note • Eliot Cho • Pharmacy Operations Rep**
Procedure Code-Drug: J9226-SUPRRELIN LA
Dose: 50 mg
Frequency: once per year
Duration: Not Specified
ICD-10: F64.2 - Gender identity disorder of childhood
Date of service: Not Specified
Weight/BSA: 40.8 kg
Current clinic notes: Pharmacy NM Documents
Requested documentation (if applicable):
PrimeRX Profile: No

Previous request number, product name and DOS (if applicable): U22048CCON Lupron Pending
Requesting provider: Brett
Phone/Fax: 503-418-2764
Prescribing provider: Dr. Kara Connelly
Phone: 503-418-5710
Date and time received: 2/17/2022 14:08
Due date: 3/4/2022
Request type: PA
Group ID/Subscriber ID: P17192[redacted]

**2/18/2022 3:24 PM CST • Follow up • Eliot Cho • Pharmacy Operations Rep**
Follow-up Date/Time: 2/20/2022 2:30 PM CST
Follow-up Details: Lupron or Supprelin La

**48 hour hold**

**2/17/2022 3:05 PM CST • Request Note • Melissa Aleman Pedraza • Health Coordinator**
Fax received in ECM Pharmacy NM Documents

**2/17/2022 2:16 PM CST • • Anna Christeson • Customer Advocate II**
Group Name: SENTINEL TECHNOLOGIES 017192
IC - Name: BRET
From (MDO/HOSP): KARA CONNELLY
Caller Number: 503-418-2764
Caller Extension: N/A
UR Phone Number: N/A
Member's Phone Number: N/A
Request History Checked: Y
Pended per outcome of Smart UM
Advised Provider fax clinicals to:: 312-946-3985
Fax number for Facility - 503-494-1933 Doctor - N/A
Anna Christeson (U410245) SmartUM Record #: U22048CDGF

**10** items

Expand All | Collapse All